IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Patrick T. Manion, Jr.,

Plaintiff,

v.

Stephen E. Nagin; Herzfeld & Rubin; Herzfeld & Rubin, P.C.; Litchford & Christopher, P.A.; Nagin Gallop Figueredo, P.A.; and Boat Dealers' Alliance, Inc.,

Defendants.

COURT FILE NO. CV-00-238 (ADM/AJB)

**STIPULATION AND ORDER EXTENDING TIME OF STEPHEN E. NAGIN AND NAGIN GALLOP FIGUEREDO, P.A., TO FILE RESPONSIVE PLEADING OR MOTION**

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff and defendants Stephen E. Nagin and Nagin Gallop Figueredo, P.A., through their undersigned counsel, that defendants Stephen E. Nagin and Nagin Gallop Figueredo, P.A., be permitted an extension up to and including March 31, 2000, to file a responsive pleading or motion in the above-entitled action.

Dated: February 22, 2000.

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By [signature]

Richard A. Lockridge (#64117)
Eric C. Tostrud (#213548)
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981

and

MAR 0 2 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

William J. French
Glen E. Lavy
CONANT FRENCH & CHANEY, L.L.P.
3880 BankOne Center
1717 Main Street
Dallas, TX 75201
Telephone: (214) 915-0620
Facsimile: (214) 915-0634

**ATTORNEYS FOR PLAINTIFF**

MOSS & BARNETT
A Professional Association

Dated: February 28, 2000.

By [signature]
Thomas J. Shroyer (#100638)
4800 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402-4129
Telephone: (612) 347-0300
Facsimile: (612) 339-6686

**ATTORNEYS FOR DEFENDANTS STEPHEN E. NAGIN AND NAGIN GALLOP FIGUEREDO, P.A.**

**ORDER**

Based upon the foregoing stipulation,

IT IS HEREBY ORDERED that defendants Stephen E. Nagin and Nagin Gallop Figueredo, P.A., are granted an extension up to and including March 31, 2000, to file a responsive pleading or motion in the above-entitled action.

BY THE COURT:

Dated: March 1, 2000.

[signature]
Ann D. Montgomery
Judge of U.S. District Court

315426/1