**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Patrick T. Manion, Jr.,

Plaintiff,

v.

Stephen E. Nagin, Herzfeld & Rubin, Herzfeld & Rubin, P.C., Litchford & Christopher, P.A., Nagin Gallop Figueredo, P.A., and Boat Dealers' Alliance, Inc.,

Defendants.

Case No. CV-00-238 (ADM/AJB)

**STIPULATION AND ORDER**

---

**STIPULATION**

The Plaintiff and undersigned Defendants, hereby stipulate and agree that Defendants, Herzfeld & Rubin, and Herzfeld & Rubin, P.C., shall have until March 31, 2000, to answer, move or plead to Plaintiff's Complaint.

Date: March 1, 2000

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By: ____________________
Richard A. Lockridge #64117
Eric C. Tostrud #213548
Attorneys for Plaintiff
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
(612) 339-6900

FILED MAR - 7 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________

ERSTAD & RIEMER, P.A.

Date: Feb 29, 2000

By: ______________________

Leon R. Erstad #27534
Attorney for Defendants Herzfeld & Rubin and Herzfeld & Rubin, P.C.
3800 West 80th Street, Suite 100
Bloomington, MN 55437
(952) 896-3700

**ORDER**

Pursuant to the Stipulation above, Defendants, Herzfeld & Rubin and Herzfeld & Rubin, P.C. shall be allowed until March 31, 2000, to answer Plaintiff's Complaint.

BY THE COURT:

Date: 3/6/00

______________________
United States ~~Chief~~ Magistrate Judge