**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**SIXTH DIVISION**

---

**PATRICK T. MANION, JR.,**

**Plaintiff,**

**vs.**

**STEPHEN E. NAGIN,**
**HERZFELD & RUBIN,**
**HERZFELD & RUBIN, P.C.,**
**LITCHFORD & CHRISTOPHER, P.A.,**
**NAGIN GALLOP FIGUEREDO, P.A., and**
**BOAT DEALERS' ALLIANCE, INC.,**

**Defendants.**

**Civil No. 00-238 (ADM/RLE)**

**STIPULATION AND ORDER**

---

1. Pursuant to the Pretrial Schedule, the pre-discovery disclosures required by Rule 26(a)(1) were due on July 10,2000. Defendant Boat Dealers' Alliance, Inc., ("BDA") requested an extension of the deadline for producing pre-discovery disclosures required by Rule 26(a)(1) from July 10, 2000 to July 24, 2000.

2. As good cause, BDA states the following: The Pretrial Schedule was faxed by the Court to the Minneapolis office of local counsel on Friday afternoon, June 30, 2000. Because of the long July 4 holiday weekend, it was not faxed to the general counsel for BDA until Thursday morning, July 6, 2000. The general counsel's office is in Boston, Massachusetts. The client is located in Niantic, Connecticut. The general counsel was not able to discuss the requirements of Rule 26(a)(1) with the client and provide that information prior to Monday, July 10, 2000.

FILED ______
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

3. The general counsel for BDA, Paul Marshall Harris, is in trial in Federal Court in Hartford, Connecticut, and is unavailable to assist in assembling the required information. The client is also unavailable at this time. Local counsel does not have the information.

4. Plaintiff Manion does not take a position on whether BDA has shown good cause. Plaintiff does not oppose BDA's motion or request for an extension to July 24, 2000, on the condition that BDA agrees not to serve discovery on plaintiff until BDA has provided the pre-discovery information, which condition BDA accepts.

Dated: July 11, 2000

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By: E. C. Tostrud

ERIC C. TOSTRUD #213548
100 Washington Avenue South
Suite 2200
Minneapolis, Minnesota 55401
(612) 339-6900

William J. French
Conant, French & Chaney, L.L.P.
Suite 3880 BankOne Center
1717 Main Street
Dallas, Texas 75201
(214) 915-0620

Attorneys for Plaintiff Patrick T. Manion, Jr.

Dated: July 11, 2000

COUSINEAU, MCGUIRE & ANDERSON CHARTERED

By: [signature]

SARAH J. BATZLI #186661
600 Travelers Express Tower
1550 Utica Avenue South
Minneapolis, Minnesota 55416-5318
(612) 546-8400

Paul Marshall Harris BBO #223500
Gadsby Hannah L.L.P.
225 Franklin Street
Boston, Massachusetts 02110-2811
(617) 345-7000

Attorneys for Defendant Boat Dealers' Alliance

**ORDER**

This matter having come before the Court on defendant BDA's unopposed motion , the Court hereby grants to defendant BDA an extension of the deadline to provide pre-discovery disclosures to July 24, 2000.

BY THE COURT:

Dated: ______________

Raymond L. Erickson
United States District Court
Magistrate Judge Raymond L. Erickson

584729