THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

Patrick T. Manion, Jr.,

Plaintiff,

v.

Stephen E. Nagin; Herzfeld & Rubin; Herzfeld & Rubin, P.C.; Litchford & Christopher, P.A.; Nagin Gallop Figueredo, P.A.; and Boat Dealers' Alliance, Inc.,

Defendants.

---

Case No. CV-00-238 (ADM/RLE)

**STIPULATION AND ORDER EXTENDING TIME IN WHICH TO RESPOND TO BDA'S CROSS-CLAIM**

IT IS HEREBY STIPULATED AND AGREED to by and between Defendant and Third-Party Plaintiff Boat Dealers' Alliance, Inc. ("BDA") and Defendants Stephen E. Nagin, Nagin Gallop Figueredo, P.A., Herzfeld & Rubin, and Herzfeld & Rubin, P.C. ("Nagin"), by their respective undersigned attorneys, that Defendant Nagin shall have until twenty days following the entry of the Court's order lifting the stay previously imposed on these proceedings by Court Order dated August 2, 2000 to respond to Third-Party Plaintiff BDA's cross-claim.

IT IS FURTHER STIPULATED AND AGREED that an order may be entered granting this extension without further notice to the parties.

Dated: March 21, 2003

RIDER BENNETT EGAN & ARUNDEL

By [signature]
Richard J. Nygaard (#80226)
John J. Wackman (#251884)
333 South Seventh Street
Suite 200
Minneapolis, MN 55402
Telephone: (612) 340-7944

Dated: March 17, 2003

MOSS & BARNETT
A Professional Association

By [signature]
Thomas J. Shroyer (#100638)
Mathew M. Meyer (#264416)
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis MN 55402-4129
Telephone: (612) 347-0300

89

MAR 3 1 2003

mjb

**ORDER**

IT IS SO ORDERED.

BY THE COURT:

Dated: March 31, 2003

Raymond L. Erickson

Magistrate Judge Raymond L. Erickson
United States Magistrate Judge

576286/1