# UNITED STATES DISTRICT COURT
## District of Minnesota

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

Richard D. Sletten, Clerk

700 Federal Building
316 North Robert Street
St Paul, MN 55101
(651) 848-1100

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

## TRANSMITTAL OF APPEAL

**Date:** July 22, 2003
**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT
**From:** Mary Kaye Conery, Deputy Clerk

**In Re:** District Court Case No.: 00-238 ADM/RLE
Eighth Circuit Case No.:
Case Title: Manion v. Nagin, et al.,

---

Enclosed, please find two certified and one uncertified copy of each of the following documents:

X Notice of Appeal
X Order/Judgement appealed from
X Docket Entries
☐ Other:
  ☐ The statutory filing fee has been paid, receipt # 428171.
  ☐ The statutory filing fee has been waived:
    ☐ USA filed appeal
    ☐ In Forma Pauperis: ☐ Motion Pending ☐ Pro Se ☐ Prisoner

cc: Counsel; Court Reporter

---

## TRANSMITTAL INFORMATION SHEET

TRANSMITTED HEREWITH:

☐ Original File(s), consisting of file(s).
☐ Two certified copies, and one uncertified copy of updated docket sheet from .
☐ Designated Clerk's Record # .
☐ Other:
☐ Transcript(s): (Listed below or on attached list)

**Volume** **Date** **Proceeding**

---

ACKNOWLEDGEMENT OF RECEIPT OF DOCUMENTS

Date Received: ______________ Received by: ______________________________

Date Returned to USDC: ______________________

# U.S. COURT OF APPEALS -- EIGHTH CIRCUIT

## NOA SUPPLEMENT FORM

Please note any additions or deletions to the style of the case from the style listed on the docket sheet, or attach an amended docket sheet with the final style of the case.

Length of Trial: days

Financial Status:

Fee Paid? X Yes, receipt # 428171 ☐ No, motion for IFP pending? ☐ Yes ☐ No
☐ Pro Se ☐ Prisoner

USA filed appeal? ☐ Yes ☐ No

Are there any other pending post-judgement motions? ☐ Yes ☐ No

Is there any keen local interest in this case? ☐ Yes ☐ No

Was a court reporter utilized? ☐ Yes ☐ No

If yes, please identify the court reporter:
Name:
Address:

Phone:

☐ Forms A & B were not enclosed; mailed to counsel.

☐ Forms A & B were given to counsel at the counter.

X Completed Form A enclosed in transmittal letter.

**SPECIAL COMMENTS:**

Mary Kaye Conery

Mary Kaye Conery, Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| PATRICK T. MANION, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Notice of Appeal |
| | ) | |
| STEPHEN E. NAGIN,<br>HERZFELD & RUBIN,<br>HERZFELD & RUBIN, P.C.,<br>NAGIN GALLOP FIGUEREDO, P.A., and<br>BOAT DEALERS' ALLIANCE, INC., | )<br>)<br>)<br>)<br>) | File No. 00-238 (ADM/RLE) |
| | ) | |
| Defendants. | ) | |

PLEASE TAKE NOTICE that Plaintiff, Patrick T. Manion, Jr. ("Plaintiff"), hereby appeals to the United States Court of Appeals for the Eighth Circuit from the final judgment and order dated June 20, 2003, denying Plaintiff's motion for an order vacating Arbitration Awards dated November 12, 2002, and February 21, 2003, (collectively the "Awards"); granting the motion of Boat Dealers' Alliance, Inc., to confirm the Awards; and dismissing Plaintiff's Complaint with prejudice.

Dated: July 18, 2003.

Conant French & Chaney LLP

By: William J. French

William J. French
3880 BankOne Center
1717 Main Street
Dallas, Texas 75201
(214) 915-0620

**Attorneys for Patrick T. Manion, Jr.**

FILED 7-18-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK fAKL

21

**AFFIDAVIT OF SERVICE BY UNITED STATES MAIL & FACSIMILE TRANSMISSION**

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

**JESSICA A. HANSON**, being first duly sworn upon oath, states that on the 18th day of July 2003, she caused to be served the attached:

1. **Notice of Appeal,**
2. **Appellant's Form A for Patrick T. Manion, Jr.;**
3. **and an uncompleted Form B**

upon the within named counsel, by placing a true and correct copy in an envelope addressed as follows and by faxing same to the number listed below:

RICHARD J. NYGAARD
JOHN J. WACKMAN
PETER GRAY
RIDER BENNETT EGAN & ARUNDEL L.L.P.
333 SOUTH SEVENTH STREET
SUITE 2000
MINNEAPOLIS, MN 55402

THOMAS J. SHROYER
MATHEW M. MEYER
MOSS & BARNETT
4800 NORWEST CENTER
90 SOUTH SEVENTH STREET
MINNEAPOLIS, MN 55402-4129

and depositing the same, with postage prepaid, in the United States Mail at Minneapolis, Minnesota.

KRISTINE GAETKE
Notary Public
Minnesota
My Commission Expires Jan. 31, 2005

JESSICA A. HANSON

Subscribed and sworn to before me

this 18th day of July, 2003.

NOTARY PUBLIC

Nagin
CV 00-238 ADM/RLE