THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Patrick T. Manion, Jr.,

Plaintiff,

vs.

Stephen E. Nagin, Herzfeld & Rubin, Herzfeld & Rubin, P.C., Litchford & Christopher, P.A., Nagin Gallop Figueredo, P.A., and Boat Dealers' Alliance, Inc.,

Defendant.

Case No. CV-00-238 (ADM/RLE)

**STIPULATION AND ORDER EXTENDING TIME IN WHICH TO RESPOND TO BDA'S AMENDED CROSS-CLAIM**

IT IS HEREBY STIPULATED AND AGREED to by and between Defendant and Third-Party Plaintiff Boat Dealers' Alliance, Inc. ("BDA") and Defendants Stephen E. Nagin, Nagin Gallop Figueredo, P.A., Herzfeld & Rubin, and Herzfeld & Rubin, P.C. ("Nagin"), by their respective undersigned attorneys, that Defendant Nagin shall have an extension of seven days in which to respond to Third-Party Plaintiff BDA's amended cross-claim.

IT IS FURTHER STIPULATED AND AGREED that an order may be entered granting this extension without further notice to the parties.

Dated: July 17, 2003

RIDER BENNETT EGAN & ARUNDEL

By [signature]
Richard J. Nygaard (#80226)
John J. Wackman (#251884)
333 South Seventh Street
Suite 200
Minneapolis, MN 55402
Telephone: (612) 340-7944

Dated: July 20, 2003

MOSS & BARNETT
A Professional Association

By [signature]
Thomas J. Shroyer (#100638)
Mathew M. Meyer (#264416)
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis MN 55402-4129
Telephone: (612) 347-0300

603232/1

122

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

IT IS SO ORDERED.

BY THE COURT:

Dated: July 21, 2003

Raymond L. Erickson

Magistrate Judge Raymond L. Erickson
United States Magistrate Judge