**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Patrick T. Manion, Jr.,

Plaintiff,

v.

**SUPPLEMENTAL ORDER**
Civil No. 00-238 ADM/RLE

Stephen E. Nagin, Herzfeld & Rubin, Herzfeld & Rubin, P.C., Litchford & Christopher, P.A., Nagin Gallop Figueredo, P.A., and Boat Dealers Alliance, Inc.,

Defendants.

---

William J. French, Esq., Conant French & Chaney, L.L.P., Dallas, Texas, and Martin A. Carlson, Esq., Lockridge Grindal Nauen P.L.L.P., Minneapolis, MN, on behalf of Plaintiff Patrick T. Manion, Jr.

Richard J. Nygaard, Esq., and John J. Wackman, Esq., Rider Bennett, L.L.P., Minneapolis, MN, on behalf of Defendants Boat Dealers' Alliance.

Matt M. Myer, Esq., Moss & Barnett, Minneapolis, MN, on behalf of Defendants Stephen E. Nagin, Nagin Gallop Figueredo, P.A., and Herzfeld & Rubin, P.C.

---

This Order supplements this Court's previous Order of June 20, 2003 ['238 Docket No. 108]. Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that paragraph 7 of the Conclusion of the June 20, 2003 Order is hereby amended *nunc pro tunc* to read as follows:

FILED JUL 21 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

7. The claims against Defendant BDA in Manion's Complaint ['238 Docket No. 1] are **DISMISSED WITH PREJUDICE**. Manion's claims against other Defendants which were not the subject of summary judgment motions remain.

**LET JUDGMENT BE AMENDED AND ENTERED ACCORDINGLY.**

BY THE COURT:

ANN D. MONTGOMERY
UNITED STATES DISTRICT JUDGE

Date: July 21, 2003