**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Patrick T. Manion, Jr.,

Plaintiff,

v.

Stephen E. Nagin and Boat Dealers' Alliance, Inc., et al.,

Defendants.

Case No.: CV-00-238 (ADM/RLE)

**STIPULATION AND ORDER FOR AMENDMENT OF PRETRIAL SCHEDULE DATED JUNE 30, 2000**

---

Pursuant to Fed. R. Civ. P. 29, Patrick T. Manion, Jr. ("Manion"), Boat Dealers' Alliance ("BDA"), and Stephen E. Nagin, Herzfeld & Rubin, Herzfeld & Rubin, P.C., Nagin Gallop Figueredo, P.A. (collectively, "the Nagin Defendants") hereby stipulate and move to amend the pretrial schedule, dated June 30, 2000. As grounds for the Motion, the parties state that all deadlines established in the June 30 pretrial schedule lapsed because of a stay entered by the Court on August 2, 2000. Given that the stay has now been lifted and the Nagin Defendants have motions to dismiss pending against Manion and BDA, the parties agree as follows:

1. The period during which the parties may conduct non-expert discovery shall terminate 120 days after the date on which the Court rules on the Nagin Defendants' motions to dismiss;

2. The parties shall submit a comprehensive proposed pretrial schedule to the Court within 30 days of the date on which it rules on the Nagin Defendants' motions to dismiss.

325952 1

JAN 23 2004
FILED______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

Respectfully submitted,

Dated: January ___, 2004

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By ______________________
Richard A. Lockridge, #64117
Martin A. Carlson, #0299650
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

William J. French
CONANT FRENCH & CHANEY, L.L.P.
Suite 3880 BankOne Center
1717 Main Street
Dallas, Texas 75201
Telephone: (214) 915-0620

**ATTORNEYS FOR PLAINTIFF PATRICK T. MANION, JR.**

Dated: January 21, 2004

RIDER BENNETT, L.L.P.

By ______________________
Richard J. Nygaard, #80226
John J. Wackman, #251884
Peter D. Gray, #25809X
333 South Seventh Street,
Suite 2000
Minneapolis, MN 55402
Telephone: (612) 340-7944

**ATTORNEYS FOR DEFENDANT BOAT DEALERS' ALLIANCE, INC.**

Dated: January 16, 2004

MOSS & BARNETT, P.A.

By ______________________
~~Thomas J. Shroyer~~, #100638
Matthew M. Meyer, #264416
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4129
Telephone: (612) 347-0300

**ATTORNEYS FOR THE NAGIN DEFENDANTS**

SO ORDERED:

Dated: 1/23, 2004

BY THE COURT:

Raymond L. Erickson

Hon. Raymond L. Erickson
United States Magistrate Judge