AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Patrick T. Manion, Jr.

V.

Stephen E. Nagin, Herzfeld & Rubin, Herzfeld & Rubin, P.C., Nagin Gallop Figueredo, P.A., and Boat Dealers' Alliance, Inc.

**JUDGMENT IN A CIVIL CASE**

Case Number: 00-238ADM/RLE

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. the '238 defendants' renewed motion to dismiss is **GRANTED**; 2. the '238 defendants' motion to dismiss Boat Dealers' cross claim is **GRANTED;** 3. the complaint is **DISMISSED WITH PREJUDICE**; 4. Boat Dealers' cross claim is **DISMISSED WITH PREJUDICE**; 5. Boat Dealer's motion for attorney's fees is **GRANTED IN PART** and **DENIED IN PART;** 6. Boat Dealer's motion for sanctions is **DENIED**; 7. BDA's motion for entry of default judgment is **DENIED**; and 8. the '238 defendants' motion to stay discovery in Federal Court is **DENIED**.

February 5, 2004
Date

RICHARD D. SLETTEN, CLERK

(By) Denise La Fond, Deputy Clerk