OAO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Patrick T. Manion, Jr.

V.

Stephen E. Nagin, Herzfeld & Rubin, Herzfeld & Rubin, PC, Litchford & Christopher, PA, Nagin Gallop & Figueredo, PA and Boat Dealers' Alliance, Inc.

## JUDGMENT IN A CIVIL CASE

Case Number: 00-238 ADM/RLE

9 **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

9 **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Paragraph 4 of the Court's Order of 2/5/04, is modified as follows, 4 Boat Dealers' Alliance, Inc.'s Cross-Claim is DISMISSED WITHOUT PREJUDICE.

February 27, 2004
Date

RICHARD D. SLETTEN, CLERK

s/ Gloria Schneider
(By) Gloria Schneider, Deputy Clerk