UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

Patrick T. Manion, Jr.,

Plaintiff,

vs.

Stephen E. Nagin, Herzfeld & Rubin, Herzfeld & Rubin, P.C., Litchford & Christopher, P.A., Nagin Gallop & Figueredo, P.A., and Boat Dealers' Alliance, Inc.,

Defendants.

Case No.: CV-00-238 (ADM/RLE)

**NOTICE OF PROTECTIVE CROSS-APPEAL**

---

TO: CLERK OF U.S. DISTRICT COURT, U.S. COURTHOUSE, 300 SOUTH FOURTH STREET, SUITE 202, MINNEAPOLIS, MINNESOTA 55415.

Notice is hereby given that pursuant to Fed. R. App. P. 3(a) and 4(a), Defendant Boat Dealers' Alliance, Inc. ("BDA"), appeals to the United States Court of Appeals for the Eighth Circuit from the Order dated February 5, 2004, which, pursuant to 28 U.S.C. § 1367(c), dismissed without prejudice BDA's cross-claim against Defendants Stephen E. Nagin, Herzfeld & Rubin, Herzfeld & Rubin, P.C., and Nagin Gallop & Figueredo, P.A. ("Nagin Defendants").

1107560-1

FILED MAR 1 6 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

By the Order dated February 5, 2004, the Court dismissed with prejudice Plaintiff Patrick T. Manion, Jr.'s claims against the Nagin Defendants. Plaintiff has previously appealed this dismissal, and that appeal is currently pending in the foregoing Court of Appeals as Case Number 04-1579. The sole purpose of the present protective cross-appeal is to preserve BDA's rights in the event the Court of Appeals should hold that Plaintiff's claims against the Nagin Defendants were improperly dismissed.

RIDER BENNETT, LLP

By [signature: Pete Gray]

Eric J. Magnuson (#66412)
Richard J. Nygaard (80226)
Peter Gray (#25809X)
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402
(612) 340-8990

Dated: March 16, 2004

**Attorneys for Defendant Boat Dealers' Alliance, Inc.**