UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

Patrick T. Manion, Jr.,

Plaintiff,

vs.

Stephen E. Nagin, Herzfeld & Rubin, Herzfeld & Rubin, P.C., Litchford & Christopher, P.A., Nagin Gallop Figueredo, P.A., and Boat Dealers' Alliance, Inc.,

Defendants.

Case No.: CV-00-238 (ADM/RLE)

**MOTION FOR AN AWARD OF ATTORNEYS' FEES**

**(ORAL ARGUMENT REQUESTED)**

---

TO: PLAINTIFF ABOVE NAMED AND HIS ATTORNEY, WILLIAM J. FRENCH, CONANT, FRENCH & CHANEY, SUITE 3880 BANKONE CENTER, 1717 MAIN STREET, DALLAS, TEXAS

BDA moves the Court for an award of attorneys' fees incurred during the bankruptcy court and appellate proceedings in the above-referenced matter, plus amounts incurred between the filing of this motion and the hearing under paragraph 9D of plaintiff's Management Agreement with BDA. The motion is based upon all pleadings and papers of record, including the memorandum in support of the motion and the proposed order.

RIDER BENNETT, LLP

By /s/ John J. Wackman____________________
Richard J. Nygaard (80226)
John J. Wackman (251884)
Peter D. Gray (25809X)
Attorneys for Boat Dealers' Alliance, Inc.
333 South Sixth Street, Suite 4900
Minneapolis, MN 55402
612-340-8900

Dated: March _8___, 2005