UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

Patrick T. Manion, Jr.,

Plaintiff,

vs.

Stephen E. Nagin, Herzfeld & Rubin, Herzfeld & Rubin, P.C., Litchford & Christopher, P.A., Nagin Gallop Figueredo, P.A., and Boat Dealers' Alliance, Inc.,

Defendants.

Case No.: CV-00-238 (ADM/RLE)

**NOTICE OF MOTION FOR AN AWARD OF ATTORNEYS' FEES**

**(ORAL ARGUMENT REQUESTED)**

---

TO: PLAINTIFF ABOVE NAMED AND HIS ATTORNEY, WILLIAM J. FRENCH, CONANT, FRENCH & CHANEY, SUITE 3880 BANKONE CENTER, 1717 MAIN STREET, DALLAS, TEXAS

Please take notice that defendant Boat Dealers' Alliance, Inc. ("BDA") by and through their counsel of record, will bring the following motion on for hearing before the Honorable Ann D. Montgomery, U.S. Courthouse, Suite 13W, 300 South Fourth Street, Minneapolis, Minnesota, at a date and time to be determined.

RIDER BENNETT, LLP

By /s/ John J. Wackman____________________
Richard J. Nygaard (80226)
John J. Wackman (251884)
Peter D. Gray (25809X)
Attorneys for Boat Dealers' Alliance, Inc.
333 South Sixth Street, Suite 4900
Minneapolis, MN 55402
612-340-8900

Dated: March __8__, 2005

1238266-2