UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Patrick T. Manion, Jr.,

Plaintiff,

vs.

Stephen E. Nagin, Herzfeld & Rubin, Herzfeld & Rubin, P.C., Litchford & Christopher, P.A., Nagin Gallop Figueredo, P.A., and Boat Dealers' Alliance, Inc.,

Defendant.

Case No.: CV-00-238 (ADM/RLE)

**AFFIDAVIT OF JOHN J. WACKMAN**

STATE OF MINNESOTA )
)SS
COUNTY OF HENNEPIN )

JOHN J. WACKMAN, being first duly sworn on oath deposes and states that:

1. I am a partner with Rider Bennett, LLP, and an attorney of record for Defendant Boat Dealers' Alliance, Inc. ("BDA"). I make this affidavit in support of BDA's Motion for An Award of Attorneys' Fees.

2. Attached hereto and incorporated herein as Exhibit A is a true and correct copy of the Management Agreement between Manion and BDA.

3. Attached hereto and incorporated herein as Exhibit B is a true and correct copy of this Court's February 4, 2005 Order.

4. Attached hereto and incorporated herein as Exhibit C is a true and correct copy of Manion's July 18, 2003 appeal to the Eighth Circuit Court of Appeals.

5. Attached hereto and incorporated herein as Exhibit D is a true and correct copy of the December 16, 2004, the Eighth Circuit's affirmation of the District Court's confirmation of the arbitration award and dismissal of Manion's claims.

6. Attached hereto and incorporated herein as Exhibit E is a true and correct copy of the Eight Circuit Court of Appeals' Mandate dated February 9, 2005.

7. BDA incurred approximately $42,876.50 in attorneys' fees and costs during the appellate proceedings. Attached hereto and incorporated herein as Exhibit F are true and correct copies of the billing statements detailing the attorneys' fees and costs incurred by BDA during the appellate and bankruptcy proceedings.

8. Attached hereto and incorporated herein as Exhibit G is a true and correct copy of Manion's Chapter 13 bankruptcy docket from the Eastern District of Wisconsin, Case No. 03-31881-MDM

9. Attached hereto and incorporated herein as Exhibit H is a true and correct copy of the January 6, 2005 bankruptcy court Order Approving Trustee's Final Account, which approved BDA's claim in full

10. BDA incurred approximately $44,598.00 in attorneys' fees and costs defending its claim in the bankruptcy proceedings.

FURTHER YOUR AFFIANT SAITH NOT

/s/ John J. Wackman ________________________
John J. Wackman

Subscribed and sworn to before me
this _8__ day of March__, 2005.

/s/ Mary Jo Yokiel___
Notary Public