# EXHIBIT INDEX – WACKMAN AFFIDAVIT

| NO. | TITLE |
|---|---|
| 1. | Exhibit Index |
| 2. | Wackman Exhibit A |
| 3. | Wackman Exhibit B |
| 4. | Wackman Exhibit C |
| 5. | Wackman Exhibit D |
| 6. | Wackman Exhibit E |
| 7. | Wackman Exhibit F (part 1) |
| 8. | Wackman Exhibit F (part 2) |
| 9. | Wackman Exhibit G |
| 10. | Wackman Exhibit H |