**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

February 8, 2005

Mr. Richard Sletten
Clerk
U.S. DISTRICT COURT, MINNESOTA
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415

RECEIVED BY U.S. MAIL
2005 FEB 10 AM 9:03
CLERK, U.S. DIST COURT MINNEAPOLIS, MN

Re: 04-1579 Patrick T. Manion vs. Stephen E. Nagin
04-1705 Stephen E. Nagin vs. Boat Dealers'

Dear Clerk:

The mandate of this Court is being sent to the clerk of the district court, together with a receipt. The clerk of the district court is requested to sign, date, and return the receipt to this office.

Any district court records in this court's possession will be returned shortly.

(5175-010199)

Sincerely,

Michael E. Gans

Michael E. Gans
Clerk of Court

dmh

Enclosure

(LETTER FOR INFORMATIONAL PURPOSES ONLY)

---

cc: Honorable Ann D. Montgomery
William J. French
Richard Allen Lockridge
Martin A. Carlson
Thomas Jerome Shroyer
Mathew M. Meyer
Richard James Nygaard
John Juneau Wackman
Peter D. Gray
Eric John Magnuson

District Court Case Number: CIV 00-238 ADM/RLE

EXHIBIT
E

# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 04-1579/1705

Patrick T. Manion, Jr.,

Appellant,

v.

Stephen E. Nagin; Herzfeld & Rubin; Herzfeld & Rubin, P.C.; Nagin Gallop Figueredo, P.A.,

Appellees,

Boat Dealers' Alliance, Inc.,

Defendant.

--------------------------------

Patrick T. Manion, Jr.,

Plaintiff,

Stephen E. Nagin; Herzfeld & Rubin; Herzfeld & Rubin, P.C.; Nagin Gallop Figueredo, P.A.,

Defendants - Appellees,

v.

Boat Dealers' Alliance, Inc.,

Defendant - Appellant.

Appeal from the United States District Court for the District of Minnesota

## JUDGMENT

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

SCANNED
FEB 10 2005
U.S. DISTRICT COURT MPLS

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

(5172-010199)

January 13, 2005

Order Entered in Accordance with Opinion:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans