| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 07/21/2003 | 0012 | Richard J. Nygaard | 0.50 | 167.50 | Draft motion | 17763.R27555 | 9580347 |
| 10/10/2003 | | Invoice=3087777 | 0.50 | 167.50 | | | |
| 07/21/2003 | 0028 | Eric J. Magnuson | 0.60 | 210.00 | Review and analysis of appeal pleadings; office | 17763.R27555 | 9580377 |
| 10/10/2003 | | Invoice=3087777 | 0.60 | 210.00 | work regarding further handling; report and | | |
| | | | | | recommendations to clients | | |
| 07/21/2003 | 0396 | Raphael T. Wallander | 1.10 | 192.50 | Finalize, file and serve attorney's fees motion | 17763.R27555 | 9585509 |
| 10/10/2003 | | Invoice=3087777 | 1.10 | 192.50 | | | |
| 07/22/2003 | 0028 | Eric J. Magnuson | 0.40 | 140.00 | Office work regarding appealability issues and | 17763.R27555 | 9580378 |
| 10/10/2003 | | Invoice=3087777 | 0.40 | 140.00 | interplay of FAA, Rule 59 and Rule 54 regarding | | |
| | | | | | attorneys fees | | |
| 07/22/2003 | 0407 | Peter Gray | 0.20 | 44.00 | review Manion's notices of appeal and related | 17763.R27555 | 9582497 |
| 10/10/2003 | | Invoice=3087777 | 0.20 | 44.00 | correspondence with attorney Magnuson | | |
| 07/23/2003 | 0184 | Sheri L. Skallet | 0.70 | 98.00 | locate and obtain copies of the District Court | 17763.R27555 | 9581863 |
| 10/10/2003 | | Invoice=3087777 | 0.70 | 98.00 | Docket for case nos. 02-370 and 00-238 | | |
| 07/23/2003 | 0028 | Eric J. Magnuson | 0.40 | 140.00 | Review and analysis of issues relating to | 17763.R27555 | 9582320 |
| 10/10/2003 | | Invoice=3087777 | 0.40 | 140.00 | appeal status and further handling | | |
| 07/28/2003 | 0407 | Peter Gray | 0.20 | 44.00 | office status conferences with attorney Wackman | 17763.R27555 | 9584520 |
| 10/10/2003 | | Invoice=3087777 | 0.20 | 44.00 | | | |
| 07/28/2003 | 0375 | John J. Wackman | 2.00 | 490.00 | receive and analyze appeal; research regarding | 17763.R27555 | 9585467 |
| 10/10/2003 | | Invoice=3087777 | 2.00 | 490.00 | appealability of case; strategize regarding | | |
| | | | | | collection efforts | | |
| 07/29/2003 | 0028 | Eric J. Magnuson | 0.30 | 105.00 | Review and analysis of notice of case | 17763.R27555 | 9584673 |
| 10/10/2003 | | Invoice=3087777 | 0.30 | 105.00 | docketing, 8th Circuit; office work regarding | | |
| | | | | | further handling on issues of finality and | | |
| | | | | | appealability | | |
| 07/29/2003 | 0375 | John J. Wackman | 1.50 | 367.50 | Telephone conference with Mr. Carlson regarding | 17763.R27555 | 9585473 |
| 10/10/2003 | | Invoice=3087777 | 1.50 | 367.50 | collection efforts; correspondence to Mr. | | |
| | | | | | Carlson regarding collection efforts; prepare | | |
| | | | | | memoranda regarding appeal issues | | |
| 07/29/2003 | 0407 | Peter Gray | 0.10 | 22.00 | review court of appeals' clerk's correspondence | 17763.R27555 | 9585523 |
| 10/10/2003 | | Invoice=3087777 | 0.10 | 22.00 | and related notes to file | | |
| 07/29/2003 | 0012 | Richard J. Nygaard | 2.00 | 670.00 | Prepare motions; office work regarding appeal | 17763.R27555 | 9586071 |
| 10/10/2003 | | Invoice=3087777 | 2.00 | 670.00 | and collection of judgment | | |
| 07/31/2003 | 0375 | John J. Wackman | 1.50 | 367.50 | receive and analyze letter from Mr. Manion's | 17763.R27555 | 9588021 |
| 10/10/2003 | | Invoice=3087777 | 1.50 | 367.50 | counsel regarding possible bankruptcy;analyze | | |
| | | | | | impact of Chapter 13 bankruptcy on pending | | |
| | | | | | lawsuits | | |
| 08/01/2003 | 0407 | Peter Gray | 0.30 | 66.00 | office conference with attorney Wallander | 17763.R27555 | 9588616 |
| 10/10/2003 | | Invoice=3087777 | 0.30 | 66.00 | regarding issues raised by Manion's threatened | | |
| | | | | | bankruptcy filing; review Manion's response to | | |
| | | | | | court request for briefing on effect of | | |
| | | | | | arbitration award on Manion's claims against | | |
| | | | | | Nagin defendants | | |
| 08/01/2003 | 0396 | Raphael T. Wallander | 1.30 | 227.50 | Conference with attorney Wackman regarding | 17763.R27555 | 9595172 |
| 10/10/2003 | | Invoice=3087777 | 1.30 | 227.50 | possible bankruptcy filing; draft letter to | | |
| | | | | | attorney French regarding same; review PACER | | |
| | | | | | website for possible bankruptcy filing | | |
| 08/04/2003 | 0012 | Richard J. Nygaard | 0.80 | 268.00 | Review plaintiff's reply to motions and | 17763.R27555 | 9589344 |
| 10/10/2003 | | Invoice=3087777 | 0.80 | 268.00 | analysis of enforcement of judgment | | |
| 08/04/2003 | 0375 | John J. Wackman | 2.50 | 612.50 | Telephone conference with Brian Olson regarding | 17763.R27555 | 9594438 |
| 10/10/2003 | | Invoice=3087777 | 2.50 | 612.50 | Manion's bankruptcy; research regarding impact | | |
| | | | | | of bankruptcy on claims for attorneys' fees; | | |
| | | | | | analyze by-laws to determine if Manion's stock | | |
| | | | | | can be taken for his bad faith conduct | | |
| 08/05/2003 | 0184 | Sheri L. Skallet | 2.00 | 280.00 | analysis of file material and prepare drafts of | 17763.R27555 | 9590451 |
| 10/10/2003 | | Invoice=3087777 | 2.00 | 280.00 | Appellee's Form B, Appellee's Corporate | | |
| | | | | | Disclosure Statement, and the Notice of Intent | | |
| | | | | | to Proceed by Separate Appendices; memo to | | |

EXHIBIT F

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| | | | | | attorneys regarding same | | |
| 08/05/2003 | 0375 | John J. Wackman | 2.00 | 490.00 | prepare required papers for appeal; analyze plaintiff's appeal pleadings to determine whether issues raised are appropriate; strategize regarding appeal issues including propriety of appeal in light of pending issues | 17763.R27555 | 9595104 |
| 10/10/2003 | | Invoice=3087777 | 2.00 | 490.00 | | | |
| 08/06/2003 | 0184 | Sheri L. Skallet | 1.50 | 210.00 | revise and finalize Appellee's Rule 26.1 Corporate Disclosure Statement, Notice of Intent to Proceed by Separate Appendices, Appellee's Form B, Notices of Appearance for Eric Magnuson, Peter Gray, John Wackman and Richard Nygaard; complete the Agreement to Participate in the Eighth Circuit Electronic Noticing System | 17763.R27555 | 9591270 |
| 10/10/2003 | | Invoice=3087777 | 1.50 | 210.00 | | | |
| 08/06/2003 | 0407 | Peter Gray | 0.30 | 66.00 | office conference with paralegal Skallet regarding preliminary appellee filings; review preliminary appellee filings | 17763.R27555 | 9592799 |
| 10/10/2003 | | Invoice=3087777 | 0.30 | 66.00 | | | |
| 08/06/2003 | 0375 | John J. Wackman | 1.00 | 245.00 | strategize regarding responding to Mr. Manion's bankruptcy | 17763.R27555 | 9595107 |
| 10/10/2003 | | Invoice=3087777 | 1.00 | 245.00 | | | |
| 08/06/2003 | 0396 | Raphael T. Wallander | 1.10 | 192.50 | Check PACER website for bankruptcy filing; draft letter to attorney Swanson regarding bankrutpcy filing; analysis of possible grounds for relief from stay and abstention | 17763.R27555 | 9595182 |
| 10/10/2003 | | Invoice=3087777 | 1.10 | 192.50 | | | |
| 08/07/2003 | 0012 | Richard J. Nygaard | 1.50 | 502.50 | Review reply to motions; review bankruptcy motions and correspondence | 17763.R27555 | 9592580 |
| 10/10/2003 | | Invoice=3087777 | 1.50 | 502.50 | | | |
| 08/07/2003 | 0407 | Peter Gray | 0.20 | 44.00 | office conference with paralegal Skallet regarding preliminary appellee filings; prepare correspondence to opposing counsel regarding discovery and automatic stay | 17763.R27555 | 9592803 |
