| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 07/26/2004 | 0012 | Richard J. Nygaard | 0.60 | 216.00 | Telephone conference with attorney for Mr. Manion regarding letter of credit issues. | 17763.R27555 | 9803385 |
| 07/28/2004 | 0375 | John J. Wackman | 0.40 | 100.00 | Correspondence to Mr. Manion's bankruptcy counsel regarding letter of credit | 17763.R27555 | 9806985 |
| 08/02/2004 | 0375 | John J. Wackman | 1.00 | 250.00 | strategize regarding bankruptcy and collection issues; telephone conference with counsel for Mr. Manion regarding letter of credit; correspondence to counsel for Mr. Manion regarding letter of credit | 17763.R27555 | 9810175 |
| 08/03/2004 | 0375 | John J. Wackman | 0.40 | 100.00 | Telephone conference with counsel for Mr. Manion regarding letter of credit issues | 17763.R27555 | 9810843 |
| 08/04/2004 | 0375 | John J. Wackman | 1.00 | 250.00 | Telephone conference with Mr. Manion's counsel regarding bankruptcy issues; correspondence to Mr. Manion's counsel regarding letter of credit and stipulation | 17763.R27555 | 9811409 |
| 08/05/2004 | 0375 | John J. Wackman | 0.50 | 125.00 | Telephone conference with Mr. Olson regarding case status and telephone conference with Mr. Swanson regarding letter of credit issues | 17763.R27555 | 9811412 |
| 08/06/2004 | 0375 | John J. Wackman | 1.00 | 250.00 | strategize regarding issues related to bankruptcy, collection to get stock and attorneys' fees | 17763.R27555 | 9811413 |
| 08/09/2004 | 0375 | John J. Wackman | 0.40 | 100.00 | Telephone conference with Mr. Swanson regarding letter of credit and bankruptcy issues | 17763.R27555 | 9814272 |
| 08/17/2004 | 0396 | Raphael T. Wallander | 0.40 | 76.00 | Conference with attorney Wackman and attorney Nygaard regarding status; telephone call to attorney Swanson | 17763.R27555 | 9814310 |
| 08/17/2004 | 0012 | Richard J. Nygaard | 0.70 | 252.00 | Analysis of letter of credit issues. | 17763.R27555 | 9814638 |
| 08/19/2004 | 0396 | Raphael T. Wallander | 3.40 | 646.00 | Prepare for and argue motion to dismiss before Bankruptcy Court; telephone conference with attorney Swanson regarding dismissal, bond and other related issues; draft letter to attorney Swanson objecting to form of letter of credit; conference with attorneys Nygaard and Wackman regarding same | 17763.R27555 | 9815250 |
| 08/19/2004 | 0375 | John J. Wackman | 0.70 | 175.00 | strategize regarding collection issues; telephone conference with Mr. Swanson regarding letter of credit | 17763.R27555 | 9819110 |
| 08/24/2004 | 0375 | John J. Wackman | 0.40 | 100.00 | Telephone conference with Mr. Swanson regarding letter of credit; review revised letter of credit | 17763.R27555 | 9819126 |
| 08/25/2004 | 0375 | John J. Wackman | 0.40 | 100.00 | finalize and execute stipulation; correspondence to Mr. French regarding stipulation | 17763.R27555 | 9819127 |
| 09/02/2004 | 0375 | John J. Wackman | 0.20 | 50.00 | Telephone conference with Mr. Manion's counsel regarding bankruptcy issues | 17763.R27555 | 9836900 |
| 09/16/2004 | 0407 | Peter Gray | 0.20 | 48.00 | review notice of October 18, 2004 oral argument in various federal appeals and related notes to file | 17763.R27555 | 9829577 |
| 09/16/2004 | 0012 | Richard J. Nygaard | 0.50 | 180.00 | Analyze of appeal issues. | 17763.R27555 | 9830050 |
| 09/20/2004 | 0375 | John J. Wackman | 0.30 | 75.00 | review dismissal orders from bankruptcy court | 17763.R27555 | 9836948 |
| 09/22/2004 | 0375 | John J. Wackman | 1.00 | 250.00 | strategize regarding appellate argument and issues | 17763.R27555 | 9836963 |
| 09/27/2004 | 0375 | John J. Wackman | 0.50 | 125.00 | strategize regarding appellate argument | 17763.R27555 | 9836984 |
| 10/01/2004 | 0375 | John J. Wackman | 1.00 | 250.00 | strategize regarding appellate argument and possible issues to be raised by Mr. Manion | 17763.R27555 | 9854470 |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 10/05/2004 | 0375 | John J. Wackman | 0.40 | 100.00 | update to Brian Olson regarding case status and oral argument | 17763.R27555 | 9854487 |
| 10/07/2004 | 0407 | Peter Gray | 0.50 | 120.00 | Telephone conference with clerk from appellate court's office regarding oral argument and preparation of related correspondence; related oral argument preparation | 17763.R27555 | 9842519 |
| 10/11/2004 | 0407 | Peter Gray | 0.70 | 168.00 | research regarding post-brief Eighth Circuit arbitration decisions | 17763.R27555 | 9843727 |
| 10/13/2004 | 0407 | Peter Gray | 1.90 | 456.00 | oral argument preparation | 17763.R27555 | 9844967 |
| 10/14/2004 | 0012 | Richard J. Nygaard | 1.00 | 360.00 | Prepare for oral argument. | 17763.R27555 | 9845484 |
| 10/14/2004 | 0407 | Peter Gray | 5.20 | 1,248.00 | oral argument preparation including extensive case and record review | 17763.R27555 | 9845685 |
| 10/14/2004 | 0375 | John J. Wackman | 1.00 | 250.00 | prepare for argument in the Eighth Circuit Court of Appeals | 17763.R27555 | 9850982 |
| 10/15/2004 | 0407 | Peter Gray | 7.20 | 1,728.00 | oral argument preparation including extensive case and record review | 17763.R27555 | 9845686 |
| 10/15/2004 | 0375 | John J. Wackman | 1.20 | 300.00 | prepare for argument in the Eighth Circuit Court of Appeals | 17763.R27555 | 9850995 |
| 10/17/2004 | 0407 | Peter Gray | 6.10 | 1,464.00 | continued oral argument preparation including extensive case and record review | 17763.R27555 | 9846808 |
| 10/18/2004 | 0407 | Peter Gray | 6.00 | 1,440.00 | prepare for, travel to and form, and present oral argument before Eighth Circuit U.S. Court of Appeals | 17763.R27555 | 9846810 |
| 10/18/2004 | 0012 | Richard J. Nygaard | 0.70 | 252.00 | Analysis of Court of Appeals issues. | 17763.R27555 | 9847627 |
| 10/18/2004 | 0375 | John J. Wackman | 5.50 | 1,375.00 | prepare for and attend oral argument in the Eighth Circuit Court of Appeals | 17763.R27555 | 9850090 |
