**03-31881-mdm** Patrick T. Manion and Nancy J. Manion
**Case type:** bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Judge:** Margaret Dee McGarity
**Date filed:** 08/04/2003
**Date terminated:** 01/07/2005 **Date of last filing:** 01/07/2005

# History

| Doc. No. | Dates | Description |
|---|---|---|
| 1 | *Filed & Entered:* 08/04/2003 | Document |
| 2 | *Filed:* 08/14/2003<br>*Entered:* 08/20/2003 | Notice of Appearance |
| 3 | *Filed:* 08/15/2003<br>*Entered:* 08/20/2003 | Certificate of Service |
| -- | *Filed:* 08/19/2003<br>*Entered:* 08/20/2003 | Meeting of Creditors Held |
| 4 | *Filed:* 08/19/2003<br>*Entered:* 08/20/2003 | Document |
| 4 | *Filed:* 08/19/2003<br>*Entered:* 08/20/2003 | Chapter 13 Plan |
| 5 | *Filed:* 08/22/2003<br>*Entered:* 08/25/2003 | BNC Certificate of Mailing |
| 6 | *Filed & Entered:* 08/25/2003 | BNC Certificate of Mailing |
| 7 | *Filed:* 09/04/2003<br>*Entered:* 09/08/2003 | Amended Schedules (Fee Required) |
| 8 | *Filed:* 09/05/2003<br>*Entered:* 09/09/2003 | Declaration |
| 9 | *Filed:* 09/05/2003<br>*Entered:* 09/09/2003 | Notice Appointing Successor Trustee |
| 10 | *Filed:* 09/05/2003<br>*Entered:* 09/09/2003 | Certificate of Service |
| 11 | *Filed:* 09/08/2003<br>*Entered:* 09/09/2003<br>*Terminated:* 09/16/2003 | Application to Employ |
| 12 | *Filed:* 09/08/2003<br>*Entered:* 09/09/2003 | Affidavit |
| 13 | *Filed:* 09/08/2003<br>*Entered:* 09/09/2003 | Certificate of Service |
| 14 | *Filed:* 09/12/2003<br>*Entered:* 09/15/2003 | Response |
| 15 | *Filed:* 09/12/2003<br>*Entered:* 09/15/2003 | Certificate of Service |
| 16 | *Filed:* 09/16/2003<br>*Entered:* 09/18/2003 | Order (Generic) |

EXHIBIT
G

| | | | |
|---|---|---|---|
| 17 | *Filed:* 09/22/2003<br>*Entered:* 09/23/2003<br>*Terminated:* 09/29/2003 | | Motion for Examination |
| 18 | *Filed:* 09/22/2003<br>*Entered:* 09/23/2003<br>*Terminated:* 09/29/2003 | | Motion for Examination |
| 19 | *Filed:* 09/22/2003<br>*Entered:* 09/23/2003 | | Certificate of Service |
| 20 | *Filed:* 09/25/2003<br>*Entered:* 09/26/2003 | | Order on Motion to Pay |
| 21 | *Filed:* 09/29/2003<br>*Entered:* 09/30/2003 | | Court Certificate of Mailing |
| 22 | *Filed:* 09/29/2003<br>*Entered:* 10/01/2003 | | Hearing (BK Other) Continued |
| 23 | *Filed:* 09/29/2003<br>*Entered:* 10/03/2003 | | Order (Generic) |
| 24 | *Filed:* 09/29/2003<br>*Entered:* 10/03/2003 | | Order (Generic) |
| 25 | *Filed:* 10/14/2003<br>*Entered:* 10/15/2003 | | Objection to Confirmation of the Plan |
| 26 | *Filed:* 10/14/2003<br>*Entered:* 10/15/2003 | | Certificate of Service |
| -- | *Filed:* 10/16/2003<br>*Entered:* 10/20/2003 | | Receipt Number and Filing Fee |
| 27 | *Filed:* 10/16/2003<br>*Entered:* 10/20/2003 | | Support/Supplement |

| Doc. No. | Dates | Description |
|---|---|---|
| 28 | *Filed:* 10/16/2003<br>*Entered:* 10/20/2003<br>*Terminated:* 12/01/2003 | Motion for Relief From Automatic Stay |
| 29 | *Filed:* 10/16/2003<br>*Entered:* 10/20/2003 | Notice of Motion |
| 30 | *Filed:* 10/16/2003<br>*Entered:* 10/20/2003 | Support/Supplement |
| 31 | *Filed:* 10/16/2003<br>*Entered:* 10/20/2003 | Certificate of Service |
| 39 | *Filed:* 10/21/2003<br>*Entered:* 10/29/2003<br>*Terminated:* 10/23/2003 | Chapter 13 Trustee's Final Report and Account |
| 40 | *Filed:* 10/21/2003<br>*Entered:* 10/29/2003 | Certificate of Service |
| 32 | *Filed:* 10/22/2003 | Notice of Hearing |

