UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In Re:
Patrick T. Manion, Jr.
Nancy J. Manion
Debtor(s)
Soc. Sec. No. XXX-XX-9162
XXX-XX-4238

Chapter 13 Bankruptcy Case

Case No. 03-31881-MDM

ORDER APPROVING TRUSTEE'S FINAL ACCOUNT

CASE DISMISSED

---

ORDER APPROVING TRUSTEE'S FINAL ACCOUNT, DISCHARGING TRUSTEE, RELEASING BOND OF TRUSTEE AND CLOSING ESTATE

---

The Trustee reported that he received $4,025.82; that he disbursed said funds to creditors, the attorney for the debtor, the debtor and the trustee; and that the case has been fully administered in accordance with the applicable provisions of Title 11 of the United States Code and the Federal Rules of Bankruptcy Procedure.

The debtor(s) defaulted in carrying out the terms of the Plan and an Order was entered dismissing the case.

NOW THEREFORE,

IT IS ORDERED that the trustee's fees and expenses are allowed retroactively; that the Final Account is approved; that the trustee is discharged; that the trustee's bond is released; and that this file be closed.

Dated at Milwaukee, Wisconsin this 6 day of January, 2005.

U.S. Bankruptcy Judge

cc: David W. Asbach, Chapter 13 Trustee
Debtor(s)
Attorney for Debtor(s)

1/1/05

2005 JAN -6 PM 3:39

V.L. AUSTIN, CLERK
MILWAUKEE, WISCONSIN

UNITED STATES
BANKRUPTCY COURT
FILED

EXHIBIT
H

# United States Bankruptcy Court

FOR THE
Eastern District of Wisconsin
David W. Asbach, Chapter 13 Trustee
**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Page 1

**In RE: PATRICK T. MANION JR.** **Case Number 03-31881-MDM** **Report Printed 11/11/2004**

Dismissed SS #: xxx-xx-9162 xxx-xx-4238
Plan Filed: 8/4/2003 Plan Confirmed: Unconfirmed Case Concluded: 9/ 8/2004
Attorney: WILLIAM J. FRENCH Case Type: P

Pursuant to Chapter 13 Rule 2015(a)(6), your Trustee has maintained a detailed record of all receipts including the source or other identification of each receipt and of all disbursements. Copies of these detailed records will be filed with the Court, along with the closing report, and as provided by Chapter 13 Rule 2015(a)(6) are incorporated by reference in this report.

PATRICK T. MANION JR.
NANCY J. MANION
W5871 ROYAL TROON DR.
MENASHA, WI 54952

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of Creditors. $4,025.82

| Creditor Name | Clm Num | Class | Debt | Principal Paid | Direct Paid | Interest Paid | Balance Due |
|---|---|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | 001-0 | Pri | 0.00 | | | | Not Filed |
| WISCONSIN DEPARTMENT OF REVENU | 002-0 | Pri | 0.00 | | | | Not Filed |
| U S ATTORNEY | 003-0 | Uns | 0.00 | | | | Not Filed |
| WILLIAM J. FRENCH | 004-0 | Leg | 0.00 | | | | Not Filed |
| FIRST NATIONAL BANK OF FOX VAL | 005-0 | Sec | 0.00 | | | | Not Filed |
| WILLIAM J. FRENCH | 006-0 | Uns | 0.00 | | | | Not Filed |
| BOAT DEALERS ALLIANCE | 007-0 | Uns | 301,288.95 | | | | $301,288.95 |
| THOMAS J. SHROYER | 008-0 | Uns | 0.00 | | | | Not Filed |
| MARK R AZMAN | 009-0 | Uns | 0.00 | | | | $0.00 |
| STEPHEN L. WILSON | 010-0 | Uns | 0.00 | | | | Not Filed |
| THOMAS J LALLIER | 011-0 | Uns | 58,027.39 | | | | $58,027.39 |
| CLERK OF US BANKRUPTCY COURT | 012-0 | Adm | 15.00 | 15.00 | | | $0.00 |
| PATRICK T. MANION JR. | 100-0 | Dbt | 0.00 | | | | $0.00 |
| PAUL G. SWANSON | 101-0 | Leg | 0.00 | | | | $0.00 |
| PATRICK T. MANION JR. | 777-0 | Dbt | 4,010.82 | 4,010.82 | | | $0.00 |
| DAVID W. ASBACH, CHAPTER 13 TR | TRS-0 | Tru | 0.00 | | | | $0.00 |

United States Bankruptcy Court
FOR THE
Eastern District of Wisconsin
David W. Asbach, Chapter 13 Trustee
**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**



**In RE:** **PATRICK T. MANION JR.** **Case Number 03-31881-MDM** **Report Printed 11/11/2004**

| Creditor Name | Clm Num | Class | Debt | Principal Paid | Direct Paid | Interest Paid | Balance Due |
|---|---|---|---|---|---|---|---|

| | Secured | Priority | Unsecured | Admin | Attorney | Continuing | Other |
|---|---|---|---|---|---|---|---|
| Total Debt | $0.00 | $0.00 | $359,316.34 | $15.00 | $0.00 | $0.00 | $4,010.82 |
| Total Paid | $0.00 | $0.00 | $0.00 | $15.00 | $0.00 | $0.00 | $4,010.82 |
| Total Int Pd | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 |
| Balance Due | $0.00 | $0.00 | $359,316.34 | $0.00 | $0.00 | | $0.00 |

| | |
|---|---|
| Total Paid | $4,025.82 |
| Percent Paid | $0.00 |