**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**
**MOTION DOCUMENTS**

I hereby certify that on March 8, 2005, I caused the following documents:

1. Notice of Motion for an Award of Attorneys' Fees

2. Motion for an Award of Attorneys' Fees

3. Boat Dealers' Alliance, Inc.'s Memorandum of Law in Support of its Motion for an Award of Attorneys Fees

4. Affidavit of John J. Wackman

to be filed electronically with the Clerk of the Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Kristine M. Boylan
kboylan@merchant-gould.com

Richard A. Lockridge
lockrra@locklaw.com
emmonrm@locklaw.com
juellsl@locklaw.com

Mathew M. Meyer
meyerm@moss-barnett.com
Thomas Jerome Shroyer
shroyert@moss-barnett.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

William J. French, Esq.
Glen E. Lavy, Esq.
Conant French & Chaney
1601 Elm Street, Suite 4150
Dallas, TX 75201

Dated: March 8, 2005

By /s/ John J. Wackman
John J. Wackman

RIDER BENNETT