UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

Patrick T. Manion, Jr.,

Plaintiff,

vs.

Stephen E. Nagin, Herzfeld & Rubin, Herzfeld & Rubin, P.C., Litchford & Christopher, P.A., Nagin Gallop Figueredo, P.A., and Boat Dealers' Alliance, Inc.,

Defendants.

**AMENDED NOTICE OF MOTION FOR AN AWARD OF ATTORNEYS' FEES**

Case No.: CV-00-238 (ADM/RLE)

---

TO: PLAINTIFF ABOVE NAMED AND HIS ATTORNEY, WILLIAM J. FRENCH, CONANT, FRENCH & CHANEY, SUITE 3880 BANKONE CENTER, 1717 MAIN STREET, DALLAS, TEXAS

Please take notice that defendant Boat Dealers' Alliance, Inc. ("BDA") by and through their counsel of record, will bring the following motion on for hearing before the Honorable Ann D. Montgomery, U.S. Courthouse, Suite 13W, 300 South Fourth Street, Minneapolis, Minnesota, on Thursday, April 7, 2005 at 1:30 p.m.

RIDER BENNETT, LLP

Dated: March __23__, 2005

By /s/ Michelle Kreidler Dove ______________
Richard J. Nygaard (80226)
John J. Wackman (251884)
Peter D. Gray (25809X)
Michelle Kreidler Dove (33232X)
Attorneys for Boat Dealers' Alliance, Inc.
333 South Sixth Street, Suite 4900
Minneapolis, MN 55402
612-340-8900

1243805-1