**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**
**MOTION DOCUMENTS**

I hereby certify that on March 23, 2005, I caused the following documents:

1. Amended Notice of Motion for an Award of Attorneys' Fees

to be filed electronically with the Clerk of the Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Kristine M. Boylan
kboylan@merchant-gould.com

Richard A. Lockridge
lockrra@locklaw.com
emmonrm@locklaw.com
juellsl@locklaw.com

Mathew M. Meyer
meyerm@moss-barnett.com
Thomas Jerome Shroyer
shroyert@moss-barnett.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

William J. French, Esq.
Glen E. Lavy, Esq.
Conant French & Chaney
1601 Elm Street, Suite 4150
Dallas, TX 75201

Dated: March 23, 2005

By /s/ Michelle Kreidler Dove
Michelle Kreidler Dove