UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Civil No.: 00-238 (ADM/AJB)

PATRICK T. MANION, JR.,

Plaintiff,

vs.

STEPHEN E. NAGIN, HERZFELD & RUBIN, HERZFELD & RUBIN, P.C., LITCHFORD & CHRISTOPHER, P.A., NAGIN GALLOP FIGUEREDO, P.A. and BOAT ALLIANCE, INC.,

Defendants.

**CERTIFICATE OF SERVICE**

---

I hereby certify that on March 31, 2005 I caused the following documents:

**1. Motion for Pro hac Vice**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- Kristine M Boylan
  kboylan@merchant-gould.com
- Michelle K Dove
  mdove@riderlaw.com
- Peter D Gray
  pdgray@riderlaw.com
- John J Wackman
  jjwackman@riderlaw.com
- Richard J Nygaard
  rnygaard@riderlaw.com
- Thomas Jerome Shroyer
  shroyert@moss-barnett.com
- Mathew M Meyer
  meyerm@moss-barnett.com

Dated: March 31, 2005

s/Richard A. Lockridge
Richard A. Lockridge
Bar Number 64117
Attorney for Plaintiff Patrick T. Manion, Jr.
Lockridge Grindal Nauen P.L.L.P.
100 Washington Ave. South
Suite 2200
Minneapolis, MN 55401
Tel.: (612) 339-6900