IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| PATRICK T. MANION, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. CV-00-238 |
| v. | § | |
| | § | |
| STEPHEN E. NAGIN, | § | |
| HERZFELD & RUBIN, HERZFELD & | § | |
| RUBIN, P.C., LITCHFORD & | § | |
| CHRISTOPHER, P.A., NAGIN GALLOP | § | |
| FIGUEREDO, P.A. and BOAT | § | |
| DEALERS' ALLIANCE, INC. | § | |
| | § | |
| Defendants. | § | |

**AFFIDAVIT OF WILLIAM J. FRENCH**

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF DALLAS | § |

William J. French, who, being duly sworn, stated:

1. My name is William J. French. I am a partner of Conant French & Chaney, LLP, am licensed to practice law in the States of Wisconsin and Texas, and in the Northern District of Texas and am counsel for the Plaintiffs in cases styled *Patrick T. Manion,Jr. v. Stephen E. Nagin, et al.*, Case No. CV-00-238, in the United States District Court for the District of Minnesota and *Patrick T. Manion, et al. v. Alex Stirling, et al.*, Case No. CV-02-370 (ADM/RLE), in the United States District Court for the District of Minnesota. I was also counsel for the Appellant in *Plaintiff Patrick Manion, Jr, Appellee. v. Stephen E. Nagin, et al., Defendant Boat Dealers' Alliance, Inc., Appelle*, No 03-2869; *Plaintiff Patrick T. Manion, Jr., Appelle v. Alex Stirling, et al, Appelles,* No, 03-2870,

and *Plaintiff Patrick T. Manion, Jr., Appelle v. Defendants Stephen E. Nagin; Herzfeld & Rubin; Herzfeld & Rubin, P.C.; Nagin Gallop Figueredo, P.A., Appelles*, No 04-1579, all in the Eighth Circuit Court of Appeals. I have personal knowledge of the matters stated herein and they are true and correct.

2. Attached hereto as Exhibit 1 is a true and correct copy ofBDA's Memorandum of Lawin Support of its Motion for an Award of Attorney's Fees, dated July 2, 2003.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Memorandum Opinion and Order issued by the United States District Court for the District of Minnesota in Civil Case No. 00-238 ADM/RLE dated June 20, 2003.

4. Attached hereto as Exhibit 3 is a true and correct copy of the civil Docket Sheet for United States District Court for the District of Minnesota in Civil Case No. 00-238 ADM/RLE printed as of March 31, 2005.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Claims Register in Case No. 03-31881-mdm in the Eastern District of Wisconsin Bankruptcy Court.

6. Attached hereto as Exhibit 5 is a true and correct copy of the Notice of Appeal filed in United States District Court for the District of Minnesota in Civil Case No. 00-238 ADM/RLE and dated March 2, 2004.

7. Attached hereto as Exhibit 6 is a true and correct copy of Appellee Boat Dealers' Alliance, Inc.'s Motion for Attorney's Fees and Request for Remand to District Court for Appropriate Hearing and Determination of Appellee's Attorney's Fees, dated January 3, 2005 and filed in the United States Court of Appeals for the Eighth Circuit in Case Nos. 03-2869 and 03-2870.

8. Attached hereto as Exhibit 7 is a true and correct copy of the Order entered by the United States Court of Appeals for the Eighth Circuit in Case Nos. 03-2869 and 03-2870 on February

1, 2005.

DATED this 31st day of March, 2005.

FURTHER AFFIANT SAYETH NOT.

**s/William J. French**
William J. French

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned authority, this 31st day of March, 2005.

**s/Tommye Garza**
Notary Public for the State of Texas

C:\Documents and Settings\hansoja\Local Settings\Temporary Internet Files\OLK7\French Affid 3-31-05.wpd