# EXHIBIT 3

6DIV, ATYADM

# U.S. District Court
# District of Minnesota (DMN)
# CIVIL DOCKET FOR CASE #: 0:00-cv-00238-ADM-RLE

Manion v. Nagin, et al
Assigned to: Judge Ann D Montgomery
Referred to: Magistrate Judge Raymond L Erickson
Demand: $75000
Cause: 28:1332 Diversity-Injunctive & Declaratory Relief

Date Filed: 02/01/2000
Jury Demand: None
Nature of Suit: 380 Personal Property: Other
Jurisdiction: Diversity

| Date Filed | # | Docket Text |
|---|---|---|
| 03/23/2005 | 179 | CERTIFICATE OF SERVICE by Boat Dealer's Alliance, Inc. re 178 Amended Notice of Hearing on Motion (Dove, Michelle) (Entered: 03/23/2005) |
| 03/23/2005 | 178 | AMENDED NOTICE of Hearing on Motion 171 MOTION for Attorney Fees: Motion Hearing set for 4/7/2005 01:30 PM in Minneapolis - Courtroom 13W before Judge Ann D Montgomery. (Dove, Michelle) (Entered: 03/23/2005) |
| 03/18/2005 | 177 | CERTIFICATE OF SERVICE by Boat Dealer's Alliance, Inc. re 176 Exhibit (Dove, Michelle) (Entered: 03/18/2005) |
| 03/18/2005 | 176 | EXHIBIT re 174 Affidavit in Support of Motion, *Revised Exhibit A to Affidavit of John J. Wackman* by Boat Dealer's Alliance, Inc. filed by Boat Dealer's Alliance, Inc.. (Dove, Michelle) (Entered: 03/18/2005) |
| 03/08/2005 | 175 | CERTIFICATE OF SERVICE by Boat Dealer's Alliance, Inc. re 171 MOTION for Attorney Fees, 172 Notice of Hearing on Motion, 173 Memorandum in Support of Motion, 174 Affidavit in Support of Motion, (Dove, Michelle) (Entered: 03/08/2005) |
| 03/08/2005 | 174 | AFFIDAVIT of John J. Wackman in SUPPORT OF 171 MOTION for Attorney Fees filed by Boat Dealer's Alliance, Inc.. (Attachments: # 1 Exhibit Index # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Exhibit D # 6 Exhibit E # 7 Exhibit F part 1 # 8 Exhibit F part 2 # 9 Exhibit G # 10 Exhibit H)(Dove, Michelle) Modified description and text on 3/9/2005 (akl). (Entered: 03/08/2005) |
| 03/08/2005 | 173 | MEMORANDUM in Support re 171 MOTION for Attorney Fees filed by Boat Dealer's Alliance, Inc.. (Dove, Michelle) (Entered: 03/08/2005) |
| 03/08/2005 | 172 | NOTICE of Hearing on Motion 171 MOTION for Attorney Fees: (Dove, Michelle) (Entered: 03/08/2005) |
| 03/08/2005 | 171 | MOTION for Attorney Fees by Boat Dealer's Alliance, Inc.. (Dove, Michelle) (Entered: 03/08/2005) |
| 02/10/2005 | 170 | Certifed Copy of MANDATE of USCA as to 163 Notice of Cross Appeal, [162] Notice |

| | | |
|---|---|---|
| | | of Appeal to 8th Circuit that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court- Mandate issued 2/8/05. (akl) (Entered: 02/10/2005) |
| 02/10/2005 | 169 | Certifed Copy of Opinion of USCA (Judge Murphy, Judge Heaney and Judge Beam) as to 163 Notice of Cross Appeal, [162] Notice of Appeal to 8th Circuit affirming the judgment of the district court.(akl) (Entered: 02/10/2005) |
| 02/09/2005 | 168 | MANDATE of USCA as to 121 Notice of Appeal to 8th Circuit that the judgment of the district court is affirmed in accordance with the opinion of this court- Mandate issued 2/7/05. (akl) (Entered: 02/09/2005) |
| 02/09/2005 | 167 | Certified Copy of Opinion of USCA (Judge Murphy, Judge Heaney and Judge Beam) as to 121 Plaintiff's Notice of Appeal to 8th Circuit affirming the district court's confirmation of the arbitration award and dismissal of the Manion's claims against the members. (akl) (Entered: 02/09/2005) |
| 02/07/2005 | 166 | ORDER of USCA as to 121 Notice of Appeal to 8th Circuit. Appellees shall recover from the appellants the sum of One Thousand Four Hundred Forty-One Dollars and Eight Cents ($1,441.08) as taxable costs on appeal.(LJD) (Entered: 02/08/2005) |
| 01/18/2005 | | Appeal Record Returned: consisting of 5 volumes of original file, 9 expandable folders and 1 volumes of transcript. (GJS) Modified on 1/26/2005 (gjs). (Entered: 01/26/2005) |
| 10/27/2004 | 165 | LETTER TO USCA8- SENT ORIGINAL FILE TO USCA8, St. Paul.(GJS) (Entered: 10/27/2004) |
| 04/27/2004 | | Sent to USCA8, St. Paul, 1 volume of transcript of Hearing on Motions, held on 12/11/03 before Judge Ann D. Montgomery. (GJS) (Entered: 04/27/2004) |
| 04/23/2004 | 164 | TRANSCRIPT of Proceedings of Motions Hearing, held on 12/11/03 before Judge Ann D. Montgomery. Court Reporter: Timothy Willette. (SEPARATE) (GJS) (Entered: 04/27/2004) |
| 03/24/2004 | | USCA Case Number 04-1705 for 163 Notice of Cross Appeal, filed by Boat Dealer's Alliance, Inc.. (GJS) (Entered: 03/25/2004) |
| 03/19/2004 | | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 163 Notice of Cross Appeal. Delivered/mailed two certified and one uncertified copy of each of the following to the Court of Appeals: St. Paul Office: Notice of Appeal, Order, Judgment and District Court's Docket Sheet. (GJS) (Entered: 03/19/2004) |
| 03/16/2004 | 163 | NOTICE OF PROTECTIVE CROSS APPEAL as to 158 Memorandum Opinion and Order, and 159 Judgment, by Judge Ann D. Montgomery, both dated 2/5/04, filed by Boat Dealer's Alliance, Inc.. Filing fee $ 255, receipt number 430952.2pg(s) (GJS) Additional attachment(s) added on 3/19/2004 (Schneider, Gloria). (Entered: 03/19/2004) |
| 03/16/2004 | | USCA Case Number 04-1579 for [162] Notice of Appeal, filed by Patrick T Manion. (GJS) (Entered: 03/16/2004) |
| 03/05/2004 | | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re [162] Notice of Appeal,. Delivered/mailed two certified and one uncertified copy of each of |

| | | |
|---|---|---|
| | | the following to the Court of Appeals: St. Paul Office: Notice of Appeal, Order, Judgment and District Court's Docket Sheet. (GJS) (Entered: 03/05/2004) |
| 03/03/2004 | 162 | NOTICE OF APPEAL to Eighth Circuit Court of Appeals as to Judge Ann D. Montgomery's Memorandum Opinion and Order 158 and Judgment 159 both filed on 2/5/04. by Patrick T Manion Jr. Filing fee $ 255. paid, Receipt No. 430762. 2pg(s) (GJS) (Entered: 03/05/2004) |
| 02/27/2004 | 161 | JUDGMENT. 1pg(s) (GJS) (Entered: 02/27/2004) |
| 02/26/2004 | 160 | AMENDED ORDER FOR DIRECTION OF ENTRY OF JUDGMENT. Signed by Judge Ann D Montgomery on 2/26/04. 1 PG(S)(GJS) (Entered: 02/27/2004) |
| 02/05/2004 | 159 | JUDGMENT entered. 1pg(s) (cc: all counsel) (DFL) Additional attachment(s) added on 9/21/2004 (akl). (Entered: 02/05/2004) |
| 02/05/2004 | 158 | MEMORANDUM, OPINION, AND ORDER: ( Judge Ann D. Montgomery / 2/5/04) 1. the '238 defendants renewed motion to dismiss Plaintiff's Complaint is granted [48-1]; 2. the '238 defendant's motion to dismiss cross-claim by defendant Boat Dealers' Alliance, Inc. is granted [139-1]; 3. dismissing with prejudice the complaint [1-1]; 4. dismissing Boat Dealers' crossclaim [88-1]; 5. that Boat Dealers' motion for an award of attorneys' fees is granted in part and denied in part [113-1]; 6. Boat Dealer's motion for sanctions under Federal Rule of Civil Procedure 11 and 28 U.S.C. section 1927 is denied [116-1] 7. DBA's motion for default judgment is denied [133-1]; 8. the '238 defendants' motion to stay discovery is denied. [128-1] termination notice 23pg(s) (cc: all counsel) (DFL) Additional attachment(s) added on 9/21/2004 (akl). (Entered: 02/05/2004) |
| 01/23/2004 | 157 | STIPULATION AND ORDER ( Magistrate Judge Raymond L. Erickson ) 1. The period during which the parties may conduct non-expert discovery shall terminate 120 days after the date on which the Court rules on the Nagin Defendants' motions to dismiss. 2. The parties shall submit a comprehensive proposed pretrial schedule to the Court within 30 days of the date on which it rules on the Nagin Defendants' motions to dismiss. 4pg (s)(cc: all counsel) (JMH) Additional attachment(s) added on 9/21/2004 (akl). (Entered: 01/23/2004) |
| 12/11/2003 | 156 | MINUTES:(Judge Ann D. Montgomery / Tim Wielette) Deft's motion to dismiss pltf's complaint - under advisement; Deft's motion to dismiss BDA's cross-claim - under advisement; BDA' motion for sanctions and attys. fees - under advisement. [148] [139] [116] 1pg (JMR) (Entered: 12/12/2003) |
| 11/28/2003 | 155 | AMENDED NOTICE by defendant Boat Dealers' of hearing setting hearing for motion for sanctions under Federal Rule of Procedure 11 and 28 U.S.C. section 1927 ( to Judge Ann D. Montgomery ). [116-1] at 9:00 12/11/03 in Minneapolis, MN 2pg(s) (JMH) (Entered: 12/01/2003) |
| 11/28/2003 | 154 | AMENDED NOTICE by defendant Boat Dealers' of hearing setting hearing for motion for an award of attorneys' fees ( to Judge Ann D. Montgomery ) [113-1] at 9:00 12/11/03 in Minneapolis, MN 3pg(s) (JMH) (Entered: 12/01/2003) |
| 11/05/2003 | 153 | RENEWED AMENDED NOTICE by defendants Stephen E Nagin, Nagin Gallop, Herzfeld & Rubin, and Herzfeld & Rubin P.C setting hearing for motion to dismiss |

| | | |
|---|---|---|
| | | Plaintiff's Complaint ( to Judge Ann D. Montgomery) [148-1] at 9:00 a.m. on 12/11/03. 1 pg(s) (HLL) (Entered: 11/12/2003) |
| 11/05/2003 | 152 | AMENDED NOTICE by defendants Stephen E Nagin, Herzfeld & Rubin, Herzfeld & Rubin P.C, and Nagin Gallop setting hearing for motion to dismiss cross-claim by defendant Boat Dealers' Alliance, Inc. ( to Judge Ann D. is Montgomery )[139-1] at 9:00 a.m. on 12/11/03. 1 pg(s) (HLL) (Entered: 11/12/2003) |
| 10/29/2003 | 151 | REPLY MEMORANDUM OF LAW IN SUPPORT by defendant Stephen E Nagin, defendant Nagin Gallop, defendant Herzfeld & Rubin, defendant Herzfeld & Rubin P.C to motion to dismiss Plaintiff's Complaint [148-1]. 11pg(s) (GJS) (Entered: 11/03/2003) |
| 10/29/2003 | 150 | AFFIDAVIT of Mathew M. Meyer regarding motion to dismiss Plaintiff's Complaint [148-1]. 14pg(s) (GJS) (Entered: 11/03/2003) |
| 10/29/2003 | 149 | MEMORANDUM in support of motion to dismiss Plaintiff's Complaint [148-1]. 18pg (s) (GJS) (Entered: 11/03/2003) |
| 10/29/2003 | 148 | RENEWED MOTION by defendant Stephen E Nagin, defendant Nagin Gallop, defendant Herzfeld & Rubin, defendant Herzfeld & Rubin P.C to dismiss Plaintiff's Complaint ( to Judge Ann D. Montgomery). 1pg(s) (GJS) (Entered: 11/03/2003) |
| 10/20/2003 | 147 | AFFIDAVIT of William J. French regarding motion for an award of attorneys' fees [113-1], regarding motion to dismiss cross-claim by defendant Boat Dealers' Alliance, Inc. [139-1] 2pg(s) (GJS) (Entered: 10/24/2003) |
| 10/20/2003 | 146 | MEMORANDUM by plaintiff Patrick T Manion Jr in opposition to motion to dismiss cross-claim by defendant Boat Dealers' Alliance, Inc. ( to Judge Ann D. is Montgomery ). [139-1] 9+pg(s) (GJS) (Entered: 10/23/2003) |
| 10/20/2003 | 145 | MEMORANDUM by plaintiff Patrick T Manion Jr in opposition to motion for an award of attorneys' fees [113-1]. 10+ pg(s) (GJS) (Entered: 10/23/2003) |
| 10/02/2003 | 144 | TRANSCRIPT OF on motions held 5/9/03 by Judge Ann D. Montgomery ( Timothy Willette). 81 pg(s) (SEPARATE) (JMM) (Entered: 10/03/2003) |
| 09/10/2003 | 143 | MEMORANDUM by defendant in support of motion to dismiss cross-claim by defendant Boat Dealers' Alliance, Inc. [139-1] 11 pg(s) (HLL) (Entered: 09/12/2003) |
| 09/10/2003 | 142 | AMENDMENT by defendants to motion to dismiss cross-claim by defendant Boat Dealers' Alliance, Inc. ( to Judge Ann D. is Montgomery ). [139-1] 4 pg(s) (HLL) (Entered: 09/12/2003) |
| 09/10/2003 | 141 | AFFIDAVIT of Matthew M. Meyer regarding motion to dismiss cross-claim by defendant Boat Dealers' Alliance, Inc. [139-1] SEPARATE (HLL) (Entered: 09/12/2003) |
| 09/10/2003 | 140 | MEMORANDUM by defendants in support of motion to dismiss cross-claim by defendant Boat Dealers' Alliance, Inc. [139-1] 18 pg(s) (HLL) (Entered: 09/12/2003) |
| 09/10/2003 | 138 | RESPONSE by defendant Stephen E Nagin, defendant Herzfeld & Rubin, defendant Herzfeld & Rubin P.C, defendant Nagin Gallop Figueredo, P.A. to motion for default |

| | | |
|---|---|---|
| | | judgment. [133-1] 7 pg(s) (HLL) (Entered: 09/12/2003) |
| 08/25/2003 | 137 | AFFIDAVIT of John J. Wackman regarding letter motion to dismiss cross-claim by defendant Boat Dealers' Alliance, Inc.-SVC. LTR. [125-1] 35 pg(s) (HLL) (Entered: 08/28/2003) |
| 08/25/2003 | 136 | MEMORANDUM by defendant Boat Dealers' Alliance, Inc. in opposition to motion to dismiss cross-claim by defendant Boat Dealers' Alliance, Inc.-SVC. LTR. [125-1] 10 pg (s) (HLL) (Entered: 08/28/2003) |
| 08/25/2003 | 135 | AFFIDAVIT of John J. Wackman regarding motion for default judgment. [133-1] 41 pg (s) (HLL) (Entered: 08/28/2003) |
| 08/25/2003 | 134 | MEMORANDUM by defendant Boat Dealers' in support of motion for default judgment.[133-1] 3 pg(s) (HLL) (Entered: 08/28/2003) |
| 08/25/2003 | 133 | MOTION by defendant Boat Dealers' Alliance, Inc. for default judgment ( to Judge Ann D. Montgomery. ) RET. 9/10/03 at 9:00 a.m. 1 pg (HLL) (Entered: 08/28/2003) |
| 08/18/2003 | | Sent supplemental record to USCA8 consisting of updated docket entries and documents Nos. 122, 123 and 124. (GJS) (Entered: 08/18/2003) |
| 08/15/2003 | 132 | AMENDED NOTICE OF MOTION by defendant setting hearing for motion to stay discovery (Judge Ann D. Montgomery) [128-1] at 10:00am on 9/10/03. 2pg(s) (GJS) (Entered: 08/19/2003) |
| 08/13/2003 | 131 | NOTICE OF FILING OF BANKRUPTCY by plaintiff Patrick T Manion Jr. 1pg(s) (GJS) (Entered: 08/18/2003) |
| 08/06/2003 | 130 | AFFIDAVIT of Matthew M. Meyer in support regarding motion to stay discovery. 5pg (s) (GJS) (Entered: 08/12/2003) |
| 08/06/2003 | 129 | MEMORANDUM in support of motion to stay discovery [128-1] 3pg(s) (GJS) (Entered: 08/12/2003) |
| 08/06/2003 | 128 | MOTION by defendant Stephen E Nagin, defendant Nagin Gallop, defendant Herzfeld & Rubin, defendant Herzfeld & Rubin P.C to stay discovery (was to Magistrate Judge Raymond L. Erickson-now to Judge Ann D. Montgomery ) . 3pg(s) (GJS) Modified on 09/10/2003 (Entered: 08/12/2003) |
| 08/04/2003 | 127 | LETTER RE: SVC OF DISPOSITIVE MOTION PAPERS by defendants Stephen E Nagin, Herzfeld & Rubin, Herzfeld & Rubin P.C, and Nagin Gallop to dismiss-SVC. LTR. ( to Judge Ann D. Montgomery ). 1 pg(s) (JMM) (Entered: 08/07/2003) |
| 08/01/2003 | 126 | PLAINTIFF PATRICK T. MANION, JR.'S MEMORANDUM in Response to Letter Request of Court Dated July 21, 2003. REPLY by Patrick T Manion Jr. 13pg(s) (SS) (Entered: 08/04/2003) |
| 07/28/2003 | | NOTIFICATION BY CIRCUIT COURT of Appellate Docket Number 03-2869. (DFL) (Entered: 07/31/2003) |
| 07/23/2003 | 139 | MOTION by defendants Stephen E. Nagin, Nagin Gallop Figueredo, P.A., and Herzfeld |

| | | |
|---|---|---|
| | | & Rubin, Herzfeld & Rubin, P.C. to dismiss cross-claim by defendant Boat Dealers' Alliance, Inc. ( to Judge Ann D. is Montgomery ). 1 pg (HLL) (Entered: 09/12/2003) |
| 07/23/2003 | 125 | LETTER RE: SVC OF DISPOSITIVE MOTION PAPERS by defendants Stephen E Nagin, Nagin Gallop, Herzfeld & Rubin, and Herzfeld & Rubin P.C to dismiss cross-claim by defendant Boat Dealers' Alliance, Inc.-SVC. LTR. ( to Judge Ann D. Montgomery ). 1 pg(s) (JMM) (Entered: 07/25/2003) |
| 07/21/2003 | 124 | AMENDED JUDGMENT: (1 pg) (cc: all counsel) (MKC) Modified on 07/24/2003 (Entered: 07/24/2003) |
| 07/21/2003 | 123 | SUPPLEMENTAL ORDER ( Judge Ann D. Montgomery / 7/21/03) that paragraph 7 of the Conclusion of the 6/20/03 order is amended nunc pro tunc to read as follows. 7. The claims against defendant BDA in Manion's complaint (239 Docket No. 1) are DISMISSED WITH PREJUDICE. Manions' claims against other defendants which were not the subject of summary judgment motions remain. (2 pgs) (MKC) Modified on 07/24/2003 (Entered: 07/24/2003) |
| 07/21/2003 | 122 | STIPULATION AND ORDER EXTENDING TIME IN WHICH TO RESPOND TO BDA'S AMENDED CROSS-CLAIM (Magistrate Judge Raymond L. Erickson / 7/21/03) that deft Nagin shall have an extension of seven days in which to respond to third-party pltf BDA's amended cross-claim. 2pg(s)(cc: all counsel) (SEA) (Entered: 07/22/2003) |
| 07/18/2003 | | DELIVERED/MAILED TWO CERTIFIED and one uncertified copy of each of the following to the Court of Appeals, St. Paul Office: Notice of Appeal, Order, Judgment and District Court Clerk's Docket Entries. Copy of Notice of Appeal mailed to counsel, Thomas Shroyer, Richard Nygaard, Richard Lockridge, Mathew Meyer, John Wackman, Peter Gray, Kristin Boylan, William French, Glen Lavy, Martin Carlson. (MKC) (Entered: 07/22/2003) |
| 07/18/2003 | 121 | NOTICE OF APPEAL by plaintiff from final judgment and order dated 6/20/03 of Judge Ann D. Montgomery denying Plaintiff's motion for an order vacating Arbitration Awards Dated 11/12/02 and 2/21/03 ; granting the motion of Boat Dealers' Alliance, Inc to confirm the Awards; and dismissing Plaintiff's complaint with prejudice [108-1], [109-1] (MKC) (Entered: 07/22/2003) |
| 07/10/2003 | 120 | ANSWER by counter-defendant Patrick T Manion Jr, to Counterclaim [110-2], [87-2] 4pg(s) (SEA) (Entered: 07/18/2003) |
| 07/07/2003 | 117 | MEMORANDUM by defendant Boat Dealers' in support of motion for sanctions under Federal Rule of Civil Procedure 11 and 28 U.S.C. section 1927. [116-1] 5 pg(s) (JMM) (Entered: 07/08/2003) |
| 07/07/2003 | 116 | MOTION by defendant Boat Dealers' for sanctions under Federal Rule of Civil Procedure 11 and 28 U.S.C. section 1927 ( to Judge Ann D. Montgomery ). 2 pg(s) (JMM) (Entered: 07/08/2003) |
| 07/03/2003 | 115 | AFFIDAVIT of John Wackman 2pg(s) + exhibits (JMR) (Entered: 07/07/2003) |
| 07/03/2003 | 114 | MEMORANDUM by defendant Boat Dealers' in support of motion for an award of |

| | | |
|---|---|---|
| | | attorneys' fees [113-1] 4pg(s) (JMR) (Entered: 07/07/2003) |
| 07/03/2003 | 113 | MOTION by defendant Boat Dealers' for an award of attorneys' fees ( to Judge Ann D. Montgomery ) 3pg(s) (JMR) (Entered: 07/07/2003) |
| 06/30/2003 | 119 | AFFIDAVIT of William J. French regarding motion for sanctions under Federal Rule of Civil Procedure 11 and 28 U.S.C. section 1927. [116-1] 13 pg(s) (JMM) (Entered: 07/08/2003) |
| 06/30/2003 | 118 | MEMORANDUM by plaintiff Patrick T Manion Jr in opposition to motion for sanctions under Federal Rule of Civil Procedure 11 and 28 U.S.C. section 1927. [116-1] 20 pg(s) (JMM) (Entered: 07/08/2003) |
| 06/24/2003 | 112 | AFFIDAVIT of John J. Wackman 1pg(s) (JMH) (Entered: 07/02/2003) |
| 06/24/2003 | 111 | CROSSCLAIM ; by defendant Boat Dealers' against defendant Stephen E Nagin, defendant Herzfeld & Rubin, defendant Herzfeld & Rubin P.C, defendant Nagin Gallop 8pg(s) (JMH) (Entered: 07/02/2003) |
| 06/24/2003 | 110 | AMENDED ANSWER to complaint [1-1] and COUNTERCLAIM by defendant Boat Dealers' against plaintiff Patrick T Manion Jr 8pg(s) (JMH) (Entered: 07/02/2003) |
| 06/20/2003 | 109 | JUDGMENT: (1 pgs) (cc: all counsel) (MKC) (Entered: 06/24/2003) |
| 06/20/2003 | 108 | MEMORANDUM, OPINION, AND ORDER: ( Judge Ann D. Montgomery / 6/20/03) Manion's motion for Order Vacating Arbitration Awards dated November 12, 2002 and February 21, 2003 is DENIED, BDA's motion to lift Stay of Proceedings and to Confirm Arbitration Award is GRANTED. Manion's complaint is DISMISSED WITH PREJUDICE. [96-1] [84-1] (18 pgs) (cc: all counsel) (MKC) (Entered: 06/24/2003) |
| 05/09/2003 | 107 | MINUTES:( Judge Ann D. Montgomery / Tim Willette) hearing re: Plaintiff's motion for order vacating arbitration awards [96-1], Defendants' motion to lift stay of proceedings and to confirm arbitration award. [84-1] Motions under advisement. (1 pg) (MKC) (Entered: 05/14/2003) |
| 04/29/2003 | 106 | EXHIBITS by plaintiff in support of motion to vacate arbitration award of 11/12/02. 5+pg(s) (SEPARATE) (RJL) (Entered: 05/01/2003) |
| 04/29/2003 | 105 | EXHIBITS by plaintiff in support of motion to vacate arbitration. [96-1] 5+pg(s) (SEPARATE) (RJL) (Entered: 05/01/2003) |
| 04/29/2003 | 104 | AFFIDAVIT of Martin A. Carlson. 2+pg(s) (SEPARATE) (RJL) (Entered: 05/01/2003) |
| 04/29/2003 | 103 | AFFIDAVIT of John J. Wackman. 2+pg(s) (SEPARATE) (RJL) (Entered: 05/01/2003) |
| 04/29/2003 | 102 | AFFIDAVIT of WIlliam J. French regarding motion for order vacating arbitration awards dated 11/12/02 and 2/21/03. [96-1] 1pg(s) (RJL) (Entered: 05/01/2003) |
| 04/29/2003 | 101 | REPLY MEMORANDUM by plaintiff to motion for order vacating arbitration awards dated 11/12/02 and 2/21/03. [96-1] 16pg(s) (RJL) (Entered: 05/01/2003) |
| 04/29/2003 | 100 | AMENDED NOTICE by plaintiff setting hearing for motion for order vacating arbitration awards dated 11/12/02 and 2/21/03. ( to Judge Ann D. Montgomery ) [96-1] |

| | | |
|---|---|---|
| | | ret. at 9:00am on 5/9/03. 7pg(s) (RJL) (Entered: 05/01/2003) |
| 04/29/2003 | 99 | MEMORANDUM by defendant Boat Dealers' in opposition to motion for order vacating arbitration awards dated 11/12/02 and 2/21/03. [96-1] 27pg(s) (RJL) (Entered: 05/01/2003) |
| 04/29/2003 | 98 | AFFIDAVIT of William J. French regarding motion for order vacating arbitration awards dated 11/12/02 and 2/21/03. [96-1] 46pg(s) (RJL) (Entered: 05/01/2003) |
| 04/29/2003 | 97 | MEMORANDUM by plaintiff in support of motion for order vacating arbitration awards dated 11/12/02 and 2/21/03. [96-1] 35pg(s) (RJL) (Entered: 05/01/2003) |
| 04/29/2003 | 96 | Amended MOTION by plaintiff for order vacating arbitration awards dated 11/12/02 and 2/21/03. ( to Judge Ann D. Montgomery ) 4pg(s) (RJL) (Entered: 05/01/2003) |
| 04/28/2003 | 95 | EXHIBITS #2 to the affidavit of John J. Wackman. [90-1] 5+pg(s) (SEPARATE) (RJL) (Entered: 05/01/2003) |
| 04/28/2003 | 94 | EXHIBITS 129o - #2 to affidavit of John J. Wackman. [90-1] 5+pg(s) (RJL) (Entered: 05/01/2003) |
| 04/28/2003 | 93 | EXHIBITS 128b - 129n to affidavit of John J. Wackman. [90-1] 5+pg(s) (SEPARATE) (RJL) (Entered: 05/01/2003) |
| 04/28/2003 | 92 | EXHIBITS 33-128a to the affidavit of John J. Wackman. [90-1] 5+pg(s)(SEPARATE) (RJL) (Entered: 05/01/2003) |
| 04/28/2003 | 91 | EXHIBITS 22-32 to the Affidavit of John J. Wackman. [90-1] 5+pg(s) (SEPARATE) (RJL) (Entered: 05/01/2003) |
| 04/28/2003 | 90 | AFFIDAVIT of John J. Wackman and Exhibits 1-22. 2+pg(s) (SEPARATE) (RJL) (Entered: 05/01/2003) |
| 03/31/2003 | 89 | STIPULATION AND ORDER EXTENDING TIME TO WHICH TO RESPOND TO BDA'S CROSS-CLAIM ( Magistrate Judge Raymond L. Erickson ) That Deft Nagin shall have until twenty days following the entry of the Court's order lifting the stay previously imposed on these proceedings by Court Order dated August 2, 2000 to respond to Third-Party Pltf BDA's cross-claim. 2pg(s)(cc: all counsel) ( (Entered: 04/01/2003) |
| 03/10/2003 | 88 | CROSSCLAIM ; by defendant Boat Dealers' against defendant Stephen E Nagin, defendant Herzfeld & Rubin, defendant Herzfeld & Rubin P.C, defendant Nagin Gallop 8pg(s) (JMH) (Entered: 03/12/2003) |
| 03/10/2003 | 87 | ANSWER to complaint [1-1] and COUNTERCLAIM by defendant Boat Dealers' against plaintiff Patrick T Manion Jr 8pg(s) (JMH) (Entered: 03/12/2003) |
| 03/04/2003 | 86 | LETTER to court from Eric C. Tostrud requesting the his name be removed fromn list of counsel to recieve copies , as counsel for plaintiff. Copies to be received by associated Martin Carlson. (1 pg) (MKC) (Entered: 03/07/2003) |
| 02/26/2003 | 85 | AFFIDAVIT of John Wackman regarding motion to lift stay of proceedings and to |

| | | |
|---|---|---|
| | | confirm arbitration award. [84-1] 57pg(s) (RJL) (Entered: 03/04/2003) |
| 02/26/2003 | 84 | MOTION by defendant Boat Dealers' to lift stay of proceedings and to confirm arbitration award. ( to Judge Ann D. Montgomery ) 5pg(s) (RJL) (Entered: 03/04/2003) |
| 02/19/2003 | 83 | ORDER ( Judge Ann D. Montgomery / 2/18/03) that: Plainitff's motion to vacate arbitration award of 11/12/02 is DENIED. [77-1] (2 pgs) (cc: all counsel) (MKC) (Entered: 02/25/2003) |
| 02/07/2003 | 82 | EXHIBITS by plaintiff in support of motion to vacate arbitration award of 11/12/02 . Volume 3 .[77-1] (separate) (MKC) (Entered: 02/13/2003) |
| 02/07/2003 | 81 | EXHIBITS by plaintiff in support of motion to vacate arbitration award of 11/12/02 . Volume 2 .[77-1] (separate) (MKC) (Entered: 02/13/2003) |
| 02/07/2003 | 80 | EXHIBITS by plaintiff in support of motion to vacate arbitration award of 11/12/02 . Volume 1 .[77-1] (separate) (MKC) (Entered: 02/13/2003) |
| 02/07/2003 | 79 | AFFIDAVIT of William J. French regarding motion to vacate arbitration award of 11/12/02. [77-1] (29 pgs) (MKC) (Entered: 02/13/2003) |
| 02/07/2003 | 78 | MEMORANDUM by plaintiff in support of motion to vacate arbitration award of 11/12/02. [77-1] (36 pgs) (MKC) (Entered: 02/13/2003) |
| 02/07/2003 | 77 | MOTION by plaintiff to vacate arbitration award of 11/12/02 ( to Judge Ann D. Montgomery ) . (4 pgs) (MKC) (Entered: 02/13/2003) |
| 12/24/2002 | 76 | RULE 7.1 DISCLOSURE STATEMENT by defendant Boat Dealers' that none exist 2pg(s) ( (Entered: 01/07/2003) |
| 05/03/2002 | 75 | ATTORNEY SUBSTITUTION: terminating attorney Sarah Jane Batzli for Boat Dealers' and substituting attorney Richard James Nygaard, John Juneau Wackman (3 pgs) (MKC) (Entered: 05/07/2002) |
| 08/02/2001 | 74 | CERTIFIED COPY of USCA Order: (by Michael E. Gans, Clerk) that appellee Stephen E. Nagin shall recover from appellant Patrick T. Manion, Jr., the sum of $259.84 as taxable costs on appeal (Notice to counsel) (1pg) (BLW (Entered: 08/06/2001) |
| 07/30/2001 | 73 | CERTIFIED COPY of judgment from USCA that the judgment of the district court is affirmed in part and dismissed for lack of jurisdiction in part - MANDATE ISSUED 7/27/01 (Notice to Counsel) (1pg) (BLW (Entered: 07/30/2001) |
| 07/30/2001 | 72 | CERTIFIED COPY OF OPINION FROM USCA (Wollman) (Hamilton) (Murphy) - J; filed 7/6/01 affirming the order of the district court denying injunctive relief and dismissing the remaining issues for lack of appellate jurisdiction [70-1] as to plaintiff Patrick T Manion Jr (BLW (Entered: 07/30/2001) |
| 10/17/2000 | 71 | TRANSCRIPT OF motions held 6/14/00 by Judge Ann D. Montgomery ( Timothy J. Willette, Crt Reporter) (SEPARATE) (MKC) (Entered: 10/19/2000) |
| 08/31/2000 | | DELIVERED/MAILED TWO CERTIFIED and one uncertified copy of each of the following to the Court of Appeals, St. Paul Office: Notice of Appeal, Order, Judgment |

| | | |
|---|---|---|
| | | and District Court Clerk's Docket Entries. Copy of Notice of Appeal mailed to counsel (BLW (Entered: 08/31/2000) |
| 08/31/2000 | 70 | NOTICE OF APPEAL to the Eighth Circuit Court of Appeals by plaintiff Patrick T Manion Jr from Judge Ann D. Montgomery's order filed on 8/2/00 [68-1] (1pg) (Receipt #235787) (BLW (Entered: 08/31/2000) |
| 08/07/2000 | 69 | AMENDED RULE 26(a)(1) DISCLOSURES by Boat Dealers' 4pg(s) ( (Entered: 08/10/2000) |
| 08/02/2000 | 68 | MEMORANDUM, OPINION, AND ORDER ( Judge Ann D. Montgomery ) that: 1. Dft Boat Dealers' Alliance, Inc.'s motion to compel arbitration is granted [26-1] [26-2]; 2. Pltf's motions for declaratory relief and preliminary injunction are denied [32-1] [32-2]; 3. Dft Litchford & Christopher, P.A.'s motion to dismiss for lack of personal jurisdiction is granted [48-1] and 4. The motion of dfts Stephen E. Nagin, Nagin Gallop Figueredo P.A, Herzfeld & Rubin and Herzfeld & Rubin P.C. to stay the proceeding pending arbitration between pltf and dft Boat Dealers' Alliance, Inc. is granted [21-1] [21-2] 15pg(s) (cc: all counsel) (SJH) (Entered: 08/04/2000) |
| 07/27/2000 | 66 | AFFIDAVIT of Thomas Rothe regarding memorandum [53-1] 2pg(s) ( (Entered: 07/31/2000) |
| 07/27/2000 | 65 | AFFIDAVIT of Patrick T. Manion, Jr. regarding memorandum [53-1] 2pg(s) ( (Entered: 07/31/2000) |
| 07/24/2000 | 64 | RULE 26(a)(1) DISCLOSURES by Boat Dealers' 4pg(s) ( (Entered: 07/26/2000) |
| 07/12/2000 | 61 | STIPULATION AND ORDER (Magistrate Judge Raymond L. Erickson) This matter having come before the Court on defendant unopposed motion, the Court hereby grants to defendant BDA an extension of the deadline to provide pre-discovery disclosures to July 24, 2000. 3pg(s)(cc: all counsel) (JMH) (Entered: 07/12/2000) |
| 07/11/2000 | 63 | DEFENDANTS STEPHEN E. NAGIN AND NAGIN GALLOP FIGUEREDO, P.A.'S RULE 26(a)(1) INITIAL DISCLOSURES 30pg(s) (JMH) (Entered: 07/13/2000) |
| 07/11/2000 | 62 | DEFENDANTS HERZFELD & RUBIN AND HERZFELD & RUBIN, P.C.'S RULE 26(a)(1) INITIAL DISCLOSURES 16pg(s) (JMH) (Entered: 07/13/2000) |
| 06/30/2000 | 60 | PRETRIAL SCHEDULE (Magistrate Judge Raymond L. Erickson / 6/30/00) ; amd complaint set for 12/22/00 ; discovery set for 5/31/01 ; non-dispositive motions set for 6/29/01 ; dispositive motions set for 7/31/01 ; ready for trial set for 7/31/01 5pg(s) ( (Entered: 06/30/2000) |
| 06/27/2000 | 59 | STATEMENT OF CASE as to defendant Stephen E Nagin, defendant Herzfeld & Rubin, defendant Herzfeld & Rubin P.C, defendant Nagin Gallop 4pg(s) (JMH) (Entered: 06/29/2000) |
| 06/26/2000 | 58 | STATEMENT OF CASE as to defendant Boat Dealers' 5pg(s) (JMH) (Entered: 06/29/2000) |
| 06/23/2000 | 57 | AGENDA OF MATTERS TO BE DISCUSSED AT THE PRETRIAL CONFERENCE filed by pltf 1pg(s) ( Modified on 06/27/2000 (Entered: 06/27/2000) |

| | | |
|---|---|---|
| 06/23/2000 | 56 | PRETRIAL CONFERENCE STATEMENT as to plaintiff 3pg(s) ( (Entered: 06/27/2000) |
| 06/14/2000 | 67 | MINUTES ( Judge Ann D. Montgomery / Tim Willette) Boat Dealer's Alliance motion to compel arbitration - under advisement; Pltf's motion for delcaratory relief - under advisement; Litchord & Christopher motion to dismiss - under advisement; Motion to stay proceedings between pltf and Boat Dealer's - under advisement [32-1] [32-2] [48-1] [21-1] [21-2] [26-1] [26-2] 1pg(s) (SJH) (Entered: 08/04/2000) |
| 06/09/2000 | 55 | AFFIDAVIT of Stephen M. Warner regarding motion to dismiss. [48-1] (6 pgs) (MKC) (Entered: 06/13/2000) |
| 06/09/2000 | 54 | REPLY by defendant Litchford & Christopher to motion to dismiss. [48-1] (7 pgs) (MKC) (Entered: 06/13/2000) |
| 06/09/2000 | 53 | MEMORANDUM by plaintiff in opposition to defendant Litchford & Christopher, P.A. motion to dismiss . [48-1] (13 pgs) (MKC) (Entered: 06/13/2000) |
| 06/09/2000 | 52 | AFFIDAVIT of Elizabeth M. Sipe regarding motion to dismiss [48-1] ( 2 pgs) (MKC) Modified on 08/31/2000 (Entered: 06/13/2000) |
| 06/09/2000 | 51 | AFFIDAVIT of Kristine M. Boylan regarding motion to dismiss. [48-1] (2 pgs + exhibits) (MKC) (Entered: 06/13/2000) |
| 06/09/2000 | 50 | AFFIDAVIT of Hal K. Litchford regarding motion to dismiss ( [48-1] (4 pgs + exhibits) (MKC) (Entered: 06/13/2000) |
| 06/09/2000 | 49 | MEMORANDUM by defendant Litchford & Christopher in support of motion to dismiss [48-1] (12 pgs) (MKC) (Entered: 06/13/2000) |
| 06/02/2000 | 47 | JOINDER by Herzfeld & Rubin, Herzfeld & Rubin P.C in defendants Stephen NAgin and Nagin Gallop Figueredo's motion to dismiss [21-1], [21-2] and in opposition to plaintiff's motion for declaratory relief and a preliminary injunction. (3 pgs) (MKC) (Entered: 06/05/2000) |
| 06/02/2000 | 46 | ATTORNEY SUBSTITUTION: terminating attorney Leon Robert Erstad for Herzfeld & Rubin P.C, and for Herzfeld & Rubin and substituting attorney Thomas Jerome Shroyer. (4 pgs) (MKC) (Entered: 06/05/2000) |
| 05/22/2000 | 45 | ORDER (Magistrate Judge Raymond L. Erickson / 5/22/00) ; pretrial status conference set for 9:00 6/28/00 in Duluth 11pg(s) (cc: all counsel) ( (Entered: 05/22/2000) |
| 05/16/2000 | 44 | REPLY by pltf in support of its motions for declaratory relief [32-1] & its motions for a preliminary injunction [32-2]. (20pg(s) (DDB) (Entered: 05/19/2000) |
| 05/16/2000 | 43 | AFFIDAVIT of Eric C. Tostrud regarding deft Boal Dealer's memorandum in opposition to pltf's amended motion for declaratory relief [32-1] & its motion for a preliminary injunction [32-2]. (5pg(s) (DDB) (Entered: 05/19/2000) |
| 05/16/2000 | 42 | MEMORANDUM by deft Boat Dealers' in opposition to pltf's amended motion for declatory relief [32-1] & its amended motion for a preliminary injunction [32-2]. (5pg(s) (DDB) (Entered: 05/19/2000) |

| | | |
|---|---|---|
| 05/16/2000 | 41 | AFFIDAVIT of Brian P. Olson regarding deft Boat Dealer's memorandum in opposition to pltf's motion for declatory relief [32-1] & its motion for a preliminary injunction [32-2]. (3pg(s) +EXHIBITS (DDB) (Entered: 05/19/2000) |
| 05/16/2000 | 40 | MEMORANDUM by deft Boat Dealers' in opposition to pltf's motion for declatory relief [32-1] & its motion for a preliminary injunction [32-2]. (10pg(s) (DDB) (Entered: 05/19/2000) |
| 05/16/2000 | 39 | CORRECTED STATEMENT OF DECLARATION of Stephen E. Nagin in support of Nagin Gallop Figueredo, P.A.'s memorandum in opposition to pltf's motion for declatory relief [32-1] & its motion for a preliminary injunction [32-2]. (5pg(s) (DDB) (Entered: 05/19/2000) |
| 05/16/2000 | 38 | COPY OF DECLARATION of Stephen E. Nagin re Stephen E. Nagin & Nagin Gallop Figueredos' memorandum in opposition to pltf's motion for declatory relief [32-1] & its motion for a preliminary injunction [32-2]. (5pg(s) (DDB) (Entered: 05/18/2000) |
| 05/16/2000 | 37 | MEMORANDUM by deft Nagin Gallop in opposition to pltf's motion for declaratory relief [32-1] & its motion for a preliminary injunction [32-2]. (24pg(s) (DDB) Modified on 05/18/2000 (Entered: 05/18/2000) |
| 05/16/2000 | 36 | MEMORANDUM by deft Litchford & Chris regarding pltf's motion for declatory relief [32-1] & its motion for a preliminary injunction [32-2]. (3pg(s) (DDB) (Entered: 05/18/2000) |
| 05/16/2000 | 35 | AFFIDAVIT of Patrick T. Manion, Jr. regarding pltf's motion for declatory relief [32-1] & its motion for a preliminary injunction [32-2]. (1pg(s) (DDB) (Entered: 05/18/2000) |
| 05/16/2000 | 34 | AFFIDAVIT of Richard A. Lockridge regarding pltf's motion for declatory relief [32-1] & its motion for a preliminary injunction [32-2]. (25pg(s) (DDB) (Entered: 05/18/2000) |
| 05/16/2000 | 33 | MEMORANDUM by pltf in support of its motion for declatory relief [32-1] & of its motion for a preliminary injunction [32-2]. (10pg(s) (DDB) (Entered: 05/18/2000) |
| 05/16/2000 | 32 | MOTION & AMENDED MOTION by pltf for declatory relief ( to Judge Ann D. Montgomery ) and for a preliminary injunction ( to Judge Ann D. Montgomery ) (10pg (s) (DDB) (Entered: 05/18/2000) |
| 05/15/2000 | 48 | MOTION by defendant Litchford & Chris to dismiss ( to Judge Ann D. Montgomery ) ret 6/14/00 at 9:00 (2 pgs) (MKC) (Entered: 06/13/2000) |
| 05/15/2000 | 31 | LETTER RE: SVC OF DISPOSITIVE MOTION PAPERS by defendant Litchford & Chris to dismiss (SVC.LTR.) ( to Judge Ann D. Montgomery ) (2 pgs) (MKC) (Entered: 05/17/2000) |
| 05/08/2000 | 30 | REPLY by defendant Boat Dealers' to motion to dismiss the complaint of Patrick T. Manion, Jr [26-1], and motion to compel arbitration. [26-2] (8 pgs) (MKC) (Entered: 05/10/2000) |
| 05/08/2000 | 29 | MEMORANDUM by plaintiff Patrick T Manion Jr in opposition to motion to dismiss |

| | | |
|---|---|---|
| | | the complaint of Patrick T. Manion, Jr [26-1], and motion to compel arbitration. [26-2] (9 pgs) (MKC) (Entered: 05/10/2000) |
| 05/08/2000 | 28 | AFFIDAVIT of Sarah J. Batzli regarding motion to dismiss the complaint of Patrick T. Manion, Jr [26-1], and motion to compel arbitration. [26-2] (19 pgs) (MKC) (Entered: 05/10/2000) |
| 05/08/2000 | 27 | MEMORANDUM by defendant Boat Dealers' in support of motion to dismiss the complaint of Patrick T. Manion, Jr [26-1],and motion to compel arbitration. [26-2](5 pgs) (MKC) (Entered: 05/10/2000) |
| 05/02/2000 | 25 | Amended NOTICE by dfts Stephen E Nagin, Nagin Gallop setting hearing for motion to dismiss [21-1] at 9:00 6/14/00, setting hearing for motion to stay proceedings ( to Judge Ann D. Montgomery ) [21-2] at 9:00 6/14/00 2pg(s) (SJH) (Entered: 05/03/2000) |
| 05/02/2000 | 24 | REPLY by Stephen E Nagin, Nagin Gallop to motion to dismiss [21-1], or to stay proceedings [21-2] 16pg(s) (SJH) (Entered: 05/03/2000) |
| 05/02/2000 | 23 | MEMORANDUM by plaintiff in opposition to motion to dismiss [21-1], or to stay proceedings [21-2] 17pg(s) (SJH) (Entered: 05/03/2000) |
| 05/02/2000 | 22 | MEMORANDUM by dfts Stephen E Nagin, Nagin Gallop in support of motion to dismiss [21-1], or to stay proceedings [21-2] 14pg(s) (SJH) (Entered: 05/03/2000) |
| 05/02/2000 | 21 | MOTION by dfts Stephen E Nagin, Nagin Gallop to dismiss , or to stay proceedings ( to Judge Ann D. Montgomery ) 5pg(s) (SJH) (Entered: 05/03/2000) |
| 04/26/2000 | 20 | ATTORNEY APPEARANCE for plaintiff by Kristine Boylan 4pg(s) (SJH) (Entered: 04/28/2000) |
| 04/24/2000 | 19 | LETTER to Magistrate Judge Erickson from counsel for plaintiff Patrick T Manion Jr in response to Order of 4/17/00. (1 pg) (MKC) (Entered: 04/26/2000) |
| 04/17/2000 | 18 | LETTER RE: SVC OF DISPOSITIVE MOTION PAPERS by Stephen E Nagin, Nagin Gallop to dismiss - SVC.LTR ( to Judge Ann D. Montgomery ) . (2 pgs) (MKC) (Entered: 04/18/2000) |
| 04/17/2000 | 17 | ORDER That counsel for the Plaintiff is directed to: 1. Notify the Defendants, Stephen E. Nagin and Nagin Gallop Figueredo, P.A., immediately that they are required to serve and file their Answers or some other responsive pleadings, or to move for an extension of time to do so, and that an application for entry of default is required within 10 days of such notification if no response is filed; 2. File an application for entry of default unless the required pleadings are filed within 10 days of the referenced notification; or Advise the Court in writing of any good cause to the contrary. Unless the Plaintiff's counsel complies with this Order within 20 days of this date, this case may be dismissed for lack of prosecution. ( Magistrate Judge Raymond L. Erickson / 4/17/00) 3pg(s) (cc: all counsel) (JMH) (Entered: 04/17/2000) |
| 04/03/2000 | 26 | MOTION by defendant Boat Dealers' to dismiss the complaint of Patrick T. Manion, Jr , and to compel arbitration. (2 pgs) (MKC) (Entered: 05/10/2000) |
| 04/03/2000 | 16 | ANSWER TO COMPLAINT by Herzfeld & Rubin, Herzfeld & Rubin P.C. (5 pgs) |

| | | |
|---|---|---|
| | | (MKC) (Entered: 04/05/2000) |
| 04/03/2000 | 15 | LETTER RE: SVC OF DISPOSITIVE MOTION PAPERS by defendant Boat Dealers' to dismiss ( to Judge Ann D. Montgomery ) (1 pg) (MKC) (Entered: 04/05/2000) |
| 03/30/2000 | 14 | STIPULATION AND ORDER TO SET SIDE ENTRY OF DEFAULT, TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT AND TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION.( Judge Ann D. Montgomery ) ithat the defeault entered against Boat Dealers' alliance is set aside and the Boat Dealer's Alliance may have until 3/31/00 to rile and serve its responses to plaintiff's complaint and motion for preliminary Injunction (3 pg(s)(cc: all counsel) (MKC) (Entered: 04/03/2000) |
| 03/29/2000 | 13 | MEMORANDUM by Litchford & Chrisristopher regarding Plaintiff's motion for declaratory relief and preliminary injunction. (4 pgs) (MKC) (Entered: 03/31/2000) |
| 03/29/2000 | 12 | ATTORNEY APPEARANCE for defendant Boat Dealers'Alliance by Sarah J. Bazli. (2 pgs) (MKC) (Entered: 03/31/2000) |
| 03/28/2000 | 11 | STIPULATION AND ORDER EXTENDING TIME OF LITCHFORD & CHRISTOPHER, P.A. TO FILE RESPONSIVE PLEADING OR MOTION ( Judge Ann D. Montgomery, 3/27/00 ) re: they are granted an extension through 3/15/00 to file a responsive pleading . (2 pgs)(cc: all counsel) (MKC) (Entered: 03/29/2000) |
| 03/09/2000 | 10 | CLERK'S ENTRY OF DEFAULT ENTERED as to defendant Boat Dealers'(1 pg) (MKC) Modified on 03/13/2000 (Entered: 03/13/2000) |
| 03/09/2000 | 9 | AFFIDAVIT of Eric C. Tostrud regarding application motion for entry of default [8-1]. (2 pgs) (MKC) (Entered: 03/13/2000) |
| 03/09/2000 | 8 | APPLICATION by plaintiff for entry of default aainst Defendant Boat Dealers'Alliance, Inc.. (2 pgs) (MKC) (Entered: 03/13/2000) |
| 03/07/2000 | 7 | SUMMONS - RETURN OF SERVICE executed upon defendant Stephen E Nagin on 2/11/00, defendant Herzfeld & Rubin on 2/11/00, defendant Herzfeld & Rubin P.C on 2/8/00 , defendant Litchford & Chris on 2/8/00, defendant Nagin Gallop on 2/11/00, defendant Boat Dealers' on 2/11/00 . (8 pgs) (MKC) (Entered: 03/09/2000) |
| 03/07/2000 | 6 | STIPULATION & ORDER ( Magistrate Judge Arthur J. Boylan / 3/6/00) that defts Herzfeld & Rubin and herzfeld & Rubin P.C. shall have until 3/31/00 to answer move or plead to Pltf's complaint. 2 pg(s) (cc: all counsel) (VEM) (Entered: 03/07/2000) |
| 03/07/2000 | | NOTICE by Herzfeld & Rubin, Herzfeld & Rubin P.C of association of counsel Leon Robert Erstad. (VEM) (Entered: 03/07/2000) |
| 03/02/2000 | 5 | STIPULATION AND ORDER ( Judge Ann D. Montgomery ) that the Nagin defendants have to and including 3/31/00 to file a responsive pleading or motion 2pg(s)(cc: all counsel) (DFL) (Entered: 03/06/2000) |
| 02/29/2000 | 4 | ANSWER by defendant Litchford & Chris; jury demand. (5 pgs) (MKC) (Entered: 03/02/2000) |
| | | |

| | | |
|---|---|---|
| 02/15/2000 | 3 | PETITION AND ORDER for admission pro hac vice ( Clerk Francis E. Dosal ) on behalf of plaintiff by William J. French. (1 pg) (MKC) (Entered: 02/17/2000) |
| 02/15/2000 | 2 | PETITION AND ORDER for admission pro hac vice ( Clerk Francis E. Dosal ) on behalf of plaintiff by Glen E. Lavy. (1 pg) (MKC) (Entered: 02/17/2000) |
| 02/01/2000 | | NOTICE SENT to out of state attorney: William French, Glen Lavy (MKC) (Entered: 02/02/2000) |
| 02/01/2000 | | Possibly related to 98-552 ADM/JGL. (MKC) (Entered: 02/02/2000) |
| 02/01/2000 | 1 | COMPLAINT - Summons issued. JURY TRIAL DEMANDED. Assigned to Judge Ann D. Montgomery per master list and referred to Magistrate Judge Raymond G. Erickson. (6 00 ul 6) Receipt # 134799. (21 pgs) (MKC) Modified on 02/03/2000 (Entered: 02/02/2000) |