# EXHIBIT 4

# Eastern District of Wisconsin
# Claims Register

## 03-31881-mdm Patrick T. Manion and Nancy J. Manion CASE CLOSED on 01/07/2005
### Judge Margaret Dee McGarity
### Debtor Name: MANION,PATRICK T.

| | | |
|---|---|---|
| **Claim No: 1** | *Creditor Name:* Boat Dealers Alliance, Inc.<br>Ray Wallander, Esq.<br>333 So. 7th St., No. 2000<br>Mpls, MN 55402 | *Last Date to File Claims:*<br>*Last Date to File (Govt):*<br>*Filing Status:*<br>*Docket Status:*<br>*Late:* |
| *Claim Date:* 09/29/2003 | *Amends Claim No:* 0<br>*Amended By Claim No:* 3 | *Duplicates Claim No:* 0<br>*Duplicated By Claim No:* |
| **Class** | **Amount Claimed** | **Amount Allowed** |
| Unsecured | $0.00 | |
| Secured | $0.00 | |
| Priority | $0.00 | |
| Unknown | $223770.50 | |
| Admin | | $0.00 |
| **Total** | **$223770.50** | **$0.00** |
| *Description:* | | |
| *Remarks:* Converted from BANCAP. | | |

| | | |
|---|---|---|
| **Claim No: 2** | *Creditor Name:* Thomas J. Lallier<br>Foley & Mansfield, PLLP<br>250 Marquette, Suite 1200<br>Minneapolis, MN 55401 | *Last Date to File Claims:*<br>*Last Date to File (Govt):*<br>*Filing Status:*<br>*Docket Status:*<br>*Late:* |
| *Claim Date:* 12/01/2003 | *Amends Claim No:* 0<br>*Amended By Claim No:* | *Duplicates Claim No:* 0<br>*Duplicated By Claim No:* |
| **Class** | **Amount Claimed** | **Amount Allowed** |
| Unsecured | $58027.39 | |
| Secured | $0.00 | |
| Priority | $0.00 | |
| Unknown | $0.00 | |
| Admin | | $0.00 |
| **Total** | **$58027.39** | **$0.00** |
| *Description:* | | |
| *Remarks:* Converted from BANCAP. | | |

| | | |
|---|---|---|
| **Claim No: 3** | *Creditor Name:* Boat Dealers Alliance, Inc.<br>Ray Wallander, Esq.<br>333 So. 7th St., No. 2000<br>Mpls, MN 55402 | *Last Date to File Claims:*<br>*Last Date to File (Govt):*<br>*Filing Status:*<br>*Docket Status:*<br>*Late:* |
| *Claim Date:* 12/05/2003 | *Amends Claim No:* 1<br>*Amended By Claim No:* | *Duplicates Claim No:* 0<br>*Duplicated By Claim No:* |
| **Class** | **Amount Claimed** | **Amount Allowed** |
| Unsecured | $0.00 | |
| Secured | $0.00 | |
| Priority | $0.00 | |
| Unknown | $301288.95 | |
| Admin | | $0.00 |
| **Total** | **$301288.95** | **$0.00** |
| *Description:* | | |
| *Remarks:* Converted from BANCAP. | | |

| | | |
|---|---|---|
| **Claim No: 4** | *Creditor Name:* Mark R. Azman<br>Attorney at Law<br>7401 Metro Blvd. Ste. 600<br>Minneapolis, MN 55439-3034 | *Last Date to File Claims:*<br>*Last Date to File (Govt):*<br>*Filing Status:*<br>*Docket Status:*<br>*Late:* |
| *Claim Date:* 12/05/2003 | *Amends Claim No:* 0<br>*Amended By Claim No:* | *Duplicates Claim No:* 0<br>*Duplicated By Claim No:* |
| **Class** | **Amount Claimed** | **Amount Allowed** |
| Unsecured | $0.00 | |
| Secured | $0.00 | |
| Priority | $0.00 | |
| Unknown | $0.00 | |
| Admin | | $0.00 |
| **Total** | **$0.00** | **$0.00** |
| *Description:* Total marked: "Unknown" ; . | | |
| *Remarks:* Converted from BANCAP. | | |

## Claims Register Summary

**Case Name:** Patrick T. Manion and Nancy J. Manion
**Case Number:** 2003-31881-mdm
**Chapter:** 13
**Date Filed:** 08/04/2003
**Total Number Of Claims:** 4

| | Total Amount Claimed | Total Amount Allowed |
|---|---|---|
| **Unsecured** | $58027.39 | |
| **Secured** | $0.00 | |
| **Priority** | $0.00 | |
| **Unknown** | $301288.95 | |
| **Administrative** | | $0.00 |
| **Total** | **$359316.34** | **$0.00** |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/31/2005 13:24:40 | | | |
| **PACER Login:** | cf0226 | **Client Code:** | manion |
| **Description:** | Claims Register | **Search Criteria:** | 03-31881-mdm Filed or Entered From: 1/1/1990 Filed or Entered To: 3/31/2005 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

# EXHIBIT 5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **PATRICK T. MANION, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Notice of Appeal** |
| | ) | |
| **STEPHEN E. NAGIN,** | ) | **File No. 00-238 (ADM/RLE)** |
| **HERZFELD & RUBIN,** | ) | |
| **HERZFELD & RUBIN, P.C.,** | ) | |
| **NAGIN GALLOP FIGUEREDO, P.A., and** | ) | |
| **BOAT DEALERS' ALLIANCE, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

PLEASE TAKE NOTICE that Plaintiff, Patrick T. Manion, Jr. ("Plaintiff"), hereby appeals to the United States Court of Appeals for the Eighth Circuit from a final judgment and order dated February 5, 2004, granting the Motions of Defendants, Stephen Nagin, Herzfeld and Rubin, Herzfeld and Rubin, P.C., and Nagin Gallop Figueredo, P.A., to Dismiss and for Summary Judgment and dismissing Plaintiff's Complaint against these Defendants with prejudice.

Dated March 2, 2004.

Conant French & Chaney LLP

By: [signature]
William J. French (Texas Bar #24003952)
CONANT FRENCH & CHANEY, LLP
1601 Elm Street,
Suite 4150
Dallas, TX 75201
Telephone: 214-915-0620
Facsimile: 214-915-0634

Richard A. Lockridge (#64117)
Martin A. Carlson (#0299650)

100 Washington Avenue South,
Suite 2200
Minneapolis, MN 55401
Telephone: 612-339-6900
Facsimile: 612-339-0981

**Attorneys for Patrick T. Manion, Jr.**

# EXHIBIT 6

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

P trick T. Manion, Jr.,

Appellant,

vs.

S ephen E. Nagin, et al.,

Appellees.

**APPELLEE BOAT DEALERS' ALLIANCE, INC.'S MOTION FOR ATTORNEYS' FEES AND REQUEST FOR REMAND TO DISTRICT COURT FOR APPROPRIATE HEARING AND DETERMINATION OF APPELLEE'S CLAIM FOR ATTORNEYS' FEES**

District Court No.: 00-238 (ADM/RLE)

**APPEAL NO.: 03-2869**

**T ): Appellant above-named and his Counsel of Record:**

PLEASE TAKE NOTICE THAT the following Motion is submitted to the Court this date w hout request for oral argument.

**MOTION**

Pursuant to Rules 47C of the Eighth Circuit Rules of Appellate Procedure, Appellee Boat D alers' Alliance, Inc. ("BDA") hereby moves the Court of Appeals for an Order remanding to th district court for determination at the appropriate time, the issue of BDA's entitlement to an av ard of its attorneys' fees incurred in connection with the above-entitled appeal, in which BDA pr vailed. BDA is entitled to this award of attorneys' fees pursuant to the contracts entered into be ween BDA and appellant Patrick T. Manion, Jr.

This Motion is based on all of the files, records and proceedings herein, including me moranda of law and affidavits of counsel to be submitted subsequently, as instructed by the Co urt of Appeals, to the district court or to the Court of Appeals. Given the uncertain status of thi Appeal, particularly in light of the consolidated nature of this Appeal and Appeal No. 03-28 0 (for which the Court of Appeals has issued an opinion) with Appeal Nos. 04-1579 and 04-

l' 05 (for which the Court of Appeals has not rendered an opinion), BDA is uncertain as to w ιether this motion is currently ripe for decision but has opted to submit the motion at this time as an exercise of caution.

RIDER BENNETT, LLP

By ______________________

Richard J. Nygaard (80226)
John J. Wackman (#251884)
Peter Gray (#25809X)
33 South Sixth Street, Suite 4900
Minneapolis, MN 55402
(612) 340-8990
**Attorneys for Appellee Boat Dealers' Alliance, Inc.**

Dated: January 3, 2005

121; 22-1

**AFFIDAVIT OF SERVICE BY FAX**

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Peter Gray of the City of St. Paul, County of Ramsey, the State of Minnesota, being duly sworn, says that on January 3, 2005, he served the annexed:

1. Appellee Boat Dealers' Alliance, Inc.'s Motion For Attorneys' Fees And Request For Remand To District Court For Appropriate Hearing And Determination Of Appellee's Claim For Attorneys' Fees.

on the attorney(s) below-named in this action, by faxing the same to the following:

William J. French
Cozant French & Chaney LLP
1601 Elm Street, Suite 4150
Dallas, TX 75201
Phone #: (214) 915-0620
Fax #: (214) 915-0634

Peter Gray

Subscribed and sworn to before me
this 3d day of January, 2005.

Notary Public

J. DIXON TEWS
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2005

# EXHIBIT 7

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No. 03-2869
No. 03-2870

Patrick T. Manion, Jr., *
Appellant, * Appeal from the United States
* District Court for the
vs. * District of Minnesota
Boat Dealers' Alliance, Inc., *
Appellee. *
------------------------------ *
Patrick T. Manion, Jr., *
Appellant, *
vs. *
Alex Stirling, et al. *
Appellees. *

Appellee's motion for attorneys' fees and request for remand to the district court is denied.

February 1, 2005

Order Entered at the Direction of the Court:

Clerk, U.S. Court of Appeals, Eighth Circuit

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
Thomas F. Eagleton Court House
Room 24.329 VOICE (314)244-2400
Michael E. Gans 111 S. 10TH Street FAX (314)244-2780
Clerk of Court St. Louis, Missouri 63102 www.ca8.uscourts.gov

February 1, 2005

Mr. Richard James Nygaard
RIDER & BENNETT
Suite 4900
33 S. Sixth Street
Minneapolis, MN 55402

Re: 03-2869 Patrick T. Manion vs. Boat Dealers'
Re: 03-2870 Patrick T. Manion vs. Alex Stirling

Dear Counsel:

Enclosed is a copy of an order entered today in the above case at the direction of the court.

(5009-010199)

Michael E. Gans
Clerk of Court

srd

Enclosure(s)

cc: William J. French
Richard Allen Lockridge
Martin A. Carlson
Paul G. Swanson
John Juneau Wackman
Peter D. Gray
Eric John Magnuson
Stephen Louis Wilson
Dale Oreland Thornsjo
Mark R. Azman

District Court/Agency Case Number(s): CIV 00-238 ADM/RLE

District Court/Agency Case Number(s): CIV 02-370 ADM/RLE

| | |
|---|---|
| From: | VIA Transmission - Eighth Circuit U.S. Court of Appeals Clerks Office |
| To: | William J. French |
| Date: | February 01, 2005 12:35 PM |
| Pages: | 2 |
| Subject: | Via Notice for case 03-2869 ~03-2869:srd361708020105P2-4:0 |

---------------------VIA TRANSMISSION----------------------

TO: William J. French

FROM: United States Court of Appeals for the Eighth Circuit

Circuit Clerks Office
111 South 10th Street
Suite 24.329
Saint Louis, MO 63102

Voice: 314-244-2400 Fax..: 314-244-2780

Confidential: This Fax/E-mail and any files transmitted with it are the property of the U.S. Courts, are confidential, and are intended solely for the use of the individual or entity to whom this Fax/E-mail is addressed. If you are not one of the named recipient(s) or otherwise have a reason to believe that you have received this message in error, please notify the sender at 314-244-2400 and delete/destroy this message immediately. Any other use, retention, dissemination, forwarding, printing, or copying of this Fax/E-mail is strictly prohibited.

--------------------------------------------------------------

| | |
|---|---|
| From: | VIA Transmission - Eighth Circuit U.S. Court of Appeals Clerks Office |
| To: | William J. French |
| Date: | February 01, 2005 12:35 PM |
| Pages: | 2 |
| Subject: | Via Notice for case 03-2869 ~03-2869:srd4617080201 05P2-4:0 |

----------------------VIA TRANSMISSION----------------------

TO: William J. French

FROM: United States Court of Appeals for the Eighth Circuit

Circuit Clerks Office
111 South 10th Street
Suite 24.329
Saint Louis, MO 63102

Voice: 314-244-2400 Fax..: 314-244-2780

Confidential: This Fax/E-mail and any files transmitted with it are the property of the U.S. Courts, are confidential, and are intended solely for the use of the individual or entity to whom this Fax/E-mail is addressed. If you are not one of the named recipient(s) or otherwise have a reason to believe that you have received this message in error, please notify the sender at 314-244-2400 and delete/destroy this message immediately. Any other use, retention, dissemination, forwarding, printing, or copying of this Fax/E-mail is strictly prohibited.

--------------------------------------------------------------