UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil No.: 00-238 (ADM/AJB)

PATRICK T. MANION, JR.,

Plaintiff,

vs.

STEPHEN E. NAGIN, HERZFELD & RUBIN, HERZFELD & RUBIN, P.C., LITCHFORD & CHRISTOPHER, P.A., NAGIN GALLOP FIGUEREDO, P.A. and BOAT ALLIANCE, INC.,

Defendants.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2005 I caused the following documents:

1. **Memorandum in Opposition to BDA's Motion for Attorneys' Fees;**
2. **Affidavit of William French; and**
3. **Affidavit of Paul G. Swenson.**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- Kristine M Boylan
  kboylan@merchant-gould.com
- Michelle K Dove
  mdove@riderlaw.com
- Peter D Gray
  pdgray@riderlaw.com
- John J Wackman
  jjwackman@riderlaw.com
- Richard J Nygaard
  rnygaard@riderlaw.com
- Thomas Jerome Shroyer
  shroyert@moss-barnett.com
- Mathew M Meyer
  meyerm@moss-barnett.com

I further certify that all counsel of record listed above were separately served, by U.S. Mail, the **Proposed Order** [for dismissal with prejudice] which was separately e-mailed to Judge Montgomery pursuant to Section G.2 of the Electronic Case Filing Procedures for this District.

Dated: March 31, 2005

**s/Richard A. Lockridge**
Richard A. Lockridge
Bar Number 64117
Attorney for Plaintiff Patrick T. Manion, Jr.
Lockridge Grindal Nauen P.L.L.P.
100 Washington Ave. South
Suite 2200
Minneapolis, MN 55401

Tel.: (612) 339-6900