RECEIVED
BY MAIL
MAY 03 2005
CLERK US DIST COURT
MINNEAPOLIS MN

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

April 28, 2005

Mr. Richard Sletten
Clerk
U.S. DISTRICT COURT, MINNESOTA
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415

Re: 04-1579 Patrick T. Manion vs. Stephen E. Nagin

Re: 04-1705 Stephen E. Nagin vs. Boat Dealers'

Dear Clerk:

Enclosed is a copy of a letter from the Supreme Court stating certiorari has been filed in the referenced case.

(5255-010199)

Sincerely,

Michael E. Gans
Clerk of Court

mer

Enclosure

District Court/Agency Case Number(s): CIV 00-238 ADM/RLE

District Court/Agency Case Number(s): CIV 00-238 ADM/RLE

SCANNED
MAY 03 2005
U.S. DISTRICT COURT MPLS

189707

RECEIVED
BY MAIL
MAY 03 2005
CLERK US DIST COURT
MINNEAPOLIS MN

**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

William K. Suter
Clerk of the Court
(202) 479

April 15, 2005

FILED
APR 18 2005
MICHAEL GANS
CLERK OF COURT

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

Re: Patrick T. Manion, Jr.
v. Stephen E. Nagin, et al.
No. 04-1385
(Your No. 04-1579, 04-1705)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on April 13, 2005 and placed on the docket April 15, 2005 as No. 04-1385.

Sincerely,

**William K. Suter**, Clerk

by

Gail Johnson
Case Analyst

RECEIVED
APR 18 2005
U.S. COURT OF APPEALS
EIGHTH CIRCUIT