THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Patrick T. Manion, Jr.,

Plaintiff,

vs.

Stephen E. Nagin, Herzfeld & Rubin, Herzfeld & Rubin, P.C., Litchford & Christopher, P.A., Nagin Gallop Figueredo, P.A., and Boat Dealers' Alliance, Inc.,

Defendants.

Case No.: CV-00-238 (ADM/RLE)

**AMENDED ORDER FOR AWARD OF ATTORNEYS' FEES**

Upon the application of defendant Boat Dealers' Alliance, Inc. ("BDA"), the Court's Order dated April 13, 2005 [Docket No. 186] is amended as follows.

1. **IT IS HEREBY ORDERED** that Defendant's Motion for Attorneys Fees [Docket No. 171] is **GRANTED IN PART AND DENIED IN PART**.

2. Defendant is awarded a total of $66,124.87 in attorneys' fees and costs.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

BY THE COURT:

Date: May 11, 2005

s/Ann D. Montgomery
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE