✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Manion

V.

Nagin, et al

## JUDGMENT IN A CIVIL CASE

Case Number: 00-238 ADM/RLE

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Defendant's Motion for Attorneys Fees is **GRANTED IN PART AND DENIED IN PART**.
2. Defendant is awarded a total of $66,124.87 in attorneys' fees and costs.

May 11, 2005
Date

RICHARD D. SLETTEN, CLERK

s/Amy Linner
(By) Amy Linner, Deputy Clerk