1921631

**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

FILED
JUN 23 2005
MICHAEL GAN
CLERK OF COU

**William K. Suter**
Clerk of the Court
(202) 479-3011

June 20, 2005

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

Re: Patrick T. Manion, Jr.
v. Stephen E. Nagin, et al.
No. 04-1385
(Your No. 04-1579, 04-1705)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K Suter

**William K. Suter**, Clerk

RECEIVED
JUN 23 2005
U.S. COURT OF APPEALS
EIGHTH CIRCUIT

SCANNED
JUL 12 2005
U.S. DISTRICT COURT MPLS

**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

MEMORANDUM

RECEIVED
BY U.S. MAIL
2005 JUL -1 AM 9:04
CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN

TO: Mr. Richard Sletten, Clerk

FROM: Michael E. Gans, Clerk of Court

DATE: June 28, 2005

RE: 04-1579 Patrick T. Manion vs. Stephen E. Nagin
04-1705 Stephen E. Nagin vs. Boat Dealers'

Supreme Court No.: 04-1385
District Court/Agency Case Number(s): CIV 00-238 ADM/RLE

---

Enclosed is a letter received from the United States Supreme Court stating that an order has been filed denying certiorari in the above case.

(5403-010199)
dmh

SCANNED
JUL 12 2005
U.S. DISTRICT COURT MPLS