THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Patrick T. Manion, Jr.,

Plaintiff,

vs.

Stephen E. Nagin, Herzfeld & Rubin, Herzfeld & Rubin, P.C., Litchford & Christopher, P.A., Nagin Gallop & Figueredo, P.A., and Boat Dealers' Alliance, Inc.,

Defendants.

Case No.: CV-00-238 (ADM/RLE)

**SATISFACTION OF JUDGMENTS**

Boat Dealers' Alliance, Inc. ("BDA") through its attorneys, hereby provides that the Judgments in the above-entitled action, rendered in the United States District Court for the District of Minnesota, on June 20, 2003, February 5, 2004 and May 11, 2005 in favor of BDA and against Patrick Manion are paid and satisfied in full and the Clerk of the United States District Court for the District of Minnesota is hereby authorized to satisfy and discharge said Judgments of Record.

RIDER BENNETT, LLP

By s/John J. Wackman
Richard J. Nygaard (80226)
John J. Wackman (251884)
Peter D. Gray (25809X)
Attorneys for Boat Dealers' Alliance, Inc.
33 South Sixth Street, Suite 4900
Minneapolis, MN 55402
612-340-8900

Dated: August 5, 2005