| 10/10/2003 | | Invoice=3087777 | 0.20 | 44.00 | | | |
| 08/07/2003 | 0375 | John J. Wackman | 2.00 | 490.00 | Finalize initial appeal pleadings; review possible opposition position to Mr. Manion's bankruptcy; legal research concerning frivolous bankruptcy filings | 17763.R27555 | 9595113 |
| 10/10/2003 | | Invoice=3087777 | 2.00 | 490.00 | | | |
| 08/07/2003 | 0396 | Raphael T. Wallander | 1.10 | 192.50 | Conference with attorney Wackman regarding impact of automatic stay on pending appeal and related issues; draft letter to attorney Swanson regarding same | 17763.R27555 | 9603952 |
| 10/10/2003 | | Invoice=3087777 | 1.10 | 192.50 | | | |
| 08/08/2003 | 0184 | Sheri L. Skallet | 1.50 | 210.00 | finalize Appellee's Corporate Disclosure Statement, Notice of Intent to Proceed by Separate Appendices, Appellee's Form B, Notices of Appearances for Peter Gray, John Wackman and Richard Nygaard; prepare correspondence filing and serving same; prepare Affidavit of Service; prepare appropriate number of copies, collate, file and serve | 17763.R27555 | 9591280 |
| 10/10/2003 | | Invoice=3087777 | 1.50 | 210.00 | | | |
| 08/11/2003 | 0375 | John J. Wackman | 0.50 | 122.50 | Telephone conference with Mr. Manion's bankruptcy counsel; telephone conference with Court regarding status of motions and appeal | 17763.R27555 | 9595128 |
| 10/10/2003 | | Invoice=3087777 | 0.50 | 122.50 | | | |
| 08/12/2003 | 0375 | John J. Wackman | 0.50 | 122.50 | review appeal issues as they relate to bankruptcy | 17763.R27555 | 9595133 |
| 10/10/2003 | | Invoice=3087777 | 0.50 | 122.50 | | | |
| 08/12/2003 | 0396 | Raphael T. Wallander | 1.10 | 192.50 | Conference with attorney Wackman regarding bankruptcy issues; draft notice of appearance; review docket | 17763.R27555 | 9603955 |
| 10/10/2003 | | Invoice=3087777 | 1.10 | 192.50 | | | |
| 08/13/2003 | 0375 | John J. Wackman | 0.70 | 171.50 | research regarding bankruptcy status of Mr. Manion's case; correspondence to Mr. Manion's bankruptcy counsel regarding pursuit of appeal | 17763.R27555 | 9595139 |
| 10/10/2003 | | Invoice=3087777 | 0.70 | 171.50 | | | |
| 08/14/2003 | 0375 | John J. Wackman | 1.50 | 367.50 | receive notice of bankruptcy filing from Mr. Manion's bankruptcy counsel; receive and analyze Order from the Eighth Circuit regarding bankruptcy filing and automatic stay; strategize regarding possible responses to | 17763.R27555 | 9595147 |
| 10/10/2003 | | Invoice=3087777 | 1.50 | 367.50 | | | |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| | | | | | Eighth Circuit Order | | |
| 08/14/2003 | 0012 | Richard J. Nygaard | 2.00 | 670.00 | Telephone conference with co-defendant's | 17763.R27555 | 9595468 |
| 10/10/2003 | | Invoice=3087777 | 2.00 | 670.00 | counsel; review bankruptcy documents; review Court of Appeals correspondence; prepare responses | | |
| 08/14/2003 | 0184 | Sheri L. Skallet | 0.50 | 70.00 | complete, file and serve Notice of Appearance | 17763.R27555 | 9596116 |
| 10/10/2003 | | Invoice=3087777 | 0.50 | 70.00 | of Eric Magnuson; update appeal pleadings | | |
| 08/14/2003 | 0407 | Peter Gray | 0.70 | 154.00 | teleconference with attorney Wallander | 17763.R27555 | 9597924 |
| 10/10/2003 | | Invoice=3087777 | 0.70 | 154.00 | regarding impact upon appeal of Manion's bankruptcy; related review of bankruptcy and appellate court electronic dockets and related office conferences with attorney Magnuson and Manty | | |
| 08/18/2003 | 0407 | Peter Gray | 0.10 | 22.00 | teleconference with attorney Wackman regarding | 17763.R27555 | 9597930 |
| 10/10/2003 | | Invoice=3087777 | 0.10 | 22.00 | response to 8th Circuit order to show cause | | |
| 08/20/2003 | 0407 | Peter Gray | 1.30 | 286.00 | research for response to court of appeals' | 17763.R27555 | 9597937 |
| 10/10/2003 | | Invoice=3087777 | 1.30 | 286.00 | order to show cause regarding Manion's bankruptcy filing | | |
| 08/20/2003 | 0375 | John J. Wackman | 2.50 | 612.50 | review and analyze Mr. Manion's bankruptcy | 17763.R27555 | 9603907 |
| 10/10/2003 | | Invoice=3087777 | 2.50 | 612.50 | petition; strategize regarding response | | |
| 08/21/2003 | 0407 | Peter Gray | 0.60 | 132.00 | review and analyze draft memorandum in response | 17763.R27555 | 9598847 |
| 10/10/2003 | | Invoice=3087777 | 0.60 | 132.00 | to Nagin defendants' motion to dismiss and related office conference with attorney Wackman | | |
| 08/21/2003 | 0567 | Nauni Jo Manty | 1.40 | 350.00 | Bankruptcy analysis regarding the Debtor's | 17763.R27555 | 9599885 |
| 10/10/2003 | | Invoice=3087777 | 1.40 | 350.00 | schedules and plan | | |
| 08/21/2003 | 0012 | Richard J. Nygaard | 1.50 | 502.50 | Review Bankruptcy Petition; analysis of | 17763.R27555 | 9599957 |
| 10/10/2003 | | Invoice=3087777 | 1.50 | 502.50 | response; legal research | | |
| 08/21/2003 | 0375 | John J. Wackman | 3.00 | 735.00 | research regarding impact of bankruptcy on | 17763.R27555 | 9603911 |
| 10/10/2003 | | Invoice=3087777 | 3.00 | 735.00 | claims against Mr. Manion and on Mr. Manion's appeal; strategize regarding response to bankruptcy | | |
| 08/25/2003 | 0012 | Richard J. Nygaard | 0.80 | 268.00 | Analysis of bankruptcy issues and 8th Circuit | 17763.R27555 | 9601179 |
| 10/10/2003 | | Invoice=3087777 | 0.80 | 268.00 | appeal | | |
| 08/25/2003 | 0407 | Peter Gray | 0.40 | 88.00 | review correspondence from Manion's bankruptcy | 17763.R27555 | 9601448 |
| 10/10/2003 | | Invoice=3087777 | 0.40 | 88.00 | counsel and Nagin's counsel regarding bankruptcy issues and related office conference with attorney Wackman | | |
| 08/25/2003 | 0375 | John J. Wackman | 2.00 | 490.00 | research regarding removal of Mr. French as Mr. | 17763.R27555 | 9603917 |
| 10/10/2003 | | Invoice=3087777 | 2.00 | 490.00 | Manion's counsel; strategize regarding possible motions | | |
| 08/26/2003 | 0012 | Richard J. Nygaard | 1.00 | 335.00 | Legal research and telephone conference | 17763.R27555 | 9601878 |
| 10/10/2003 | | Invoice=3087777 | 1.00 | 335.00 | regarding scheduling before Judge Montgomery | | |
| 08/26/2003 | 0375 | John J. Wackman | 2.00 | 490.00 | Telephone conference with Court regarding | 17763.R27555 | 9603918 |
| 10/10/2003 | | Invoice=3087777 | 2.00 | 490.00 | pending motions and status of case in light of Mr. Manion's bankruptcy; strategize regarding response to Eighth Circuit Court of Appeals on Mr. Manion's appeal; analyze letter from Mr. Nagin's counsel regarding status of Mr. Manion's claims | | |
| 08/27/2003 | 0012 | Richard J. Nygaard | 1.50 | 502.50 | Analysis of issues regarding response to 8th | 17763.R27555 | 9602838 |
| 10/10/2003 | | Invoice=3087777 | 1.50 | 502.50 | Circuit Court of Appeals; analysis of motions in bankruptcy | | |
| 08/27/2003 | 0375 | John J. Wackman | 1.50 | 367.50 | prepare motion to dismiss Manion's bankruptcy | 17763.R27555 | 9603923 |
| 10/10/2003 | | Invoice=3087777 | 1.50 | 367.50 | petition | | |
| 08/27/2003 | 0407 | Peter Gray | 0.20 | 44.00 | office conference with attorneys Nygaard and | 17763.R27555 | 9604003 |
| 10/10/2003 | | Invoice=3087777 | 0.20 | 44.00 | Wackman regarding response to Court of Appeals' show cause order | | |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 08/28/2003 | 0375 | John J. Wackman | 2.00 | 490.00 | legal research regarding motion to dismiss | 17763.R27555 | 9603925 |
| 10/10/2003 | | Invoice=3087777 | 2.00 | 490.00 | bankruptcy petition | | |
| 08/29/2003 | 0407 | Peter Gray | 1.00 | 220.00 | review pertinent file materials and prepare | 17763.R27555 | 9604010 |
| 10/10/2003 | | Invoice=3087777 | 1.00 | 220.00 | response to court of appeals' order to show | | |
| | | | | | cause regarding bankruptcy stay | | |
| 08/29/2003 | 0375 | John J. Wackman | 1.00 | 245.00 | prepare motion to dismiss | 17763.R27555 | 9605531 |
| 10/10/2003 | | Invoice=3087777 | 1.00 | 245.00 | | | |
| 09/03/2003 | 0407 | Peter Gray | 0.20 | 44.00 | review opposing counsel's response to court of | 17763.R27555 | 9607642 |
| 10/10/2003 | | Invoice=3087777 | 0.20 | 44.00 | appeals show cause order and related office | | |
| | | | | | conference with attorney Wackman | | |
| 09/03/2003 | 0375 | John J. Wackman | 5.20 | 1,274.00 | legal research regarding dismissing bankruptcy | 17763.R27555 | 9614782 |
| 10/10/2003 | | Invoice=3087777 | 5.20 | 1,274.00 | case; prepare motion to dismiss | | |
| 09/04/2003 | 0375 | John J. Wackman | 2.00 | 490.00 | revise and edit motion to dismiss | 17763.R27555 | 9614789 |
| 10/10/2003 | | Invoice=3087777 | 2.00 | 490.00 | | | |
| 09/08/2003 | 0012 | Richard J. Nygaard | 0.90 | 301.50 | Draft motions in bankruptcy; review petition to | 17763.R27555 | 9609180 |
| 10/10/2003 | | Invoice=3087777 | 0.90 | 301.50 | hire attorney | | |
| 09/08/2003 | 0375 | John J. Wackman | 1.00 | 245.00 | review motion for appointment of Mr. French; | 17763.R27555 | 9614798 |
| 10/10/2003 | | Invoice=3087777 | 1.00 | 245.00 | strategize regarding response and possible | | |
| | | | | | motions in the bankruptcy court | | |
| 09/09/2003 | 0130 | Shelly D. LaFleur | 0.50 | 70.00 | obtain UCC search for Mr. and Mrs. Manion and | 17763.R27555 | 9609252 |
| 10/10/2003 | | Invoice=3087777 | 0.50 | 70.00 | Cherry Wood Investments in Minnesota and | | |
| | | | | | Wisconsin on an expedited basis | | |
| 09/09/2003 | 0012 | Richard J. Nygaard | 1.00 | 335.00 | Draft motion | 17763.R27555 | 9609855 |
| 10/10/2003 | | Invoice=3087777 | 1.00 | 335.00 | | | |
| 09/09/2003 | 0375 | John J. Wackman | 2.50 | 612.50 | prepare bankruptcy claim; strategize regarding | 17763.R27555 | 9614804 |
| 10/10/2003 | | Invoice=3087777 | 2.50 | 612.50 | motions; telephone conference with counsel for | | |
| | | | | | Mr. Manion regarding bankruptcy; review Mr. | | |
| | | | | | Manion's correspondence related to appeal; | | |
| | | | | | strategize regarding appeal and possibility for | | |
| | | | | | motion to stay appeal | | |
| 09/09/2003 | 0470 | Carol J. Saunders | 0.20 | 18.00 | Library research regarding UCC searches at the | 17763.R27555 | 9623899 |
| 10/10/2003 | | Invoice=3087777 | 0.20 | 18.00 | Minnesota Secretary of State for S. LaFleur. | | |
| 09/10/2003 | 0012 | Richard J. Nygaard | 1.80 | 603.00 | Draft motion; telephone conference with Judge | 17763.R27555 | 9610523 |
| 10/10/2003 | | Invoice=3087777 | 1.80 | 603.00 | Montgomery | | |
| 09/10/2003 | 0375 | John J. Wackman | 2.00 | 490.00 | research regarding assets claimed by the | 17763.R27555 | 9614815 |
| 10/10/2003 | | Invoice=3087777 | 2.00 | 490.00 | Manion's in their bankruptcy schedules | | |
| 09/11/2003 | 0375 | John J. Wackman | 0.50 | 122.50 | Telephone conference with Court regarding case | 17763.R27555 | 9614821 |
| 10/10/2003 | | Invoice=3087777 | 0.50 | 122.50 | status; telephone conference with Mr. French | | |
| | | | | | regarding status of pending motions | | |
| 09/16/2003 | 0396 | Raphael T. Wallander | 2.10 | 367.50 | Review arbitration, trial court and appellate | 17763.R27555 | 9619597 |
| 10/10/2003 | | Invoice=3087777 | 2.10 | 367.50 | pleadings in order to create bankruptcy | | |
| | | | | | strategy; analysis of possible motion to | | |
| | | | | | dismiss and standing to assert objection to | | |
| | | | | | Chapter 13 plan; draft email to attorneys | | |
| | | | | | Nygaard and Wackman outlining bankruptcy | | |
| | | | | | strategy and issues | | |
| 09/16/2003 | 0375 | John J. Wackman | 1.00 | 245.00 | research regarding background facts related to | 17763.R27555 | 9625097 |
| 10/10/2003 | | Invoice=3087777 | 1.00 | 245.00 | Manion's property holdings for purpose of | | |
| | | | | | opposing Manion's bankruptcy plan | | |
| 09/17/2003 | 0012 | Richard J. Nygaard | 0.90 | 301.50 | Draft motions in response to bankruptcy stay | 17763.R27555 | 9613853 |
| 10/10/2003 | | Invoice=3087777 | 0.90 | 301.50 | | | |
| 09/17/2003 | 0375 | John J. Wackman | 0.50 | 122.50 | review and revise motion to dismiss bankruptcy | 17763.R27555 | 9625101 |
| 10/10/2003 | | Invoice=3087777 | 0.50 | 122.50 | plan | | |
| 09/18/2003 | 0396 | Raphael T. Wallander | 3.50 | 612.50 | Draft 2004 exam motions; conference with | 17763.R27555 | 9619603 |
| 10/10/2003 | | Invoice=3087777 | 3.50 | 612.50 | Milwaukee counsel regarding 2004 exams, 341 | | |
| | | | | | hearings and Bankruptcy Judge's disposition; | | |
| | | | | | draft service letter; begin work on objection | | |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| | | | | | to chapter 13 plan; conference with bankruptcy counsel for co-defendants regarding joint motions and related issues; conference with attorney Manty regarding strategy for objection, 2004 exams, filing claims and other related issues | | |
| 09/18/2003<br>10/10/2003 | 0375 | John J. Wackman<br>Invoice=3087777 | 0.50<br>0.50 | 122.50<br>122.50 | Telephone conference with Mr. Olson regarding case status; review issues related to bankruptcy challenge | 17763.R27555 | 9625106 |
| 09/19/2003<br>10/10/2003 | 0012 | Richard J. Nygaard<br>Invoice=3087777 | 0.70<br>0.70 | 234.50<br>234.50 | Draft motions | 17763.R27555 | 9616339 |
| 09/26/2003<br>10/10/2003 | 0012 | Richard J. Nygaard<br>Invoice=3087777 | 0.60<br>0.60 | 201.00<br>201.00 | Telephone conference with Mr. French; review correspondence | 17763.R27555 | 9619385 |
| 09/29/2003<br>10/10/2003 | 0012 | Richard J. Nygaard<br>Invoice=3087777 | 1.30<br>1.30 | 435.50<br>435.50 | Telephone conference with Mr. French; review correspondence; review response to motions | 17763.R27555 | 9619391 |
| 09/29/2003<br>10/10/2003 | 0396 | Raphael T. Wallander<br>Invoice=3087777 | 1.10<br>1.10 | 192.50<br>192.50 | Begin review of documents for formulation of evidentiary basis for objection to plan of reorganization | 17763.R27555 | 9623647 |
| 09/29/2003<br>10/10/2003 | 0375 | John J. Wackman<br>Invoice=3087777 | 1.00<br>1.00 | 245.00<br>245.00 | review numerous letters from Mr. French related to sanctions motions; strategize regarding Mr. French's possible withdrawal from case | 17763.R27555 | 9625115 |
| 09/30/2003<br>10/10/2003 | 0396 | Raphael T. Wallander<br>Invoice=3087777 | 8.10<br>8.10 | 1,417.50<br>1,417.50 | Draft objection to Chapter 13 Plan; analysis of secretary of state filings and property tax information in connection with factual background for objection; conference with attorneys Wackman and Nygaard regarding same | 17763.R27555 | 9623655 |
| 09/30/2003<br>10/10/2003 | 0375 | John J. Wackman<br>Invoice=3087777 | 0.50<br>0.50 | 122.50<br>122.50 | review Mr. Manion's testimony for use in the bankruptcy challenge | 17763.R27555 | 9625121 |
| 10/01/2003<br>01/13/2004 | 0546 | Jessica L. Williams<br>Invoice=3093774 | 0.50<br>0.50 | 55.00<br>55.00 | order owner's and encumbrance report from Stearns County Abstract | 17763.R27555 | 9626738 |
| 10/01/2003<br>01/13/2004 | 0396 | Raphael T. Wallander<br>Invoice=3093774 | 6.80<br>6.80 | 1,190.00<br>1,190.00 | Revise objection; research and analysis of property records information in connection with objection to chapter 13 plan; incorporate property tax records search and title search into objection; finalize objection | 17763.R27555 | 9634020 |
| 10/01/2003<br>01/13/2004 | 0375 | John J. Wackman<br>Invoice=3093774 | 1.00<br>1.00 | 245.00<br>245.00 | strategize regarding bankruptcy motions | 17763.R27555 | 9643178 |
| 10/02/2003<br>01/13/2004 | 0375 | John J. Wackman<br>Invoice=3093774 | 1.00<br>1.00 | 245.00<br>245.00 | Telephone conference with Mr. French regarding attorneys' fees and sanctions motions; correspondence to Mr. French regarding motions | 17763.R27555 | 9643180 |
| 10/03/2003<br>01/13/2004 | 0012 | Richard J. Nygaard<br>Invoice=3093774 | 0.60<br>0.60 | 201.00<br>201.00 | Telephone conference with Mr. Olson | 17763.R27555 | 9629605 |
| 10/03/2003<br>01/13/2004 | 0375 | John J. Wackman<br>Invoice=3093774 | 0.30<br>0.30 | 73.50<br>73.50 | Telephone conference with Mr. Olson regarding case status | 17763.R27555 | 9643190 |
| 10/06/2003<br>01/13/2004 | 0130 | Shelly D. LaFleur<br>Invoice=3093774 | 0.50<br>0.50 | 70.00<br>70.00 | research Secretary of State records regarding termination of Cherry Wood Investments LLC and prepare memo regarding same | 17763.R27555 | 9628386 |
| 10/06/2003<br>01/13/2004 | 0546 | Jessica L. Williams<br>Invoice=3093774 | 1.00<br>1.00 | 110.00<br>110.00 | review Owner's and Encumbrance Report; prepare memo | 17763.R27555 | 9628685 |
| 10/06/2003<br>01/13/2004 | 0396 | Raphael T. Wallander<br>Invoice=3093774 | 0.50<br>0.50 | 87.50<br>87.50 | Finalize objection; draft letter to Mr. Olson enclosing objection and verification | 17763.R27555 | 9634034 |
| 10/06/2003<br>01/13/2004 | 0375 | John J. Wackman<br>Invoice=3093774 | 2.30<br>2.30 | 563.50<br>563.50 | revise and edit motions in bankruptcy case | 17763.R27555 | 9643196 |
| 10/08/2003<br>01/13/2004 | 0012 | Richard J. Nygaard<br>Invoice=3093774 | 0.50<br>0.50 | 167.50<br>167.50 | Office work regarding motions and scheduling | 17763.R27555 | 9629612 |
| 10/09/2003 | 0407 | Peter Gray | 0.20 | 44.00 | review court's briefing schedule order and | 17763.R27555 | 9631463 |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 01/13/2004 | | Invoice=3093774 | 0.20 | 44.00 | related notes to file | | |
| 10/09/2003 | 0375 | John J. Wackman | 1.40 | 343.00 | Correspondence to counsel regarding pending | 17763.R27555 | 9643217 |
| 01/13/2004 | | Invoice=3093774 | 1.40 | 343.00 | motions; telephone conference with Mr. Meyer regarding motion to dismiss; analyze attorneys' fees motions and motions for sanctions in light of bankruptcy stay | | |
| 10/10/2003 | 0396 | Raphael T. Wallander | 2.20 | 385.00 | Receive verification page from Mr. Olson; file | 17763.R27555 | 9634039 |
| 01/13/2004 | | Invoice=3093774 | 2.20 | 385.00 | and serve objection; telephone conference with attorney Lallier regarding joint motion for relief from stay and objection; review joint motion for relief from stay; execute relief from stay motion and deliver same to attorney Lallier | | |
| 10/14/2003 | 0375 | John J. Wackman | 0.30 | 73.50 | review issues related to motions in bankruptcy | 17763.R27555 | 9643233 |
| 01/13/2004 | | Invoice=3093774 | 0.30 | 73.50 | case | | |
| 10/15/2003 | 0407 | Peter Gray | 0.20 | 44.00 | review applicable court rules on briefing | 17763.R27555 | 9632828 |
| 01/13/2004 | | Invoice=3093774 | 0.20 | 44.00 | limitations and office conference with attorney Wackman regarding advisability of submitting one joint appellees' brief | | |
| 10/17/2003 | 0012 | Richard J. Nygaard | 0.70 | 234.50 | Analysis of issues regarding bankruptcy and | 17763.R27555 | 9639101 |
| 01/13/2004 | | Invoice=3093774 | 0.70 | 234.50 | motions | | |
| 10/20/2003 | 0396 | Raphael T. Wallander | 1.10 | 192.50 | Telephone conference with attorney Swanson | 17763.R27555 | 9643330 |
| 01/13/2004 | | Invoice=3093774 | 1.10 | 192.50 | regarding objection, amended schedules and other related issues; telephone conference with attorney Lallier regarding cancellation of confirmation hearing, deposition dates and other related issues | | |
| 10/21/2003 | 0012 | Richard J. Nygaard | 0.80 | 268.00 | Review correspondence from Mr. French regarding | 17763.R27555 | 9636834 |
| 01/13/2004 | | Invoice=3093774 | 0.80 | 268.00 | opposition to motions; prepare reply | | |
| 10/22/2003 | 0012 | Richard J. Nygaard | 0.70 | 234.50 | Review reply to motion; review correspondence | 17763.R27555 | 9639108 |
| 01/13/2004 | | Invoice=3093774 | 0.70 | 234.50 | | | |
| 10/22/2003 | 0375 | John J. Wackman | 1.50 | 367.50 | review Mr. Manion's briefs in opposition to | 17763.R27555 | 9643260 |
| 01/13/2004 | | Invoice=3093774 | 1.50 | 367.50 | motion for sanctions; review Mr. Manion's brief in opposition to Mr. Nagin's motion to dismiss; correspondence to Mr. Nagin regarding motions for sanctions | | |
| 10/23/2003 | 0375 | John J. Wackman | 0.50 | 122.50 | receive and analyze Mr. Manion's revised | 17763.R27555 | 9643266 |
| 01/13/2004 | | Invoice=3093774 | 0.50 | 122.50 | bankruptcy filings and his opposition to the motion to dismiss his proposed plan | | |
| 10/27/2003 | 0375 | John J. Wackman | 1.00 | 245.00 | review Manion's bankruptcy brief; strategize | 17763.R27555 | 9638593 |
| 01/13/2004 | | Invoice=3093774 | 1.00 | 245.00 | regarding response and motion to dismiss | | |
| 10/28/2003 | 0407 | Peter Gray | 0.90 | 198.00 | review and analysis of Erie/choice of law | 17763.R27555 | 9640944 |
| 01/13/2004 | | Invoice=3093774 | 0.90 | 198.00 | arguments raised by Manion and Nagin defendants and office conference with attorney Wackman | | |
| 10/28/2003 | 0375 | John J. Wackman | 1.00 | 245.00 | review Mr. Nagin's brief in support of motion | 17763.R27555 | 9643280 |
| 01/13/2004 | | Invoice=3093774 | 1.00 | 245.00 | to dismiss; telephone conference with Mr. Meyer regarding hearing on motions | | |
| 10/30/2003 | 0407 | Peter Gray | 0.40 | 88.00 | initial review of appellant's brief and | 17763.R27555 | 9643350 |
| 01/13/2004 | | Invoice=3093774 | 0.40 | 88.00 | appendix and related office strategy conference with attorney Wackman | | |
| 10/31/2003 | 0407 | Peter Gray | 2.40 | 528.00 | review and analysis of appellant's brief and | 17763.R27555 | 9643361 |
| 01/13/2004 | | Invoice=3093774 | 2.40 | 528.00 | comparison with memoranda filed by appellant before district court | | |
| 11/03/2003 | 0012 | Richard J. Nygaard | 1.90 | 636.50 | Review plaintiff's brief; prepare reply | 17763.R27555 | 9645947 |
| 01/13/2004 | | Invoice=3093774 | 1.90 | 636.50 | | | |
| 11/03/2003 | 0407 | Peter Gray | 1.50 | 330.00 | review court hearing transcript on motions to | 17763.R27555 | 9646048 |
| 01/13/2004 | | Invoice=3093774 | 1.50 | 330.00 | dismiss and related materials from appellant's appendix and related tasks as background for preparing appellees' briefs | | |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 11/03/2003 | 0375 | John J. Wackman | 1.50 | 367.50 | analyze plaintiff's appeal | 17763.R27555 | 9672096 |
| 01/13/2004 | | Invoice=3093774 | 1.50 | 367.50 | | | |
| 11/05/2003 | 0375 | John J. Wackman | 1.50 | 367.50 | analyze plaintiff's appeal | 17763.R27555 | 9672106 |
| 01/13/2004 | | Invoice=3093774 | 1.50 | 367.50 | | | |
| 11/10/2003 | 0396 | Raphael T. Wallander | 0.50 | 87.50 | Telephone conference with attorney Swanson | 17763.R27555 | 9672227 |
| 01/13/2004 | | Invoice=3093774 | 0.50 | 87.50 | regarding depositions; draft letter to attorney | | |
| | | | | | Swanson confirming same | | |
| 11/11/2003 | 0012 | Richard J. Nygaard | 0.70 | 234.50 | Prepare for hearing; analysis of bankruptcy | 17763.R27555 | 9650056 |
| 01/13/2004 | | Invoice=3093774 | 0.70 | 234.50 | issues | | |
| 11/17/2003 | 0396 | Raphael T. Wallander | 1.50 | 262.50 | Prepare for and participate in telephone | 17763.R27555 | 9672240 |
| 01/13/2004 | | Invoice=3093774 | 1.50 | 262.50 | conference hearing on relief from stay motion; | | |
| | | | | | conference with attorneys Wackman and Nygaard | | |
| | | | | | regarding same | | |
| 11/18/2003 | 0407 | Peter Gray | 4.10 | 902.00 | review pertinent file materials and prepare | 17763.R27555 | 9667057 |
| 01/13/2004 | | Invoice=3093774 | 4.10 | 902.00 | first draft of appellee's brief | | |
| 11/18/2003 | 0012 | Richard J. Nygaard | 1.00 | 335.00 | Analysis of Order to Lift Stay and Opposition | 17763.R27555 | 9670298 |
| 01/13/2004 | | Invoice=3093774 | 1.00 | 335.00 | to Chapter 13 | | |
| 11/19/2003 | 0012 | Richard J. Nygaard | 1.00 | 335.00 | Review plaintiff's brief in response to motion; | 17763.R27555 | 9670305 |
| 01/13/2004 | | Invoice=3093774 | 1.00 | 335.00 | analysis of additional discovery | | |
| 11/19/2003 | 0375 | John J. Wackman | 0.50 | 122.50 | review Mr. Manion's appeal | 17763.R27555 | 9672161 |
| 01/13/2004 | | Invoice=3093774 | 0.50 | 122.50 | | | |
| 11/19/2003 | 0396 | Raphael T. Wallander | 2.10 | 367.50 | Prepare for deposition of Mr. Manion; draft | 17763.R27555 | 9672247 |
| 01/13/2004 | | Invoice=3093774 | 2.10 | 367.50 | outline of same; telephone conference with | | |
| | | | | | attorney Swanson regarding same; draft letter | | |
| | | | | | to attorney Swanson | | |
| 11/19/2003 | 0407 | Peter Gray | 2.40 | 528.00 | research, record review and continued | 17763.R27555 | 9672266 |
| 01/13/2004 | | Invoice=3093774 | 2.40 | 528.00 | preparation of draft appellee's brief | | |
| 11/20/2003 | 0396 | Raphael T. Wallander | 12.00 | 2,100.00 | Travel to/from Appleton, Wisconsin for | 17763.R27555 | 9672249 |
| 01/13/2004 | | Invoice=3093774 | 12.00 | 2,100.00 | deposition of Mr. Manion and review of | | |
| | | | | | documents and records; take deposition of Mr. | | |
| | | | | | Manion; review documents; conference with | | |
| | | | | | attorney Swanson, Mr. Manion and attorney | | |
| | | | | | Lallier; conference with attorney Lallier | | |
| 11/21/2003 | 0375 | John J. Wackman | 0.20 | 49.00 | Telephone conference with Mr. Swanson regarding | 17763.R27555 | 9672164 |
| 01/13/2004 | | Invoice=3093774 | 0.20 | 49.00 | deposition of Brian Olson | | |
| 11/24/2003 | 0375 | John J. Wackman | 0.50 | 122.50 | strategize regarding the bankruptcy case | 17763.R27555 | 9672175 |
| 01/13/2004 | | Invoice=3093774 | 0.50 | 122.50 | including possible motions | | |
| 11/24/2003 | 0396 | Raphael T. Wallander | 0.70 | 122.50 | Telephone conference with Judge McGarrity | 17763.R27555 | 9672255 |
| 01/13/2004 | | Invoice=3093774 | 0.70 | 122.50 | regarding objection to Chapter 13 Plan; | | |
| | | | | | conference with attorneys Wackman and Nygaard | | |
| | | | | | regarding same | | |
| 11/24/2003 | 0407 | Peter Gray | 0.90 | 198.00 | research, record review and continued | 17763.R27555 | 9672277 |
| 01/13/2004 | | Invoice=3093774 | 0.90 | 198.00 | preparation of draft appellee's brief | | |
| 11/25/2003 | 0012 | Richard J. Nygaard | 1.50 | 502.50 | Analysis of settlement issues; analysis of | 17763.R27555 | 9671316 |
| 01/13/2004 | | Invoice=3093774 | 1.50 | 502.50 | bankruptcy options | | |
| 11/25/2003 | 0375 | John J. Wackman | 0.50 | 122.50 | strategize regarding appellate arguments | 17763.R27555 | 9672179 |
| 01/13/2004 | | Invoice=3093774 | 0.50 | 122.50 | | | |
| 11/25/2003 | 0407 | Peter Gray | 6.60 | 1,452.00 | research, record review and continued | 17763.R27555 | 9672285 |
| 01/13/2004 | | Invoice=3093774 | 6.60 | 1,452.00 | preparation of draft appellee's brief | | |
| 11/26/2003 | 0028 | Eric J. Magnuson | 0.90 | 315.00 | Review and revise appellees' briefs | 17763.R27555 | 9671396 |
| 01/13/2004 | | Invoice=3093774 | 0.90 | 315.00 | | | |
| 11/26/2003 | 0184 | Sheri L. Skallet | 6.30 | 882.00 | collation and organization of extensive file | 17763.R27555 | 9671618 |
| 01/13/2004 | | Invoice=3093774 | 6.30 | 882.00 | material for the appendix to the appellate | | |
| | | | | | briefs; begin pagination of appendix material; | | |
| | | | | | prepare Appendix Index; | | |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 11/26/2003 | 0242 | Kimberley J Farries | 1.70 | 153.00 | library and Westlaw research regarding key cite | 17763.R27555 | 9671724 |
| 01/13/2004 | | Invoice=3093774 | 1.70 | 153.00 | and cite check of appellate brief for P. Gray | | |
| 11/26/2003 | 0375 | John J. Wackman | 1.00 | 245.00 | review and edit appellate brief; identify | 17763.R27555 | 9672182 |
| 01/13/2004 | | Invoice=3093774 | 1.00 | 245.00 | documents for use in appendix | | |
| 11/26/2003 | 0407 | Peter Gray | 2.20 | 484.00 | research, record review and continued | 17763.R27555 | 9672291 |
| 01/13/2004 | | Invoice=3093774 | 2.20 | 484.00 | preparation of draft appellee's brief | | |
| 11/26/2003 | 0012 | Richard J. Nygaard | 0.80 | 268.00 | Draft brief | 17763.R27555 | 9674788 |
| 01/13/2004 | | Invoice=3093774 | 0.80 | 268.00 | | | |
| 11/28/2003 | 0028 | Eric J. Magnuson | 2.10 | 735.00 | Review and revise draft briefs | 17763.R27555 | 9671398 |
| 01/13/2004 | | Invoice=3093774 | 2.10 | 735.00 | | | |
| 11/29/2003 | 0407 | Peter Gray | 5.70 | 1,254.00 | research, record review and continued | 17763.R27555 | 9672292 |
| 01/13/2004 | | Invoice=3093774 | 5.70 | 1,254.00 | preparation of draft appellee's brief | | |
| 11/30/2003 | 0028 | Eric J. Magnuson | 0.60 | 210.00 | final review and revisions to appellate briefs | 17763.R27555 | 9671403 |
| 01/13/2004 | | Invoice=3093774 | 0.60 | 210.00 | | | |
| 12/01/2003 | 0407 | Peter Gray | 4.90 | 1,078.00 | prepare final appellee's brief and appendix | 17763.R27555 | 9674969 |
| 01/13/2004 | | Invoice=3093774 | 4.90 | 1,078.00 | | | |
| 12/01/2003 | 0375 | John J. Wackman | 2.00 | 490.00 | revise and edit appeal brief | 17763.R27555 | 9681908 |
| 01/13/2004 | | Invoice=3093774 | 2.00 | 490.00 | | | |
| 12/01/2003 | 0396 | Raphael T. Wallander | 2.20 | 385.00 | Prepare amended proof of claim; draft letter to | 17763.R27555 | 9683485 |
| 01/13/2004 | | Invoice=3093774 | 2.20 | 385.00 | client enclosing same; draft memo to attorneys | | |
| | | | | | Wackman and Nygaard regarding status of | | |
| | | | | | bankruptcy proceedings and related issues | | |
| 12/01/2003 | 0184 | Sheri L. Skallet | 8.50 | 1,190.00 | complete collation and organization of | 17763.R27555 | 9674827 |
| 04/14/2004 | | Invoice=3099893 | 8.50 | 1,190.00 | extensive appendix material; revise and | | |
| | | | | | finalize appendix index; prepare covers for | | |
| | | | | | both appellate briefs; insert appendix cites | | |
| | | | | | into both briefs; finalize both appellate | | |
| | | | | | briefs; arrange details of filing and serving | | |
| | | | | | with the brief printer; prepare Certification | | |
| | | | | | of Diskettes as Virus Free; copy each brief | | |
| | | | | | onto diskettes for the Court and each party; | | |
| | | | | | scan diskettes for viruses | | |
| 12/02/2003 | 0184 | Sheri L. Skallet | 1.70 | 238.00 | Organize file material following preparation of | 17763.R27555 | 9675968 |
| 04/14/2004 | | Invoice=3099893 | 1.70 | 238.00 | appellate briefs and appendix | | |
| 12/09/2003 | 0375 | John J. Wackman | 0.50 | 122.50 | prepare for upcoming motion hearing on motions | 17763.R27555 | 9681916 |
| 01/13/2004 | | Invoice=3093774 | 0.50 | 122.50 | for sanctions and attorneys' fees | | |
| 12/10/2003 | 0375 | John J. Wackman | 2.00 | 490.00 | prepare for hearing on attorneys' fees and | 17763.R27555 | 9681920 |
| 01/13/2004 | | Invoice=3093774 | 2.00 | 490.00 | sanctions | | |
| 12/11/2003 | 0012 | Richard J. Nygaard | 2.50 | 837.50 | prepare for and attend hearing on motions | 17763.R27555 | 9680978 |
| 01/13/2004 | | Invoice=3093774 | 2.50 | 837.50 | | | |
| 12/11/2003 | 0375 | John J. Wackman | 2.00 | 490.00 | prepare for and attend motion hearing on | 17763.R27555 | 9681926 |
| 01/13/2004 | | Invoice=3093774 | 2.50 | 612.50 | motions for sanctions and attorneys fees; | | |
| | | | | | correspondence to Mr. Olson regarding motion | | |
| | | | | | hearing | | |
| 12/15/2003 | 0375 | John J. Wackman | 0.30 | 73.50 | Telephone conference with counsel for Mr. | 17763.R27555 | 9686299 |
| 01/13/2004 | | Invoice=3093774 | 0.30 | 73.50 | Manion regarding bankruptcy issues | | |
| 12/17/2003 | 0375 | John J. Wackman | 0.20 | 49.00 | Telephone conference with co-counsel regarding | 17763.R27555 | 9686315 |
| 01/13/2004 | | Invoice=3093774 | 0.20 | 49.00 | appeal issues | | |
| 12/19/2003 | 0375 | John J. Wackman | 1.50 | 367.50 | analyze plaintiff's reply brief on appeal | 17763.R27555 | 9686323 |
| 01/13/2004 | | Invoice=3093774 | 1.50 | 367.50 | | | |
| 12/19/2003 | 0396 | Raphael T. Wallander | 3.20 | 560.00 | Receive and review deposition transcript and | 17763.R27555 | 9690069 |
| 01/13/2004 | | Invoice=3093774 | 3.20 | 560.00 | documents produced by Manion's attorney | | |
| 12/30/2003 | 0375 | John J. Wackman | 1.00 | 245.00 | analyze issues related to Mr. Manion's appeal | 17763.R27555 | 9689038 |
| 01/13/2004 | | Invoice=3093774 | 1.00 | 245.00 | and bankruptcy petition | | |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 01/13/2004 | 0375 | John J. Wackman | 1.00 | 250.00 | strategize regarding appeal issues | 17763.R27555 | 9707854 |
| 04/14/2004 | | Invoice=3099893 | 1.00 | 250.00 | | | |
| 01/22/2004 | 0407 | Peter Gray | 0.20 | 48.00 | office conference with attorney Wackman regarding oral argument hearing scheduling and preparation and relate review of Court of Appeals electronic docket | 17763.R27555 | 9702310 |
| 04/14/2004 | | Invoice=3099893 | 0.20 | 48.00 | | | |
| 01/26/2004 | 0012 | Richard J. Nygaard | 1.20 | 432.00 | prepare expert affidavit; review order | 17763.R27555 | 9703666 |
| 04/14/2004 | | Invoice=3099893 | 1.20 | 432.00 | | | |
| 01/27/2004 | 0012 | Richard J. Nygaard | 0.80 | 288.00 | prepare affidavit | 17763.R27555 | 9703668 |
| 04/14/2004 | | Invoice=3099893 | 0.80 | 288.00 | | | |
| 02/05/2004 | 0012 | Richard J. Nygaard | 0.80 | 288.00 | Analysis of bankruptcy issues. | 17763.R27555 | 9710434 |
| 04/14/2004 | | Invoice=3099893 | 0.80 | 288.00 | | | |
| 02/06/2004 | 0407 | Peter Gray | 0.70 | 168.00 | review and analyze court's order on outstanding motions and related office conferences with attorneys Wackman and Nygaard | 17763.R27555 | 9716013 |
| 04/14/2004 | | Invoice=3099893 | 0.70 | 168.00 | | | |
| 02/10/2004 | 0407 | Peter Gray | 1.20 | 288.00 | research and prepare letter submission to Judge Montgomery and proposed order requesting modification of dismissal order to dismissal without prejudice and related office conference with attorneys Wackman and Nygaard | 17763.R27555 | 9716497 |
| 04/14/2004 | | Invoice=3099893 | 1.20 | 288.00 | | | |
| 02/11/2004 | 0396 | Raphael T. Wallander | 1.50 | 285.00 | Review Judge Montgomery's order; review impact on bankruptcy and consider strategy regarding same conference with attorneys Nygaard and Wackman regarding same | 17763.R27555 | 9715979 |
| 04/14/2004 | | Invoice=3099893 | 1.50 | 285.00 | | | |
| 02/11/2004 | 0375 | John J. Wackman | 0.70 | 175.00 | strategize regarding bankruptcy and collection issues | 17763.R27555 | 9724468 |
| 04/14/2004 | | Invoice=3099893 | 0.70 | 175.00 | | | |
| 02/23/2004 | 0375 | John J. Wackman | 1.00 | 250.00 | strategize regarding bankruptcy and collection issues | 17763.R27555 | 9724496 |
| 04/14/2004 | | Invoice=3099893 | 1.00 | 250.00 | | | |
| 02/24/2004 | 0396 | Raphael T. Wallander | 1.30 | 247.00 | Conference with attorney Nygaard regarding bankruptcy hearing; draft letter to Judge McGarrity regarding same | 17763.R27555 | 9724572 |
| 04/14/2004 | | Invoice=3099893 | 1.30 | 247.00 | | | |
| 02/24/2004 | 0407 | Peter Gray | 0.10 | 24.00 | office conference with attorney Wackman regarding court of appeals' order regarding default judgment motion | 17763.R27555 | 9724588 |
| 04/14/2004 | | Invoice=3099893 | 0.10 | 24.00 | | | |
| 02/25/2004 | 0012 | Richard J. Nygaard | 0.80 | 288.00 | Analysis of bankruptcy issues and motions. | 17763.R27555 | 9721583 |
| 04/14/2004 | | Invoice=3099893 | 0.80 | 288.00 | | | |
| 02/25/2004 | 0375 | John J. Wackman | 0.50 | 125.00 | strategize regarding responding to Manion's proposed move to Chapter 11 | 17763.R27555 | 9724505 |
| 04/14/2004 | | Invoice=3099893 | 0.50 | 125.00 | | | |
| 02/25/2004 | 0396 | Raphael T. Wallander | 2.50 | 475.00 | Prepare for and participate in telephonic bankruptcy hearing on objection to plan; conference with attorneys Wackman and Nygaard regarding same | 17763.R27555 | 9724576 |
| 04/14/2004 | | Invoice=3099893 | 2.50 | 475.00 | | | |
| 02/29/2004 | 0396 | Raphael T. Wallander | 2.50 | 475.00 | Legal research and analysis for motion to dismiss chapter 11 case | 17763.R27555 | 9724585 |
| 04/14/2004 | | Invoice=3099893 | 2.50 | 475.00 | | | |
| 03/05/2004 | 0028 | Eric J. Magnuson | 0.30 | 105.00 | Review and analysis of issues relating to need to file cross-appeal to preserve pendant claims | 17763.R27555 | 9729357 |
| 04/14/2004 | | Invoice=3099893 | 0.30 | 105.00 | | | |
| 03/16/2004 | 0184 | Sheri L. Skallet | 1.20 | 174.00 | finalize Notice of Protective Cross-Appeal and Appellant's Form A; obtain filing fee; prepare appropriate number of copies for service and filing; serve appeal pleadings; arrange to have appeal pleadings personally filed with the Court | 17763.R27555 | 9735341 |
| 04/14/2004 | | Invoice=3099893 | 1.20 | 174.00 | | | |
| 03/16/2004 | 0407 | Peter Gray | 3.30 | 792.00 | research on need for cross-appeal of dismissal without prejudice of claims against Nagin; prepare notice of cross-appeal and related filings; prepare notice of appearance and corporate disclosure statement and related notes to file | 17763.R27555 | 9736184 |
| 04/14/2004 | | Invoice=3099893 | 3.30 | 792.00 | | | |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 03/17/2004 | 0396 | Raphael T. Wallander | 1.10 | 209.00 | Review bankruptcy docket; conference with | 17763.R27555 | 9740638 |
| 04/14/2004 | | Invoice=3099893 | 1.10 | 209.00 | attorney Nygaard; draft letter to attorney | | |
| | | | | | Swanson regarding dismissal or conversion | | |
| 03/18/2004 | 0375 | John J. Wackman | 0.30 | 75.00 | review Eighth Circuit's consolidation order; | 17763.R27555 | 9736155 |
| 04/14/2004 | | Invoice=3099893 | 0.30 | 75.00 | correspondence to Mr. Olson regarding Order | | |
| 03/24/2004 | 0407 | Peter Gray | 1.20 | 288.00 | review and analyze Court of Appeals' orders | 17763.R27555 | 9739889 |
| 04/14/2004 | | Invoice=3099893 | 1.20 | 288.00 | regarding consolidated appeals; prepare notice | | |
| | | | | | of appearance, notice of intent to proceed by | | |
| | | | | | separate appendices, statement as to | | |
| | | | | | transcript, corporate disclosure statement and | | |
| | | | | | related notes to file | | |
| 03/25/2004 | 0012 | Richard J. Nygaard | 0.80 | 288.00 | Draft brief. | 17763.R27555 | 9741309 |
| 04/14/2004 | | Invoice=3099893 | 0.80 | 288.00 | | | |
| 03/25/2004 | 0375 | John J. Wackman | 0.40 | 100.00 | strategize regarding bankruptcy motion | 17763.R27555 | 9743173 |
| 04/14/2004 | | Invoice=3099893 | 0.40 | 100.00 | | | |
| 03/26/2004 | 0012 | Richard J. Nygaard | 0.90 | 324.00 | Review file; status report to Board of | 17763.R27555 | 9741315 |
| 04/14/2004 | | Invoice=3099893 | 0.90 | 324.00 | Directors. | | |
| 03/29/2004 | 0375 | John J. Wackman | 1.00 | 250.00 | strategize regarding appeal and bankruptcy | 17763.R27555 | 9743180 |
| 04/14/2004 | | Invoice=3099893 | 1.00 | 250.00 | issues | | |
| 03/31/2004 | 0547 | Daniel J. McGarry | 1.30 | 247.00 | Review file and online docket; begin drafting | 17763.R27555 | 9744565 |
| 04/14/2004 | | Invoice=3099893 | 1.30 | 247.00 | renewed motion to reject | | |
| 04/08/2004 | 0547 | Daniel J. McGarry | 0.80 | 152.00 | Review files; work on objection to Chapter 13 | 17763.R27555 | 9749450 |
| 07/13/2004 | | Invoice=3104634 | 0.80 | 152.00 | Plan | | |
| 04/12/2004 | 0547 | Daniel J. McGarry | 2.50 | 475.00 | Review pleadings; draft and revise objection to | 17763.R27555 | 9749938 |
| 07/13/2004 | | Invoice=3104634 | 2.50 | 475.00 | plan and motion to dismiss | | |
| 04/14/2004 | 0396 | Raphael T. Wallander | 7.10 | 1,349.00 | Draft, revise and finalize motion to dismiss | 17763.R27555 | 9751007 |
| 07/13/2004 | | Invoice=3104634 | 7.10 | 1,349.00 | Chapter 13 plan; review documents in support | | |
| | | | | | thereof and analysis of additional legal | | |
| | | | | | research regarding same | | |
| 04/19/2004 | 0012 | Richard J. Nygaard | 0.70 | 252.00 | Draft motion | 17763.R27555 | 9752982 |
| 07/13/2004 | | Invoice=3104634 | 0.70 | 252.00 | | | |
| 04/21/2004 | 0396 | Raphael T. Wallander | 1.10 | 209.00 | Finalize, file and serve motion to dismiss | 17763.R27555 | 9756540 |
| 07/13/2004 | | Invoice=3104634 | 1.10 | 209.00 | Chapter 13 Bankruptcy case | | |
| 04/22/2004 | 0375 | John J. Wackman | 0.70 | 175.00 | review motion to dismiss bankruptcy claim | 17763.R27555 | 9757112 |
| 07/13/2004 | | Invoice=3104634 | 0.70 | 175.00 | | | |
| 04/23/2004 | 0375 | John J. Wackman | 0.50 | 125.00 | analyze plaintiff's settlement offer; telephone | 17763.R27555 | 9760320 |
| 07/13/2004 | | Invoice=3104634 | 0.50 | 125.00 | conference with Mr. Olson regarding settlement | | |
| | | | | | offer; draft letter to Mr. Olson regarding | | |
| | | | | | settlement offer | | |
| 04/26/2004 | 0012 | Richard J. Nygaard | 0.70 | 252.00 | Telephone conference with Manion's attorney; | 17763.R27555 | 9756296 |
| 07/13/2004 | | Invoice=3104634 | 0.70 | 252.00 | correspondence to Mr. Olson | | |
| 04/26/2004 | 0375 | John J. Wackman | 1.20 | 300.00 | review possible settlement issues concerning | 17763.R27555 | 9760321 |
| 07/13/2004 | | Invoice=3104634 | 1.20 | 300.00 | Mr. Manion's claims | | |
| 04/28/2004 | 0012 | Richard J. Nygaard | 0.70 | 252.00 | Telephone conference with defense attorney | 17763.R27555 | 9758240 |
| 07/13/2004 | | Invoice=3104634 | 0.70 | 252.00 | | | |
| 04/28/2004 | 0396 | Raphael T. Wallander | 1.10 | 209.00 | Telephone conference with attorney Swanson | 17763.R27555 | 9760344 |
| 07/13/2004 | | Invoice=3104634 | 1.10 | 209.00 | regarding possible dismissal of bankruptcy and | | |
| | | | | | voluntary surrender of stock; conference with | | |
| | | | | | attorney Nygaard regarding same | | |
| 04/30/2004 | 0375 | John J. Wackman | 1.00 | 250.00 | strategize regarding possible settlement | 17763.R27555 | 9760336 |
| 07/13/2004 | | Invoice=3104634 | 1.00 | 250.00 | alternatives | | |
| 04/30/2004 | 0396 | Raphael T. Wallander | 1.10 | 209.00 | Telephone conference with Judge McGarrity's | 17763.R27555 | 9760350 |
| 07/13/2004 | | Invoice=3104634 | 1.10 | 209.00 | chambers regarding scheduling motion to dismiss | | |
| | | | | | or convert; telephone conference with attorney | | |
| | | | | | Swanson regarding same and possible voluntary | | |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| | | | | | dismissal and posting of bond; telephone conference with client regarding same | | |
| 05/03/2004 | 0012 | Richard J. Nygaard | 0.80 | 288.00 | Telephone conference with Manion's attorney regarding settlement; telephone conference with Mr. Olson; review trustee's motion | 17763.R27555 | 9761014 |
| 07/13/2004 | | Invoice=3104634 | 0.80 | 288.00 | | | |
| 05/03/2004 | 0375 | John J. Wackman | 1.30 | 325.00 | strategize regarding settlement options; telephone conference with counsel for Mr. Manion regarding settlement issues; telephone conference with Mr. Olson regarding settlement issues | 17763.R27555 | 9774629 |
| 07/13/2004 | | Invoice=3104634 | 1.30 | 325.00 | | | |
| 05/10/2004 | 0407 | Peter Gray | 0.10 | 24.00 | review and analysis of minimum requirements of appellant's brief (for cross-appeal) | 17763.R27555 | 9763675 |
| 07/13/2004 | | Invoice=3104634 | 0.10 | 24.00 | | | |
| 05/11/2004 | 0375 | John J. Wackman | 0.50 | 125.00 | strategize regarding appeal brief | 17763.R27555 | 9774653 |
| 07/13/2004 | | Invoice=3104634 | 0.50 | 125.00 | | | |
| 05/12/2004 | 0407 | Peter Gray | 2.40 | 576.00 | teleconference with Clerk of Court Michael Gans regarding briefing requirements; review pertinent file materials and prepare Brief in support of Cross-Appeal | 17763.R27555 | 9765468 |
| 07/13/2004 | | Invoice=3104634 | 2.40 | 576.00 | | | |
| 05/13/2004 | 0012 | Richard J. Nygaard | 1.90 | 684.00 | Review brief of Manion in consolidated appeal; analysis of legal and factual issues | 17763.R27555 | 9765236 |
| 07/13/2004 | | Invoice=3104634 | 1.90 | 684.00 | | | |
| 05/13/2004 | 0184 | Sheri L. Skallet | 3.80 | 551.00 | analysis of appeal pleadings and prepare cover for Brief of Cross-Appellant; collation and organization of appendix and addendum material; paginate appendix and addendum material; prepare Appendix Index and Addendum Index; proof read and edit brief; prepare Certification of Diskettes as Virus Free; copy onto diskettes Cross-Appellant's Brief and scan for viruses; arrange details of filing and serving with the brief printer | 17763.R27555 | 9765939 |
| 07/13/2004 | | Invoice=3104634 | 3.80 | 551.00 | | | |
| 05/13/2004 | 0407 | Peter Gray | 1.10 | 264.00 | revise and finalize Cross-Appellant's Brief and Appendix | 17763.R27555 | 9766082 |
| 07/13/2004 | | Invoice=3104634 | 1.10 | 264.00 | | | |
| 05/17/2004 | 0375 | John J. Wackman | 2.50 | 625.00 | analyze Mr. Manion's new appellate briefs | 17763.R27555 | 9774662 |
| 07/13/2004 | | Invoice=3104634 | 2.50 | 625.00 | | | |
| 05/19/2004 | 0012 | Richard J. Nygaard | 0.60 | 216.00 | Analysis of stock ownership issues regarding arbitration and bankruptcy | 17763.R27555 | 9768467 |
| 07/13/2004 | | Invoice=3104634 | 0.60 | 216.00 | | | |
| 05/20/2004 | 0396 | Raphael T. Wallander | 1.50 | 285.00 | Review local rules on notice requirements for motion to dismiss; review debtor's response to UST's motion to convert or dismiss; prepare, finalize file and serve notice of motion and notice of hearing; review case docket | 17763.R27555 | 9772909 |
| 07/13/2004 | | Invoice=3104634 | 1.50 | 285.00 | | | |
| 05/21/2004 | 0375 | John J. Wackman | 0.30 | 75.00 | analyze Mr. Manion's bankruptcy response to motion | 17763.R27555 | 9774670 |
| 07/13/2004 | | Invoice=3104634 | 0.30 | 75.00 | | | |
| 05/25/2004 | 0012 | Richard J. Nygaard | 0.60 | 216.00 | Analysis of issues regarding motions | 17763.R27555 | 9771151 |
| 07/13/2004 | | Invoice=3104634 | 0.60 | 216.00 | | | |
| 06/02/2004 | 0396 | Raphael T. Wallander | 1.10 | 209.00 | Conference with attorneys Wackman and Nygaard regarding dismissal of bankruptcy and proposal to post a bond; telephone conference with counsel for Manion | 17763.R27555 | 9776228 |
| 07/13/2004 | | Invoice=3104634 | 1.10 | 209.00 | | | |
| 06/02/2004 | 0012 | Richard J. Nygaard | 0.70 | 252.00 | Analysis of proposal to post security; telephone conference with Mr. Olson | 17763.R27555 | 9778006 |
| 07/13/2004 | | Invoice=3104634 | 0.70 | 252.00 | | | |
| 06/02/2004 | 0375 | John J. Wackman | 2.00 | 500.00 | analyze settlement options; telephone conference with Mr. Olson regarding letter of credit issues; review appeals status and settlement options | 17763.R27555 | 9778226 |
| 07/13/2004 | | Invoice=3104634 | 2.00 | 500.00 | | | |
| 06/04/2004 | 0375 | John J. Wackman | 0.30 | 75.00 | analyze settlement options | 17763.R27555 | 9778237 |
| 07/13/2004 | | Invoice=3104634 | 0.30 | 75.00 | | | |
| 06/07/2004 | 0375 | John J. Wackman | 1.50 | 375.00 | analyze options in light of Mr. Manion's offer; | 17763.R27555 | 9778240 |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 07/13/2004 | | Invoice=3104634 | 1.50 | 375.00 | attend telephone conference with BDA's members | | |
| 06/07/2004 | 0012 | Richard J. Nygaard | 1.50 | 540.00 | Prepare for and attend conference with members | 17763.R27555 | 9778711 |
| 07/13/2004 | | Invoice=3104634 | 1.50 | 540.00 | regarding settlement proposal; Telephone | | |
| | | | | | conference with Mr. Manion's attorney | | |
| 06/07/2004 | 0396 | Raphael T. Wallander | 1.10 | 209.00 | Telephone conference with Manion's bankruptcy | 17763.R27555 | 9780864 |
| 07/13/2004 | | Invoice=3104634 | 1.10 | 209.00 | counsel; telephone conference with clients | | |
| | | | | | regarding dismissal of bankruptcy and posting | | |
| | | | | | of letter of credit | | |
| 06/11/2004 | 0375 | John J. Wackman | 0.30 | 75.00 | Telephone conference with Mr. Manion's counsel | 17763.R27555 | 9784253 |
| 07/13/2004 | | Invoice=3104634 | 0.30 | 75.00 | regarding letter of credit; telephone | | |
| | | | | | conference with Mr. Olson regarding acceptance | | |
| | | | | | of the letter of credit | | |
| 06/14/2004 | 0396 | Raphael T. Wallander | 1.10 | 209.00 | Draft letter to Manion's counsel regarding | 17763.R27555 | 9784278 |
| 07/13/2004 | | Invoice=3104634 | 1.10 | 209.00 | dismissal of bankruptcy | | |
| 06/14/2004 | 0375 | John J. Wackman | 1.00 | 250.00 | strategize regarding appeal issues and | 17763.R27555 | 9785178 |
| 07/13/2004 | | Invoice=3104634 | 1.00 | 250.00 | arguments in light of Mr. Manion's new appeal | | |
| | | | | | positions | | |
| 06/15/2004 | 0407 | Peter Gray | 0.30 | 72.00 | review and analyze Nagin's draft appellee's | 17763.R27555 | 9783593 |
| 07/13/2004 | | Invoice=3104634 | 0.30 | 72.00 | briefs and related office conference with | | |
| | | | | | attorney Wackman | | |
| 06/15/2004 | 0396 | Raphael T. Wallander | 0.70 | 133.00 | Finalize and send letter to Manion's counsel | 17763.R27555 | 9784287 |
| 07/13/2004 | | Invoice=3104634 | 0.70 | 133.00 | regarding posting of bond | | |
| 06/15/2004 | 0375 | John J. Wackman | 2.00 | 500.00 | analyze appeal pleadings in Manion versus Nagin | 17763.R27555 | 9785187 |
| 07/13/2004 | | Invoice=3104634 | 2.00 | 500.00 | case and strategize regarding possible response | | |
| 06/21/2004 | 0375 | John J. Wackman | 1.50 | 375.00 | analyze appeal issues in light of recent | 17763.R27555 | 9789202 |
| 07/13/2004 | | Invoice=3104634 | 1.50 | 375.00 | briefing by Mr. Manion | | |
| 06/22/2004 | 0184 | Sheri L. Skallet | 0.50 | 72.50 | copy our Cross-Appellant's Brief onto a disk | 17763.R27555 | 9786448 |
| 07/13/2004 | | Invoice=3104634 | 0.50 | 72.50 | and make arrangements with the brief printer to | | |
| | | | | | have additional briefs copied and served on | | |
| | | | | | Attorney William French | | |
| 06/23/2004 | 0375 | John J. Wackman | 0.70 | 175.00 | strategize regarding letter of credit and | 17763.R27555 | 9789798 |
| 07/13/2004 | | Invoice=3104634 | 0.70 | 175.00 | dismissal of bankruptcy issues | | |
| 06/24/2004 | 0375 | John J. Wackman | 2.00 | 500.00 | review recently filed appeal papers to | 17763.R27555 | 9789801 |
| 07/13/2004 | | Invoice=3104634 | 2.00 | 500.00 | determine impact on claims against BDA | | |
| 06/25/2004 | 0012 | Richard J. Nygaard | 0.70 | 252.00 | Analysis of settlement issues and motion to | 17763.R27555 | 9788892 |
| 07/13/2004 | | Invoice=3104634 | 0.70 | 252.00 | dismiss bankruptcy | | |
| 06/28/2004 | 0012 | Richard J. Nygaard | 1.00 | 360.00 | Review brief; prepare reply | 17763.R27555 | 9789580 |
| 07/13/2004 | | Invoice=3104634 | 1.00 | 360.00 | | | |
| 06/28/2004 | 0375 | John J. Wackman | 0.80 | 200.00 | prepare proposed order concerning stipulation | 17763.R27555 | 9790795 |
| 07/13/2004 | | Invoice=3104634 | 0.80 | 200.00 | not to execute | | |
| 06/28/2004 | 0396 | Raphael T. Wallander | 0.40 | 76.00 | Telephone conference with Manion's bankruptcy | 17763.R27555 | 9790833 |
| 07/13/2004 | | Invoice=3104634 | 0.40 | 76.00 | counsel; conference with attorney Wackman | | |
| | | | | | regarding same and stipulated order | | |
| 07/02/2004 | 0375 | John J. Wackman | 0.30 | 75.00 | strategize regarding issues related to Letter | 17763.R27555 | 9794269 |
| | | | | | of Credit | | |
| 07/15/2004 | 0396 | Raphael T. Wallander | 1.10 | 209.00 | Revise stipulated order; draft letter to | 17763.R27555 | 9798172 |
| | | | | | attorney Swanson; conference with attorney | | |
| | | | | | Nygaard; telephone conference with clerk of | | |
| | | | | | bankruptcy court; draft letter to bankruptcy | | |
| | | | | | judge regarding hearing date | | |
| 07/21/2004 | 0375 | John J. Wackman | 1.00 | 250.00 | review proposed stipulation; lengthy telephone | 17763.R27555 | 9804144 |
| | | | | | conference with Mr. Swanson regarding proposed | | |
| | | | | | stipulation | | |
| 07/26/2004 | 0396 | Raphael T. Wallander | 0.30 | 57.00 | Conference with attorneys Nygaard and Wackman | 17763.R27555 | 9802989 |
| | | | | | regarding status of bond and related issues | | |