| 10/19/2004 | 0375 | John J. Wackman | 0.30 | 75.00 | Correspondence to Brian Olson regarding appeal argument | 17763.R27555 | 9850101 |
| 11/09/2004 | 0375 | John J. Wackman | 0.30 | 75.00 | prepare motion for attorneys' fees | 17763.R27555 | 9867878 |
| 12/09/2004 | 0375 | John J. Wackman | 0.50 | 125.00 | calculate attorneys' fees to request in motion for additional attorneys' fees | 17763.R27555 | 9889055 |
| 12/10/2004 | 0541 | Michelle K. Dove | 0.50 | 75.00 | Begin drafting motion for attorneys' fees, specifically analyzing recent court orders, correspondence and related motions | 17763.R27555 | 9887305 |
| 12/16/2004 | 0012 | Richard J. Nygaard | 1.00 | 360.00 | Analysis of insurance coverage and settlement issues. | 17763.R27555 | 9886868 |
| 12/16/2004 | 0407 | Peter Gray | 1.40 | 336.00 | review and analyze opinion affirming judgment for BDA and members in Manion cases, related teleconference with Mr. Olson, related office conference with attorneys Nygaard and Wackman and related notes to file | 17763.R27555 | 9887097 |
| 12/16/2004 | 0375 | John J. Wackman | 0.50 | 125.00 | review Eighth Circuit's denial of Mr. Manion's appeal | 17763.R27555 | 9889089 |
| 12/17/2004 | 0541 | Michelle K. Dove | 0.40 | 60.00 | Analyze court order affirming arbitration award; continue drafting motion for attorneys' fees | 17763.R27555 | 9887314 |
| 12/17/2004 | 0375 | John J. Wackman | 2.00 | 500.00 | strategize regarding settlement issues, collection issues and related issues for appeal | 17763.R27555 | 9889098 |
| 12/20/2004 | 0375 | John J. Wackman | 0.40 | 100.00 | strategize regarding settlement alternatives | 17763.R27555 | 9889105 |
| 12/21/2004 | 0541 | Michelle K. Dove | 0.40 | 60.00 | Prepare notice of motion and motion for attorneys' fees | 17763.R27555 | 9888033 |
| 12/21/2004 | 0375 | John J. Wackman | 1.50 | 375.00 | Telephone conference with Mr. Olson regarding | 17763.R27555 | 9889107 |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| | | | | | settlement strategy; telephone call to Mr. French regarding settlement strategy; strategize regarding collection and settlement issues | | |
| 12/22/2004 | 0012 | Richard J. Nygaard | 0.60 | 216.00 | Telephone conference with Mr. French; telephone conference with Mr. Brian Olson. | 17763.R27555 | 9889741 |
| 12/22/2004 | 0375 | John J. Wackman | 0.40 | 100.00 | Telephone conference with plaintiff's counsel regarding settlement proposal | 17763.R27555 | 9893024 |
| 12/23/2004 | 0012 | Richard J. Nygaard | 1.00 | 360.00 | Telephone conference with plaintiff's attorneys; review stipulation and order. | 17763.R27555 | 9889743 |
| 12/27/2004 | 0184 | Sheri L. Skallet | 2.80 | 406.00 | analysis of file material and collation of appellate costs; calculate taxable costs; prepare Appellees' Bill of Costs and Affidavit of Counsel; prepare correspondence filing and serving same | 17763.R27555 | 9890484 |
| 12/27/2004 | 0375 | John J. Wackman | 0.30 | 75.00 | Telephone conference with plaintiff's counsel regarding settlement proposal | 17763.R27555 | 9893034 |
| 12/28/2004 | 0184 | Sheri L. Skallet | 1.00 | 145.00 | finalize Appellee's Bill of Costs and Affidavit of Counsel; prepare correspondence filing and serving same; prepare Affidavit of Service; serve and file; update appellate docket | 17763.R27555 | 9891422 |
| 12/28/2004 | 0407 | Peter Gray | 0.10 | 24.00 | review and execute motion for appellate taxation of costs | 17763.R27555 | 9891546 |
| 12/28/2004 | 0375 | John J. Wackman | 0.30 | 75.00 | strategize regarding collecting amounts owed in attorneys' fees | 17763.R27555 | 9893041 |
| 12/31/2004 | 0407 | Peter Gray | 0.20 | 48.00 | review and analyze petition for rehearing en banc | 17763.R27555 | 9893094 |
| 01/03/2005 | 0012 | Richard J. Nygaard | 0.80 | 288.00 | Review petition for rehearing; analysis of attorneys' fees and issues. | 17763.R27555 | 9893942 |
| 01/03/2005 | 0541 | Michelle K. Dove | 2.90 | 464.00 | Legal research regarding timeliness of motion for attorneys fees and ability of appellate court to remand motion for attorneys fees to district court under appellate and district court rules of procedure; continue drafting memorandum of law in support of motion for attorneys' fees, specifically drafting introduction section | 17763.R27555 | 9894580 |
| 01/03/2005 | 0407 | Peter Gray | 1.70 | 425.00 | review pertinent file materials and prepare appellate motion for award of attorneys' fees and related office conferences with attorneys Wackman and Magnuson | 17763.R27555 | 9896037 |
| 01/03/2005 | 0375 | John J. Wackman | 2.50 | 650.00 | prepare request for attorneys' fees; research regarding attorneys' fees issue' telephone conference with Paul Swanson regarding settlement | 17763.R27555 | 9897672 |
| 01/05/2005 | 0375 | John J. Wackman | 2.00 | 520.00 | analyze request for en banc hearing and avenues for collection | 17763.R27555 | 9908280 |
| 01/07/2005 | 0407 | Peter Gray | 1.00 | 250.00 | prepare motion to accept attorneys' fees motion if deemed untimely filed and supporting affidavit of counsel | 17763.R27555 | 9896045 |
| 01/10/2005 | 0541 | Michelle K. Dove | 1.80 | 288.00 | Prepare petition for to issue subpoenas out of state, commission to issue subpoenas out of state, proposed order issuing commission for subpoenas and correspondence to court requesting commission; prepare notice of motion and motion for protective order and attorneys' fees; begin drafting memorandum of law in support of protective order | 17763.R27555 | 9897215 |
| 01/10/2005 | 0375 | John J. Wackman | 1.00 | 260.00 | strategize regarding collection efforts and | 17763.R27555 | 9906584 |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| | | | | | possible appeal options for Mr. Manion | | |
| 01/13/2005 | 0407 | Peter Gray | 0.30 | 75.00 | review and analyze opinion dismissing claims against Nagin | 17763.R27555 | 9899011 |
| 01/24/2005 | 0012 | Richard J. Nygaard | 2.00 | 720.00 | Correspondence to defendant's attorney; draft affidavit; telephone conference with Mr. Wackman. | 17763.R27555 | 9903775 |
| 01/24/2005 | 0396 | Raphael T. Wallander | 1.10 | 231.00 | Review and analysis of collection issues related to appellate decision; conference with co-counsel regarding same | 17763.R27555 | 9905309 |
| 01/24/2005 | 0407 | Peter Gray | 0.70 | 175.00 | review notice of denial of petitions for rehearing, related teleconference with Mr. Olson, related office conferences with attorneys Nygaard and Wallander and related notes to file | 17763.R27555 | 9905324 |
| 01/25/2005 | 0541 | Michelle K. Dove | 0.40 | 64.00 | Telephone conference with court administrator to schedule motion for attorneys' fees and costs; telephone conference with defendant's paralegal regarding status of subpoena; conference to determine status of motion for attorneys' fees and costs | 17763.R27555 | 9903682 |
| 01/25/2005 | 0407 | Peter Gray | 0.30 | 75.00 | office conferences with attorneys Nygaard and Dove regarding motion for appellate attorneys' fees | 17763.R27555 | 9905332 |
| 01/28/2005 | 0407 | Peter Gray | 0.10 | 25.00 | office conference with attorneys Nygaard and Wackman regarding Manion's motion to stay issuance of mandate | 17763.R27555 | 9905335 |
| 01/28/2005 | 0012 | Richard J. Nygaard | 1.00 | 360.00 | Telephone conference with Mr. French; analysis of appellate issues and collection of letter of credit; review motions. | 17763.R27555 | 9907530 |
| 01/28/2005 | 0375 | John J. Wackman | 1.00 | 260.00 | review collection options; telephone call to Mr. French regarding resolving case; telephone conference with Mr. Olson regarding Mr. Manion's request to stay mandate | 17763.R27555 | 9908310 |
| 01/31/2005 | 0375 | John J. Wackman | 0.50 | 130.00 | ananlyze plaintiff's request to stay mandate | 17763.R27555 | 9908315 |
| 01/31/2005 | 0541 | Michelle K. Dove | 0.50 | 80.00 | Telephone conference with court administrator regarding current address of Patrick Manion; internet research to determine current address of Manion; correspondence to court forwarding address information; telephone conferences with opposing counsel to verify availability of deposition date | 17763.R27555 | 9908822 |
| 02/04/2005 | 0407 | Peter Gray | 0.20 | 50.00 | review order denying Manion's motion to stay appellate mandate; related teleconference with Johnson & Condon; related office conference with attorney Wackman | 17763.R27555 | 9913642 |
| 02/18/2005 | 0407 | Peter Gray | 0.10 | 25.00 | office conference with attorney Dove regarding preparation of attorneys fees application | 17763.R27555 | 9916608 |
| 02/22/2005 | 0407 | Peter Gray | 0.10 | 25.00 | office conference with attorney Dove regarding attorneys fees motion | 17763.R27555 | 9918189 |
| | | UNBILLED TOTALS: WORK: | 93.00 | 22,725.00 | 81 records | | |
| | | UNBILLED TOTALS: BILL: | 93.00 | 22,725.00 | | | |
| | | BILLED TOTALS: WORK: | 315.10 | 72,589.00 | 225 records | | |
| | | BILLED TOTALS: BILL: | 315.60 | 72,711.50 | | | |
| | | GRAND TOTALS: WORK: | 408.10 | 95,314.00 | 306 records | | |
| | | GRAND TOTALS: BILL: | 408.60 | 95,436.50 | | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 07/22/2003 | 0012 | Richard J. Nygaard | 13 | 48.00 | 0.17 | 8.16 | Photocopies | |
| 10/10/2003 | | Invoice=3087777 | | 48.00 | 0.17 | 8.16 | | 8947930 |
| 07/29/2003 | 0375 | John J. Wackman | 20 | 2.00 | 0.30 | 0.60 | Facsimile | |
| 10/10/2003 | | Invoice=3087777 | | 2.00 | 0.30 | 0.60 | | 8951563 |
| 07/29/2003 | 0375 | John J. Wackman | 20 | 2.00 | 0.30 | 0.60 | Facsimile | |
| 10/10/2003 | | Invoice=3087777 | | 2.00 | 0.30 | 0.60 | | 8951565 |
| 07/29/2003 | 0012 | Richard J. Nygaard | 13 | 7.00 | 0.17 | 1.19 | Photocopies | |
| 10/10/2003 | | Invoice=3087777 | | 7.00 | 0.17 | 1.19 | | 8951773 |
| 07/29/2003 | 0012 | Richard J. Nygaard | 13 | 6.00 | 0.17 | 1.02 | Photocopies | |
| 10/10/2003 | | Invoice=3087777 | | 6.00 | 0.17 | 1.02 | | 8951774 |
| 07/29/2003 | 0375 | John J. Wackman | 14 | 1.00 | 0.08 | 0.08 | 1-214-915-0634 DALLAS TX | |
| 10/10/2003 | | Invoice=3087777 | | 1.00 | 0.08 | 0.08 | | 8957159 |
| 08/01/2003 | 0012 | Richard J. Nygaard | 13 | 10.00 | 0.17 | 1.70 | Photocopies | |
| 10/10/2003 | | Invoice=3087777 | | 10.00 | 0.17 | 1.70 | | 8953333 |
| 08/04/2003 | 0012 | Richard J. Nygaard | 13 | 243.00 | 0.17 | 41.31 | Photocopies | |
| 10/10/2003 | | Invoice=3087777 | | 243.00 | 0.17 | 41.31 | | 8953688 |
| 08/04/2003 | 0012 | Richard J. Nygaard | 13 | 2.00 | 0.17 | 0.34 | Photocopies | |
| 10/10/2003 | | Invoice=3087777 | | 2.00 | 0.17 | 0.34 | | 8953689 |
| 08/04/2003 | 0375 | John J. Wackman | 20 | 2.00 | 0.30 | 0.60 | Facsimile | |
| 10/10/2003 | | Invoice=3087777 | | 2.00 | 0.30 | 0.60 | | 8954037 |
| 08/04/2003 | 0375 | John J. Wackman | 14 | 1.00 | 0.08 | 0.08 | 1-214-915-0634 DALLAS TX | |
| 10/10/2003 | | Invoice=3087777 | | 1.00 | 0.08 | 0.08 | | 8957602 |
| 08/04/2003 | 0375 | John J. Wackman | 14 | 1.00 | 1.36 | 1.36 | 1-860-536-6388 MYSTIC CT | |
| 10/10/2003 | | Invoice=3087777 | | 1.00 | 1.41 | 1.41 | | 8961544 |
| 08/06/2003 | 0012 | Richard J. Nygaard | 13 | 5.00 | 0.17 | 0.85 | Photocopies | |
| 10/10/2003 | | Invoice=3087777 | | 5.00 | 0.17 | 0.85 | | 8954862 |
| 08/06/2003 | 0396 | Raphael T. Wallander | 20 | 2.00 | 0.30 | 0.60 | Facsimile | |
| 10/10/2003 | | Invoice=3087777 | | 2.00 | 0.30 | 0.60 | | 8955179 |
| 08/06/2003 | 0396 | Raphael T. Wallander | 14 | 1.00 | 0.08 | 0.08 | 1-920-426-5530 OSHKOSH WI | |
| 10/10/2003 | | Invoice=3087777 | | 1.00 | 0.08 | 0.08 | | 8957603 |
| 08/07/2003 | 0012 | Richard J. Nygaard | 13 | 5.00 | 0.17 | 0.85 | Photocopies | |
| 10/10/2003 | | Invoice=3087777 | | 5.00 | 0.17 | 0.85 | | 8955416 |
| 08/07/2003 | 0407 | Peter Gray | 20 | 2.00 | 0.30 | 0.60 | Facsimile | |
| 10/10/2003 | | Invoice=3087777 | | 2.00 | 0.30 | 0.60 | | 8959610 |
| 08/07/2003 | 0407 | Peter Gray | 14 | 1.00 | 0.08 | 0.08 | 1-214-915-0634 DALLAS TX | |
| 10/10/2003 | | Invoice=3087777 | | 1.00 | 0.08 | 0.08 | | 8966512 |
| 08/08/2003 | 0012 | Richard J. Nygaard | 13 | 40.00 | 0.17 | 6.80 | Photocopies | |
| 10/10/2003 | | Invoice=3087777 | | 40.00 | 0.17 | 6.80 | | 8955848 |
| 08/11/2003 | 1294 | Jill M. Kowalczyk | 14 | 1.00 | 0.17 | 0.17 | 1-414-297-3291 MWCZ 1 WI | |
| 10/10/2003 | | Invoice=3087777 | | 1.00 | 0.18 | 0.18 | | 8961545 |
| 08/12/2003 | 0012 | Richard J. Nygaard | 13 | 3.00 | 0.17 | 0.51 | Photocopies | |
| 10/10/2003 | | Invoice=3087777 | | 3.00 | 0.17 | 0.51 | | 8958070 |
| 08/13/2003 | 0012 | Richard J. Nygaard | 13 | 11.00 | 0.17 | 1.87 | Photocopies | |
| 10/10/2003 | | Invoice=3087777 | | 11.00 | 0.17 | 1.87 | | 8958371 |
| 08/15/2003 | 0012 | Richard J. Nygaard | 13 | 6.00 | 0.17 | 1.02 | Photocopies | |
| 10/10/2003 | | Invoice=3087777 | | 6.00 | 0.17 | 1.02 | | 8959338 |
| 08/20/2003 | 0012 | Richard J. Nygaard | 13 | 106.00 | 0.17 | 18.02 | Photocopies | |
| 10/10/2003 | | Invoice=3087777 | | 106.00 | 0.17 | 18.02 | | 8960931 |
| 08/21/2003 | 0012 | Richard J. Nygaard | 13 | 20.00 | 0.17 | 3.40 | Photocopies | |
| 10/10/2003 | | Invoice=3087777 | | 20.00 | 0.17 | 3.40 | | 8961355 |
| 08/21/2003 | 0396 | Raphael T. Wallander | 14 | 1.00 | 0.17 | 0.17 | 1-920-426-0456 OSHKOSH WI | 8966513 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 10/10/2003 | | Invoice=3087777 | | 1.00 | 0.18 | 0.18 | | |
| 08/25/2003 | 0012 | Richard J. Nygaard | 13 | 22.00 | 0.17 | 3.74 | Photocopies | 8962142 |
| 10/10/2003 | | Invoice=3087777 | | 22.00 | 0.17 | 3.74 | | |
| 08/25/2003 | 0012 | Richard J. Nygaard | 13 | 46.00 | 0.17 | 7.82 | Photocopies | 8962143 |
| 10/10/2003 | | Invoice=3087777 | | 46.00 | 0.17 | 7.82 | | |
| 08/25/2003 | 0012 | Richard J. Nygaard | 13 | 6.00 | 0.17 | 1.02 | Photocopies | 8962144 |
| 10/10/2003 | | Invoice=3087777 | | 6.00 | 0.17 | 1.02 | | |
| 08/25/2003 | 0012 | Richard J. Nygaard | 13 | 740.00 | 0.17 | 125.80 | Photocopies | 8962145 |
| 10/10/2003 | | Invoice=3087777 | | 740.00 | 0.17 | 125.80 | | |
| 08/25/2003 | 0012 | Richard J. Nygaard | 13 | 18.00 | 0.17 | 3.06 | Photocopies | 8962146 |
| 10/10/2003 | | Invoice=3087777 | | 18.00 | 0.17 | 3.06 | | |
| 08/29/2003 | 0012 | Richard J. Nygaard | 13 | 64.00 | 0.17 | 10.88 | Photocopies | 8964379 |
| 10/10/2003 | | Invoice=3087777 | | 64.00 | 0.17 | 10.88 | | |
| 09/04/2003 | 0012 | Richard J. Nygaard | 14 | 1.00 | 0.34 | 0.34 | 1-469-916-2552 DALLAS TX | 8977192 |
| 10/10/2003 | | Invoice=3087777 | | 1.00 | 0.35 | 0.35 | | |
| 09/04/2003 | 0012 | Richard J. Nygaard | 14 | 1.00 | 0.08 | 0.08 | 1-469-916-1032 DALLAS TX | 8977193 |
| 10/10/2003 | | Invoice=3087777 | | 1.00 | 0.08 | 0.08 | | |
| 09/04/2003 | 0012 | Richard J. Nygaard | 14 | 1.00 | 0.17 | 0.17 | 1-469-916-2552 DALLAS TX | 8977194 |
| 10/10/2003 | | Invoice=3087777 | | 1.00 | 0.18 | 0.18 | | |
| 09/05/2003 | 0012 | Richard J. Nygaard | 13 | 36.00 | 0.17 | 6.12 | Photocopies | 8967170 |
| 10/10/2003 | | Invoice=3087777 | | 36.00 | 0.17 | 6.12 | | |
| 09/09/2003 | 0012 | Richard J. Nygaard | 09 | 3.00 | 5.00 | 15.00 | Minnesota Secretary of State searches | 8976727 |
| 10/10/2003 | | Invoice=3087777 | | 3.00 | 5.00 | 15.00 | | |
| 09/17/2003 | 1237 | Ruth A. Merrill | 14 | 1.00 | 0.17 | 0.17 | 1-414-297-3372 MWCZ 1 WI | 8974038 |
| 10/10/2003 | | Invoice=3087777 | | 1.00 | 0.18 | 0.18 | | |
| 09/18/2003 | 0012 | Richard J. Nygaard | 13 | 82.00 | 0.17 | 13.94 | Photocopies | 8972126 |
| 10/10/2003 | | Invoice=3087777 | | 82.00 | 0.17 | 13.94 | | |
| 09/18/2003 | 0012 | Richard J. Nygaard | 13 | 34.00 | 0.17 | 5.78 | Photocopies | 8972127 |
| 10/10/2003 | | Invoice=3087777 | | 34.00 | 0.17 | 5.78 | | |
| 09/18/2003 | 0012 | Richard J. Nygaard | 13 | 32.00 | 0.17 | 5.44 | Photocopies | 8972128 |
| 10/10/2003 | | Invoice=3087777 | | 32.00 | 0.17 | 5.44 | | |
| 09/18/2003 | 1237 | Ruth A. Merrill | 14 | 1.00 | 0.17 | 0.17 | 1-414-297-3372 MWCZ 1 WI | 8974039 |
| 10/10/2003 | | Invoice=3087777 | | 1.00 | 0.18 | 0.18 | | |
| 09/22/2003 | 0012 | Richard J. Nygaard | 12 | 1.00 | 88.75 | 88.75 | Vendor:U.S. Corporate Services, Inc. Record | 8972763 |
| 10/10/2003 | | Invoice=3087777 | | 1.00 | 88.75 | 88.75 | search | |
| | | Voucher=269344 Paid | | | | | Vendor=US Corporate Services, Inc. Balance= .00 Amount= | |
| | | | | | | | 88.75 | |
| | | | | | | | Paid: 159210 09/22/2003 | |
| 09/26/2003 | 0012 | Richard J. Nygaard | 13 | 103.00 | 0.17 | 17.51 | Photocopies | 8975609 |
| 10/10/2003 | | Invoice=3087777 | | 103.00 | 0.17 | 17.51 | | |
| 09/26/2003 | 0012 | Richard J. Nygaard | 14 | 1.00 | 0.06 | 0.06 | 1-214-915-0620 DALLAS TX | 8977195 |
| 10/10/2003 | | Invoice=3087777 | | 1.00 | 0.06 | 0.06 | | |
| 09/26/2003 | 0012 | Richard J. Nygaard | 14 | 1.00 | 0.60 | 0.60 | 1-214-915-0620 DALLAS TX | 8977196 |
| 10/10/2003 | | Invoice=3087777 | | 1.00 | 0.62 | 0.62 | | |
| 10/01/2003 | 0546 | Jessica L. Williams | 20 | 1.00 | 0.30 | 0.30 | Facsimile | 8979001 |
| 01/13/2004 | | Invoice=3093774 | | 1.00 | 0.30 | 0.30 | | |
| 10/01/2003 | 0546 | Jessica L. Williams | 14 | 1.00 | 0.06 | 0.06 | 1-320-251-0367 ST CLOUD MN | 8998639 |
| 01/13/2004 | | Invoice=3093774 | | 1.00 | 0.06 | 0.06 | | |
| 10/02/2003 | 0375 | John J. Wackman | 14 | 1.00 | 0.06 | 0.06 | 1-860-536-6388 MYSTIC CT | 8978851 |
| 01/13/2004 | | Invoice=3093774 | | 1.00 | 0.06 | 0.06 | | |
| 10/02/2003 | 0375 | John J. Wackman | 14 | 1.00 | 0.12 | 0.12 | 1-860-739-6251 NIANTIC CT | 8978852 |
| 01/13/2004 | | Invoice=3093774 | | 1.00 | 0.12 | 0.12 | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 10/03/2003 | 0012 | Richard J. Nygaard | 14 | 1.00 | 0.96 | 0.96 | 1-860-536-6388 MYSTIC CT | 8986960 |
| 01/13/2004 | | Invoice=3093774 | | 1.00 | 1.00 | 1.00 | | |
| 10/06/2003 | 0012 | Richard J. Nygaard | 13 | 14.00 | 0.17 | 2.38 | Photocopies | 8979202 |
| 01/13/2004 | | Invoice=3093774 | | 14.00 | 0.17 | 2.38 | | |
| 10/07/2003 | 0012 | Richard J. Nygaard | 12 | 1.00 | 75.00 | 75.00 | Vendor:Stearns County Abstract Co. O&E Report | 8979322 |
| 01/13/2004 | | Invoice=3093774 | | 1.00 | 75.00 | 75.00 | | |
| | | Voucher=270178 Paid | | | | | Vendor=Stearns County Abstract Co. Balance= .00 Amount= 75.00 | |
| | | | | | | | Paid: 159812 10/07/2003 | |
| 10/08/2003 | 0012 | Richard J. Nygaard | 12 | 1.00 | 30.00 | 30.00 | Vendor:Preferred Legal Services, Inc. Service upon Mathew M. Meyers, Esq., Mpls Filing with USDC/Mpls. | 8979751 |
| 01/13/2004 | | Invoice=3093774 | | 1.00 | 30.00 | 30.00 | | |
| | | Voucher=270243 Paid | | | | | Vendor=Preferred Legal Services, Inc. Balance= .00 Amount= 30.00 | |
| | | | | | | | Paid: 160055 10/15/2003 | |
| 10/08/2003 | 0396 | Raphael T. Wallander | 20 | 17.00 | 0.30 | 5.10 | Facsimile | 8979925 |
| 01/13/2004 | | Invoice=3093774 | | 17.00 | 0.30 | 5.10 | | |
| 10/08/2003 | 0012 | Richard J. Nygaard | 13 | 53.00 | 0.17 | 9.01 | Photocopies | 8980124 |
| 01/13/2004 | | Invoice=3093774 | | 53.00 | 0.17 | 9.01 | | |
| 10/09/2003 | 0012 | Richard J. Nygaard | 13 | 14.00 | 0.17 | 2.38 | Photocopies | 8980520 |
| 01/13/2004 | | Invoice=3093774 | | 14.00 | 0.17 | 2.38 | | |
| 10/09/2003 | 0012 | Richard J. Nygaard | 13 | 41.00 | 0.17 | 6.97 | Photocopies | 8980521 |
| 01/13/2004 | | Invoice=3093774 | | 41.00 | 0.17 | 6.97 | | |
| 10/10/2003 | 0012 | Richard J. Nygaard | 13 | 517.00 | 0.17 | 87.89 | Photocopies | 8980867 |
| 01/13/2004 | | Invoice=3093774 | | 517.00 | 0.17 | 87.89 | | |
| 10/21/2003 | 0396 | Raphael T. Wallander | 09 | 306.50 | 1.00 | 306.50 | Round trip airfare to Milwaukee | 8985651 |
| 01/13/2004 | | Invoice=3093774 | | 306.50 | 1.00 | 306.50 | | |
| 10/22/2003 | 0012 | Richard J. Nygaard | 13 | 300.00 | 0.17 | 51.00 | Photocopies | 8984424 |
| 01/13/2004 | | Invoice=3093774 | | 300.00 | 0.17 | 51.00 | | |
| 10/23/2003 | 0012 | Richard J. Nygaard | 13 | 4.00 | 0.17 | 0.68 | Photocopies | 8984897 |
| 01/13/2004 | | Invoice=3093774 | | 4.00 | 0.17 | 0.68 | | |
| 10/23/2003 | 0375 | John J. Wackman | 20 | 3.00 | 0.30 | 0.90 | Facsimile | 8985549 |
| 01/13/2004 | | Invoice=3093774 | | 3.00 | 0.30 | 0.90 | | |
| 10/23/2003 | 0375 | John J. Wackman | 14 | 1.00 | 0.12 | 0.12 | 1-214-915-0634 DALLAS TX | 8986961 |
| 01/13/2004 | | Invoice=3093774 | | 1.00 | 0.12 | 0.12 | | |
| 10/27/2003 | 0028 | Eric J. Magnuson | 09 | 2.94 | 1.00 | 2.94 | PACER fee | 8985652 |
| 01/13/2004 | | Invoice=3093774 | | 2.94 | 1.00 | 2.94 | | |
| 10/27/2003 | 0012 | Richard J. Nygaard | 13 | 19.00 | 0.17 | 3.23 | Photocopies | 8985873 |
| 01/13/2004 | | Invoice=3093774 | | 19.00 | 0.17 | 3.23 | | |
| 10/27/2003 | 0012 | Richard J. Nygaard | 13 | 21.00 | 0.17 | 3.57 | Photocopies | 8985874 |
| 01/13/2004 | | Invoice=3093774 | | 21.00 | 0.17 | 3.57 | | |
| 10/27/2003 | 0396 | Raphael T. Wallander | 20 | 19.00 | 0.30 | 5.70 | Facsimile | 8986795 |
| 01/13/2004 | | Invoice=3093774 | | 19.00 | 0.30 | 5.70 | | |
| 10/28/2003 | 0407 | Peter Gray | 22 | 1.00 | 92.55 | 92.55 | Westlaw | 8988087 |
| 01/13/2004 | | Invoice=3093774 | | 1.00 | 92.55 | 92.55 | | |
| 10/30/2003 | 0012 | Richard J. Nygaard | 13 | 414.00 | 0.17 | 70.38 | Photocopies | 8987582 |
| 01/13/2004 | | Invoice=3093774 | | 414.00 | 0.17 | 70.38 | | |
| 11/03/2003 | 0012 | Richard J. Nygaard | 13 | 8.00 | 0.17 | 1.36 | Photocopies | 8988769 |
| 01/13/2004 | | Invoice=3093774 | | 8.00 | 0.17 | 1.36 | | |
| 11/03/2003 | 0407 | Peter Gray | 22 | 1.00 | 231.22 | 231.22 | Westlaw | 8994285 |
| 01/13/2004 | | Invoice=3093774 | | 1.00 | 231.22 | 231.22 | | |
| 11/10/2003 | 0012 | Richard J. Nygaard | 13 | 46.00 | 0.17 | 7.82 | Photocopies | 8990975 |
| 01/13/2004 | | Invoice=3093774 | | 46.00 | 0.17 | 7.82 | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 11/10/2003 | 0012 | Richard J. Nygaard | 13 | 5.00 | 0.17 | 0.85 | Photocopies | 8990976 |
| 01/13/2004 | | Invoice=3093774 | | 5.00 | 0.17 | 0.85 | | |
| 11/19/2003 | 0012 | Richard J. Nygaard | 13 | 6.00 | 0.17 | 1.02 | Photocopies | 8995843 |
| 01/13/2004 | | Invoice=3093774 | | 6.00 | 0.17 | 1.02 | | |
| 11/19/2003 | 0012 | Richard J. Nygaard | 13 | 12.00 | 0.17 | 2.04 | Photocopies | 8995844 |
| 01/13/2004 | | Invoice=3093774 | | 12.00 | 0.17 | 2.04 | | |
| 11/19/2003 | 0012 | Richard J. Nygaard | 13 | 347.00 | 0.17 | 58.99 | Photocopies | 8995845 |
| 01/13/2004 | | Invoice=3093774 | | 347.00 | 0.17 | 58.99 | | |
| 11/19/2003 | 0396 | Raphael T. Wallander | 20 | 2.00 | 0.30 | 0.60 | Facsimile | 8996703 |
| 01/13/2004 | | Invoice=3093774 | | 2.00 | 0.30 | 0.60 | | |
| 11/19/2003 | 0407 | Peter Gray | 22 | 1.00 | 252.02 | 252.02 | Westlaw | 8997099 |
| 01/13/2004 | | Invoice=3093774 | | 1.00 | 252.02 | 252.02 | | |
| 11/19/2003 | 0396 | Raphael T. Wallander | 14 | 1.00 | 0.06 | 0.06 | 1-920-426-5530 OSHKOSH WI | 9006024 |
| 01/13/2004 | | Invoice=3093774 | | 1.00 | 0.06 | 0.06 | | |
| 11/20/2003 | 0396 | Raphael T. Wallander | 09 | 170.00 | 1.00 | 170.00 | Air fare - Mpls. to Oshkosh, WI for deposition | 9005217 |
| 01/13/2004 | | Invoice=3093774 | | 170.00 | 1.00 | 170.00 | | |
| 11/21/2003 | 0407 | Peter Gray | 22 | 1.00 | 151.97 | 151.97 | Westlaw | 8998761 |
| 01/13/2004 | | Invoice=3093774 | | 1.00 | 151.97 | 151.97 | | |
| 11/25/2003 | 0407 | Peter Gray | 22 | 1.00 | 228.30 | 228.30 | Westlaw | 8998762 |
| 01/13/2004 | | Invoice=3093774 | | 1.00 | 228.30 | 228.30 | | |
| 11/26/2003 | 0012 | Richard J. Nygaard | 13 | 56.00 | 0.17 | 9.52 | Photocopies | 8999233 |
| 01/13/2004 | | Invoice=3093774 | | 56.00 | 0.17 | 9.52 | | |
| 11/26/2003 | 0012 | Richard J. Nygaard | 13 | 47.00 | 0.17 | 7.99 | Photocopies | 8999234 |
| 01/13/2004 | | Invoice=3093774 | | 47.00 | 0.17 | 7.99 | | |
| 11/26/2003 | 0012 | Richard J. Nygaard | 13 | 49.00 | 0.17 | 8.33 | Photocopies | 8999235 |
| 01/13/2004 | | Invoice=3093774 | | 49.00 | 0.17 | 8.33 | | |
| 11/26/2003 | 0242 | Kimberley J Farries | 22 | 1.00 | 116.58 | 116.58 | Westlaw | 9002549 |
| 01/13/2004 | | Invoice=3093774 | | 1.00 | 116.58 | 116.58 | | |
| 11/29/2003 | 0407 | Peter Gray | 22 | 1.00 | 4.47 | 4.47 | Westlaw | 9002556 |
| 01/13/2004 | | Invoice=3093774 | | 1.00 | 4.47 | 4.47 | | |
| 12/01/2003 | 0012 | Richard J. Nygaard | 13 | 15.00 | 0.17 | 2.55 | Photocopies | 8999969 |
| 01/13/2004 | | Invoice=3093774 | | 15.00 | 0.17 | 2.55 | | |
| 12/01/2003 | 0012 | Richard J. Nygaard | 13 | 111.00 | 0.17 | 18.87 | Photocopies | 8999970 |
| 01/13/2004 | | Invoice=3093774 | | 111.00 | 0.17 | 18.87 | | |
| 12/01/2003 | 0012 | Richard J. Nygaard | 13 | 95.00 | 0.17 | 16.15 | Photocopies | 8999971 |
| 01/13/2004 | | Invoice=3093774 | | 95.00 | 0.17 | 16.15 | | |
| 12/01/2003 | 0012 | Richard J. Nygaard | 13 | 57.00 | 0.17 | 9.69 | Photocopies | 8999972 |
| 01/13/2004 | | Invoice=3093774 | | 57.00 | 0.17 | 9.69 | | |
| 12/01/2003 | 0012 | Richard J. Nygaard | 13 | 3.00 | 0.17 | 0.51 | Photocopies | 8999973 |
| 01/13/2004 | | Invoice=3093774 | | 3.00 | 0.17 | 0.51 | | |
| 12/01/2003 | 0396 | Raphael T. Wallander | 20 | 4.00 | 0.30 | 1.20 | Facsimile | 9000173 |
| 01/13/2004 | | Invoice=3093774 | | 4.00 | 0.30 | 1.20 | | |
| 12/01/2003 | 0396 | Raphael T. Wallander | 14 | 1.00 | 0.18 | 0.18 | 1-860-536-6836 MYSTIC CT | 9006025 |
| 01/13/2004 | | Invoice=3093774 | | 1.00 | 0.19 | 0.19 | | |
| 12/10/2003 | 0012 | Richard J. Nygaard | 13 | 182.00 | 0.17 | 30.94 | Photocopies | 9003745 |
| 01/13/2004 | | Invoice=3093774 | | 182.00 | 0.17 | 30.94 | | |
| 12/10/2003 | 0012 | Richard J. Nygaard | 13 | 106.00 | 0.17 | 18.02 | Photocopies | 9003746 |
| 01/13/2004 | | Invoice=3093774 | | 106.00 | 0.17 | 18.02 | | |
| 12/10/2003 | 0012 | Richard J. Nygaard | 13 | 6.00 | 0.17 | 1.02 | Photocopies | 9003747 |
| 01/13/2004 | | Invoice=3093774 | | 6.00 | 0.17 | 1.02 | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 12/10/2003 | 1231 | Eileen M. Sinnott | 18 | 1.00 | 0.55 | 0.55 | Binding Expense | 9016143 |
| 04/14/2004 | | Invoice=3099893 | | 1.00 | 0.55 | 0.55 | | |
| | | | | | | | | |
| 12/11/2003 | 0012 | Richard J. Nygaard | 13 | 3.00 | 0.17 | 0.51 | Photocopies | 9004055 |
| 01/13/2004 | | Invoice=3093774 | | 3.00 | 0.17 | 0.51 | | |
| | | | | | | | | |
| 12/11/2003 | 0012 | Richard J. Nygaard | 13 | 5.00 | 0.17 | 0.85 | Photocopies | 9004056 |
| 01/13/2004 | | Invoice=3093774 | | 5.00 | 0.17 | 0.85 | | |
| | | | | | | | | |
| 12/15/2003 | 0375 | John J. Wackman | 14 | 1.00 | 0.36 | 0.36 | 1-860-536-6388 MYSTIC CT | 9011829 |
| 01/13/2004 | | Invoice=3093774 | | 1.00 | 0.37 | 0.37 | | |
| | | | | | | | | |
| 01/07/2004 | 0012 | Richard J. Nygaard | 12 | 1.00 | 354.25 | 354.25 | Vendor:Nansi Casper Deposition of Patrick T. | 9011261 |
| 04/14/2004 | | Invoice=3099893 | | 1.00 | 354.25 | 354.25 | Manion | |
| | | Voucher=274869 Paid | | | | | Vendor=Nansi Casper Balance= .00 Amount= 354.25 | |
| | | | | | | | Paid: 162723 01/08/2004 | |
| | | | | | | | | |
| 01/07/2004 | 0012 | Richard J. Nygaard | 13 | 2.00 | 0.17 | 0.34 | Photocopies | 9013054 |
| 04/14/2004 | | Invoice=3099893 | | 2.00 | 0.17 | 0.34 | | |
| | | | | | | | | |
| 01/16/2004 | 0375 | John J. Wackman | 14 | 1.00 | 0.60 | 0.60 | 1-713-767-1575 HOUSTON TX | 9018098 |
| 04/14/2004 | | Invoice=3099893 | | 1.00 | 0.62 | 0.62 | | |
| | | | | | | | | |
| 01/23/2004 | 0028 | Eric J. Magnuson | 09 | 4.55 | 1.00 | 4.55 | PACER services | 9017645 |
| 04/14/2004 | | Invoice=3099893 | | 4.55 | 1.00 | 4.55 | | |
| | | | | | | | | |
| 01/23/2004 | 0375 | John J. Wackman | 20 | 26.00 | 0.30 | 7.80 | Facsimile | 9018384 |
| 04/14/2004 | | Invoice=3099893 | | 26.00 | 0.30 | 7.80 | | |
| | | | | | | | | |
| 02/10/2004 | 0407 | Peter Gray | 22 | 1.00 | 230.63 | 230.63 | Westlaw | 9026935 |
| 04/14/2004 | | Invoice=3099893 | | 1.00 | 230.63 | 230.63 | | |
| | | | | | | | | |
| 02/24/2004 | 0396 | Raphael T. Wallander | 20 | 3.00 | 0.30 | 0.90 | Facsimile | 9030297 |
| 04/14/2004 | | Invoice=3099893 | | 3.00 | 0.30 | 0.90 | | |
| | | | | | | | | |
| 02/24/2004 | 0396 | Raphael T. Wallander | 20 | 3.00 | 0.30 | 0.90 | Facsimile | 9030299 |
| 04/14/2004 | | Invoice=3099893 | | 3.00 | 0.30 | 0.90 | | |
| | | | | | | | | |
| 02/24/2004 | 0396 | Raphael T. Wallander | 20 | 3.00 | 0.30 | 0.90 | Facsimile | 9030301 |
| 04/14/2004 | | Invoice=3099893 | | 3.00 | 0.30 | 0.90 | | |
| | | | | | | | | |
| 02/24/2004 | 0012 | Richard J. Nygaard | 13 | 13.00 | 0.17 | 2.21 | Photocopies | 9030597 |
| 04/14/2004 | | Invoice=3099893 | | 13.00 | 0.17 | 2.21 | | |
| | | | | | | | | |
| 02/24/2004 | 0396 | Raphael T. Wallander | 14 | 1.00 | 0.06 | 0.06 | 1-414-297-4042 MWCZ 1 WI | 9033512 |
| 04/14/2004 | | Invoice=3099893 | | 1.00 | 0.06 | 0.06 | | |
| | | | | | | | | |
| 02/24/2004 | 0396 | Raphael T. Wallander | 14 | 1.00 | 0.12 | 0.12 | 1-920-426-5530 OSHKOSH WI | 9033513 |
| 04/14/2004 | | Invoice=3099893 | | 1.00 | 0.12 | 0.12 | | |
| | | | | | | | | |
| 02/24/2004 | 0396 | Raphael T. Wallander | 14 | 1.00 | 0.06 | 0.06 | 1-414-271-9344 MWCZ 1 WI | 9033514 |
| 04/14/2004 | | Invoice=3099893 | | 1.00 | 0.06 | 0.06 | | |
| | | | | | | | | |
| 02/27/2004 | 0012 | Richard J. Nygaard | 13 | 2.00 | 0.17 | 0.34 | Photocopies | 9032118 |
| 04/14/2004 | | Invoice=3099893 | | 2.00 | 0.17 | 0.34 | | |
| | | | | | | | | |
| 03/04/2004 | 0012 | Richard J. Nygaard | 13 | 22.00 | 0.17 | 3.74 | Photocopies | 9034098 |
| 04/14/2004 | | Invoice=3099893 | | 22.00 | 0.17 | 3.74 | | |
| | | | | | | | | |
| 03/16/2004 | 0012 | Richard J. Nygaard | 12 | 1.00 | 255.00 | 255.00 | Vendor:United States District Court - Appeal | 9037813 |
| 04/14/2004 | | Invoice=3099893 | | 1.00 | 255.00 | 255.00 | filing fee | |
| | | Voucher=278392 Paid | | | | | Vendor=United States District Court Balance= .00 Amount= | |
| | | | | | | | 255.00 | |
| | | | | | | | Paid: 165113 03/16/2004 | |
| | | | | | | | | |
| 03/16/2004 | 0012 | Richard J. Nygaard | 13 | 40.00 | 0.17 | 6.80 | Photocopies | 9037973 |
| 04/14/2004 | | Invoice=3099893 | | 40.00 | 0.17 | 6.80 | | |
| | | | | | | | | |
| 03/17/2004 | 0396 | Raphael T. Wallander | 20 | 2.00 | 0.30 | 0.60 | Facsimile | 9038412 |
| 04/14/2004 | | Invoice=3099893 | | 2.00 | 0.30 | 0.60 | | |
| | | | | | | | | |
| 03/17/2004 | 0012 | Richard J. Nygaard | 13 | 12.00 | 0.17 | 2.04 | Photocopies | 9038646 |
| 04/14/2004 | | Invoice=3099893 | | 12.00 | 0.17 | 2.04 | | |
| | | | | | | | | |
| 03/17/2004 | 0012 | Richard J. Nygaard | 13 | 17.00 | 0.17 | 2.89 | Photocopies | 9038647 |
| 04/14/2004 | | Invoice=3099893 | | 17.00 | 0.17 | 2.89 | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 03/17/2004 | 0396 | Raphael T. Wallander | 14 | 1.00 | 0.06 | 0.06 | 1-920-426-5530 OSHKOSH WI | 9041327 |
| 04/14/2004 | | Invoice=3099893 | | 1.00 | 0.06 | 0.06 | | |
| 03/22/2004 | 0012 | Richard J. Nygaard | 13 | 20.00 | 0.17 | 3.40 | Photocopies | 9039937 |
| 04/14/2004 | | Invoice=3099893 | | 20.00 | 0.17 | 3.40 | | |
| 03/25/2004 | 0012 | Richard J. Nygaard | 13 | 35.00 | 0.17 | 5.95 | Photocopies | 9041570 |
| 04/14/2004 | | Invoice=3099893 | | 35.00 | 0.17 | 5.95 | | |
| 03/25/2004 | 0012 | Richard J. Nygaard | 13 | 25.00 | 0.17 | 4.25 | Photocopies | 9041571 |
| 04/14/2004 | | Invoice=3099893 | | 25.00 | 0.17 | 4.25 | | |
| 04/02/2004 | 0012 | Richard J. Nygaard | 12 | 1.00 | 22.50 | 22.50 | Vendor:Preferred Legal Services, Inc. File | 9044261 |
| 07/13/2004 | | Invoice=3104634 | | 1.00 | 22.50 | 22.50 | notice of protective cross-appeal and | |
| | | | | | | | appellant's form A with USDC/Mpls and return to | |
| | | | | | | | firm. Rush | |
| | | Voucher=279502 Paid | | | | | Vendor=Preferred Legal Services, Inc. Balance= .00 Amount= | |
| | | | | | | | 22.50 | |
| | | | | | | | Paid: 165974 04/12/2004 | |
| 04/06/2004 | 0375 | John J. Wackman | 14 | 1.00 | 0.06 | 0.06 | 1-214-750-9200 DALLAS TX | 9052688 |
| 07/13/2004 | | Invoice=3104634 | | 1.00 | 0.06 | 0.06 | | |
| 04/14/2004 | 0028 | Eric J. Magnuson | 09 | 2.73 | 1.00 | 2.73 | PACER fees | 9048000 |
| 07/13/2004 | | Invoice=3104634 | | 2.73 | 1.00 | 2.73 | | |
| 04/15/2004 | 0012 | Richard J. Nygaard | 13 | 6.00 | 0.17 | 1.02 | Photocopies | 9048412 |
| 07/13/2004 | | Invoice=3104634 | | 6.00 | 0.17 | 1.02 | | |
| 04/21/2004 | 0012 | Richard J. Nygaard | 13 | 66.00 | 0.17 | 11.22 | Photocopies | 9050482 |
| 07/13/2004 | | Invoice=3104634 | | 66.00 | 0.17 | 11.22 | | |
| 04/21/2004 | 0012 | Richard J. Nygaard | 13 | 302.00 | 0.17 | 51.34 | Photocopies | 9050483 |
| 07/13/2004 | | Invoice=3104634 | | 302.00 | 0.17 | 51.34 | | |
| 05/03/2004 | 0396 | Raphael T. Wallander | 20 | 2.00 | 0.30 | 0.60 | Facsimile | 9054394 |
| 07/13/2004 | | Invoice=3104634 | | 2.00 | 0.30 | 0.60 | | |
| 05/03/2004 | 0396 | Raphael T. Wallander | 14 | 1.00 | 0.06 | 0.06 | 1-860-536-6836 MYSTIC CT | 9059794 |
| 07/13/2004 | | Invoice=3104634 | | 1.00 | 0.06 | 0.06 | | |
| 05/12/2004 | 0407 | Peter Gray | 22 | 1.00 | 214.27 | 214.27 | Westlaw | 9061831 |
| 07/13/2004 | | Invoice=3104634 | | 1.00 | 214.27 | 214.27 | | |
| 05/12/2004 | 0407 | Peter Gray | 14 | 1.00 | 0.36 | 0.36 | 1-314-244-2400 ST LOUIS MO | 9062675 |
| 07/13/2004 | | Invoice=3104634 | | 1.00 | 0.37 | 0.37 | | |
| 05/13/2004 | 0012 | Richard J. Nygaard | 13 | 8.00 | 0.17 | 1.36 | Photocopies | 9058315 |
| 07/13/2004 | | Invoice=3104634 | | 8.00 | 0.17 | 1.36 | | |
| 05/20/2004 | 0012 | Richard J. Nygaard | 13 | 66.00 | 0.17 | 11.22 | Photocopies | 9060522 |
| 07/13/2004 | | Invoice=3104634 | | 66.00 | 0.17 | 11.22 | | |
| 05/20/2004 | 0012 | Richard J. Nygaard | 13 | 71.00 | 0.17 | 12.07 | Photocopies | 9060523 |
| 07/13/2004 | | Invoice=3104634 | | 71.00 | 0.17 | 12.07 | | |
| 05/21/2004 | 0012 | Richard J. Nygaard | 13 | 28.00 | 0.17 | 4.76 | Photocopies | 9061105 |
| 07/13/2004 | | Invoice=3104634 | | 28.00 | 0.17 | 4.76 | | |
| 05/28/2004 | 0012 | Richard J. Nygaard | 12 | 1.00 | 15.00 | 15.00 | Vendor:US Bankruptcy Court, Western District of | 9063450 |
| 07/13/2004 | | Invoice=3104634 | | 1.00 | 15.00 | 15.00 | WI Trustee surcharge | |
| | | Voucher=282116 Paid | | | | | Vendor=US Bankruptcy Court, Eastern District of Balance= | |
| | | | | | | | .00 Amount= 15.00 | |
| | | | | | | | Paid: 167492 06/01/2004 | |
| 06/02/2004 | 0375 | John J. Wackman | 14 | 1.00 | 0.54 | 0.54 | 1-860-536-6388 MYSTIC CT | 9070222 |
| 07/13/2004 | | Invoice=3104634 | | 1.00 | 0.56 | 0.56 | | |
| 06/02/2004 | 0375 | John J. Wackman | 14 | 1.00 | 0.54 | 0.54 | 1-860-536-6388 MYSTIC CT | 9070223 |
| 07/13/2004 | | Invoice=3104634 | | 1.00 | 0.56 | 0.56 | | |
| 06/02/2004 | 0375 | John J. Wackman | 14 | 1.00 | 0.12 | 0.12 | 1-860-536-6388 MYSTIC CT | 9070224 |
| 07/13/2004 | | Invoice=3104634 | | 1.00 | 0.12 | 0.12 | | |
| 06/02/2004 | 0375 | John J. Wackman | 14 | 1.00 | 0.12 | 0.12 | 1-860-536-6388 MYSTIC CT | 9070225 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 07/13/2004 | | Invoice=3104634 | | 1.00 | 0.12 | 0.12 | | |
| 06/04/2004 | 0375 | John J. Wackman | 14 | 1.00 | 0.06 | 0.06 | 1-860-739-6251 NIANTIC CT | 9070226 |
| 07/13/2004 | | Invoice=3104634 | | 1.00 | 0.06 | 0.06 | | |
| 06/04/2004 | 0375 | John J. Wackman | 14 | 1.00 | 0.06 | 0.06 | 1-860-739-6251 NIANTIC CT | 9070227 |
| 07/13/2004 | | Invoice=3104634 | | 1.00 | 0.06 | 0.06 | | |
| 06/15/2004 | 0396 | Raphael T. Wallander | 20 | 4.00 | 0.30 | 1.20 | Facsimile | 9068578 |
| 07/13/2004 | | Invoice=3104634 | | 4.00 | 0.30 | 1.20 | | |
| 06/15/2004 | 0396 | Raphael T. Wallander | 20 | 3.00 | 0.30 | 0.90 | Facsimile | 9068579 |
| 07/13/2004 | | Invoice=3104634 | | 3.00 | 0.30 | 0.90 | | |
| 06/15/2004 | 0012 | Richard J. Nygaard | 13 | 68.00 | 0.17 | 11.56 | Photocopies | 9068717 |
| 07/13/2004 | | Invoice=3104634 | | 68.00 | 0.17 | 11.56 | | |
| 06/15/2004 | 0012 | Richard J. Nygaard | 13 | 186.00 | 0.17 | 31.62 | Photocopies | 9068718 |
| 07/13/2004 | | Invoice=3104634 | | 186.00 | 0.17 | 31.62 | | |
| 06/15/2004 | 0396 | Raphael T. Wallander | 14 | 1.00 | 0.12 | 0.12 | 1-860-536-6836 MYSTIC CT | 9074975 |
| 07/13/2004 | | Invoice=3104634 | | 1.00 | 0.12 | 0.12 | | |
| 06/15/2004 | 0396 | Raphael T. Wallander | 14 | 1.00 | 0.12 | 0.12 | 1-920-426-5530 OSHKOSH WI | 9074982 |
| 07/13/2004 | | Invoice=3104634 | | 1.00 | 0.12 | 0.12 | | |
| 06/21/2004 | 0012 | Richard J. Nygaard | 13 | 8.00 | 0.17 | 1.36 | Photocopies | 9069996 |
| 07/13/2004 | | Invoice=3104634 | | 8.00 | 0.17 | 1.36 | | |
| 06/28/2004 | 0012 | Richard J. Nygaard | 12 | 1.00 | 85.23 | 85.23 | Vendor:Bachman Printing Companies Additional | 9071637 |
| 07/13/2004 | | Invoice=3104634 | | 1.00 | 85.23 | 85.23 | copies of Cross Appellants Brief and Addendum | |
| | | Voucher=283310 Paid | | | | | Vendor=Bachman Printing Companies Balance= .00 Amount= | |
| | | | | | | | 85.23 | |
| | | | | | | | Paid: 168272 06/29/2004 | |
| 06/28/2004 | 0012 | Richard J. Nygaard | 13 | 124.00 | 0.17 | 21.08 | Photocopies | 9072197 |
| 07/13/2004 | | Invoice=3104634 | | 124.00 | 0.17 | 21.08 | | |
| 06/28/2004 | 0375 | John J. Wackman | 20 | 3.00 | 0.30 | 0.90 | Facsimile | 9072607 |
| 07/13/2004 | | Invoice=3104634 | | 3.00 | 0.30 | 0.90 | | |
| 06/28/2004 | 0375 | John J. Wackman | 14 | 1.00 | 0.06 | 0.06 | 1-920-426-5530 OSHKOSH WI | 9080665 |
| 06/30/2004 | 0375 | John J. Wackman | 09 | 2.17 | 1.00 | 2.17 | PACER Fees | 9092801 |
| 07/15/2004 | 0396 | Raphael T. Wallander | 20 | 5.00 | 0.30 | 1.50 | Facsimile | 9077813 |
| 07/15/2004 | 0396 | Raphael T. Wallander | 20 | 4.00 | 0.30 | 1.20 | Facsimile | 9077814 |
| 07/15/2004 | 0012 | Richard J. Nygaard | 13 | 15.00 | 0.17 | 2.55 | Photocopies | 9077967 |
| 07/15/2004 | 0396 | Raphael T. Wallander | 14 | 1.00 | 0.12 | 0.12 | 1-860-536-6836 MYSTIC CT | 9081106 |
| 07/15/2004 | 0396 | Raphael T. Wallander | 14 | 1.00 | 0.12 | 0.12 | 1-920-426-5530 OSHKOSH WI | 9081107 |
| 07/29/2004 | 0375 | John J. Wackman | 20 | 2.00 | 0.30 | 0.60 | Facsimile | 9082238 |
| 07/29/2004 | 0375 | John J. Wackman | 14 | 1.00 | 0.06 | 0.06 | 1-920-426-5530 OSHKOSH WI | 9084460 |
| 08/02/2004 | 0375 | John J. Wackman | 20 | 3.00 | 0.30 | 0.90 | Facsimile | 9083109 |
| 08/04/2004 | 0375 | John J. Wackman | 14 | 1.00 | 0.42 | 0.42 | 1-860-536-6388 MYSTIC CT | 9087293 |
| 08/17/2004 | 0375 | John J. Wackman | 14 | 1.00 | 0.06 | 0.06 | 1-214-915-0620 DALLAS TX | 9093389 |
| 08/19/2004 | 0012 | Richard J. Nygaard | 13 | 8.00 | 0.17 | 1.36 | Photocopies | 9088780 |
| 08/19/2004 | 0396 | Raphael T. Wallander | 14 | 1.00 | 0.12 | 0.12 | 1-860-536-6836 MYSTIC CT | 9092306 |
| 08/19/2004 | 0396 | Raphael T. Wallander | 14 | 1.00 | 0.12 | 0.12 | 1-920-426-5530 OSHKOSH WI | 9092309 |
| 08/19/2004 | 0375 | John J. Wackman | 14 | 1.00 | 0.06 | 0.06 | 1-860-739-6251 NIANTIC CT | 9093390 |
| 08/25/2004 | 0375 | John J. Wackman | 20 | 3.00 | 0.30 | 0.90 | Facsimile | 9090718 |
| 08/25/2004 | 0012 | Richard J. Nygaard | 13 | 8.00 | 0.17 | 1.36 | Photocopies | 9090890 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 08/31/2004 | 0012 | Richard J. Nygaard | 13 | 50.00 | 0.17 | 8.50 | Photocopies | 9092929 |
| 09/22/2004 | 0407 | Peter Gray | 20 | 6.00 | 0.30 | 1.80 | Facsimile | 9117207 |
| 09/24/2004 | 0012 | Richard J. Nygaard | 12 | 1.00 | 23.26 | 23.26 | Vendor:Federal Express Delivery - J Wackman | 9099842 |
| | | Voucher=286933 Paid | | | | | Vendor=Federal Express Balance= .00 Amount= 371.55 | |
| | | | | | | | Paid: 171603 10/21/2004 | |
| 10/01/2004 | 0407 | Peter Gray | 22 | 1.00 | 112.10 | 112.10 | Westlaw | 9118116 |
| 10/11/2004 | 0012 | Richard J. Nygaard | 13 | 2.00 | 0.17 | 0.34 | Photocopies | 9104609 |
| 10/11/2004 | 0407 | Peter Gray | 22 | 1.00 | 275.88 | 275.88 | Westlaw | 9118110 |
| 10/14/2004 | 0407 | Peter Gray | 22 | 1.00 | 1,671.02 | 1,671.02 | Westlaw | 9118111 |
| 10/15/2004 | 0407 | Peter Gray | 22 | 1.00 | 199.69 | 199.69 | Westlaw | 9118112 |
| 10/17/2004 | 0012 | Richard J. Nygaard | 13 | 191.00 | 0.17 | 32.47 | Photocopies | 9107614 |
| 10/17/2004 | 0407 | Peter Gray | 22 | 1.00 | 1,013.03 | 1,013.03 | Westlaw | 9118113 |
| 10/18/2004 | 0407 | Peter Gray | 09 | 6.50 | 1.00 | 6.50 | parking ramp fee (appellate oral argument) | 9107287 |
| 10/18/2004 | 0375 | John J. Wackman | 09 | 10.07 | 1.00 | 10.07 | mileage and parking for oral argument before | 9111908 |
| | | | | | | | the Eighth Circuit Court of Appeals | |
| 12/15/2004 | 0375 | John J. Wackman | 20 | 2.00 | 0.30 | 0.60 | Facsimile | 9128731 |
| 12/28/2004 | 0012 | Richard J. Nygaard | 13 | 20.00 | 0.17 | 3.40 | Photocopies | 9131022 |
| 12/29/2004 | 0184 | Sheri L. Skallet | 20 | 6.00 | 0.30 | 1.80 | Facsimile | 9131784 |
| 01/03/2005 | 0407 | Peter Gray | 22 | 1.00 | 0.78 | 0.78 | Westlaw | 9141238 |
| 01/03/2005 | 0541 | Michelle K. Dove | 22 | 1.00 | 307.34 | 307.34 | Westlaw | 9148134 |
| 01/04/2005 | 0012 | Richard J. Nygaard | 13 | 24.00 | 0.17 | 4.08 | Photocopies | 9132707 |
| 01/10/2005 | 0012 | Richard J. Nygaard | 13 | 56.00 | 0.17 | 9.52 | Photocopies | 9134995 |
| 01/11/2005 | 0012 | Richard J. Nygaard | 13 | 14.00 | 0.17 | 2.38 | Photocopies | 9134996 |
| 01/23/2005 | 0376 | James D. Lamm | 20 | 3.00 | 0.30 | 0.90 | Facsimile | 9139354 |
| 01/23/2005 | 0376 | James D. Lamm | 20 | 3.00 | 0.30 | 0.90 | Facsimile | 9139355 |
| 01/26/2005 | 0541 | Michelle K. Dove | 22 | 1.00 | 264.99 | 264.99 | Westlaw | 9148137 |
| 02/17/2005 | 0375 | John J. Wackman | 20 | 5.00 | 0.30 | 1.50 | Facsimile | 9148500 |
| | | UNBILLED TOTALS: WORK: | | | | 3,966.53 | 42 records | |
| | | UNBILLED TOTALS: BILL: | | | | 3,966.55 | | |
| | | BILLED TOTALS: WORK: | | | | 3,903.34 | 157 records | |
| | | BILLED TOTALS: BILL: | | | | 3,903.60 | | |
| | | GRAND TOTAL: WORK: | | | | 7,869.87 | 199 records | |
| | | GRAND TOTAL: BILL: | | | | 7,870.15 | | |