| | | | |
|---|---|---|---|
| | *Entered:* | 10/23/2003 | |
| 33 | *Filed:*<br>*Entered:* | 10/23/2003<br>10/28/2003 | Support/Supplement |
| 33 | *Filed:*<br>*Entered:* | 10/23/2003<br>10/28/2003 | Notice (Generic) |
| 34 | *Filed:*<br>*Entered:* | 10/23/2003<br>10/28/2003 | Certificate of Service |
| 35 | *Filed:*<br>*Entered:* | 10/23/2003<br>10/28/2003 | Certificate of Service |
| 41 | *Filed:*<br>*Entered:* | 10/23/2003<br>10/29/2003 | Order Closing Estate |
| 36 | *Filed:*<br>*Entered:* | 10/27/2003<br>10/28/2003 | Objection |
| 37 | *Filed:*<br>*Entered:* | 10/27/2003<br>10/28/2003 | Amended Schedules (Fee Required) |
| 38 | *Filed:*<br>*Entered:* | 10/27/2003<br>10/28/2003 | Certificate of Service |
| 42 | *Filed:*<br>*Entered:* | 10/30/2003<br>11/06/2003 | Response |
| 43 | *Filed:*<br>*Entered:* | 11/03/2003<br>11/10/2003 | Notice of Hearing |
| 44 | *Filed:*<br>*Entered:* | 11/14/2003<br>11/19/2003 | Response |
| 45 | *Filed:*<br>*Entered:* | 11/14/2003<br>11/19/2003 | Certificate of Service |
| 46 | *Filed:*<br>*Entered:* | 11/17/2003<br>11/19/2003 | Hearing (BK Other) Continued |
| 48 | *Filed:*<br>*Entered:* | 12/01/2003<br>12/05/2003 | Order (Generic) |
| 47 | *Filed:*<br>*Entered:* | 12/03/2003<br>12/05/2003 | Hearing (BK Other) Continued |
| 50 | *Filed:*<br>*Entered:* | 03/01/2004<br>04/20/2004 | Court Minutes |
| 49 | *Filed:*<br>*Entered:* | 03/02/2004<br>04/16/2004 | Notice of Intent to Pay Claim(s) |
| 51 | *Filed:*<br>*Entered:*<br>*Terminated:* | 04/23/2004<br>04/27/2004<br>01/07/2005 | Motion to Convert Case to Chapter 7 |
| 51 | *Filed:*<br>*Entered:*<br>*Terminated:* | 04/23/2004<br>04/27/2004<br>01/07/2005 | Motion to Dismiss Case |
| 52 | *Filed:*<br>*Entered:*<br>*Terminated:* | 04/30/2004<br>05/03/2004<br>01/07/2005 | Motion to Convert Case to Chapter 7 |

| | | |
|---|---|---|
| -- | *Filed & Entered:* 05/18/2004 | Corrective Entry |
| 53 | *Filed & Entered:* 05/18/2004 | Objection |
| 54 | *Filed:* 05/24/2004<br>*Entered:* 05/25/2004<br>*Terminated:* 01/07/2005 | Motion to Convert Case to Chapter 7 |

| Doc. No. | Dates | Description |
|---|---|---|
| 54 | *Filed:* 05/24/2004<br>*Entered:* 05/25/2004<br>*Terminated:* 01/07/2005 | Motion to Dismiss Case |
| -- | *Filed:* 06/03/2004<br>*Entered:* 06/04/2004 | Receipt Number and Filing Fee |
| -- | *Filed & Entered:* 06/04/2004 | Corrective Entry |
| 55 | *Filed:* 06/07/2004<br>*Entered:* 06/08/2004 | Notice of Hearing |
| 56 | *Filed:* 07/19/2004<br>*Entered:* 07/20/2004 | Request For Telephonic Hearing |
| 57 | *Filed & Entered:* 07/21/2004 | Notice Appointing Successor Trustee |
| 58 | *Filed & Entered:* 07/28/2004 | Notice of Hearing |
| 59 | *Filed:* 08/25/2004<br>*Entered:* 08/27/2004 | Court Minutes |
| 60 | *Filed:* 09/08/2004<br>*Entered:* 09/10/2004 | Order Dismissing Case |
| 61 | *Filed & Entered:* 09/10/2004 | Notice of Dismissal |
| 62 | *Filed:* 09/12/2004<br>*Entered:* 09/13/2004 | BNC Certificate of Mailing - Order Dismissing Case |
| 63 | *Filed:* 09/17/2004<br>*Entered:* 09/21/2004 | Withdraw Document |
| 64 | *Filed:* 01/06/2005<br>*Entered:* 01/07/2005 | Order Closing Estate |
| -- | *Filed & Entered:* 01/07/2005 | Order of Distribution |
| -- | *Filed & Entered:* 01/07/2005 | Close Bankruptcy Case |

**PACER Service Center**

**Transaction Receipt**

02/23/2005 09:45:56

| | | | |
|---|---|---|---|
| **PACER Login:** | rb0080 | **Client Code:** | 17763/R27555 |
| **Description:** | History/Documents | **Search Criteria:** | 03-31881-mdm Type: History |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |