**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

Patrick T. Manion, Jr.

Plaintiff(s)

v.

Stephen E. Nagin, Herzfeld & Rubin, Herzfeld & Rubin, P.C., Litchford & Christopher, P.A., Nagin Gallop & Figueredo, P.A., and Boat Dealers' Alliance, Inc.

Defendant(s)

**CERTIFICATE OF SERVICE**

Case No. Cv-00-238 (ADM/RLE)

I hereby certify that on August 5, 2005, I caused the following documents:

Satisfaction of Judgments

to be filed electronically with the Clerk of the Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Kristine Boylan
kboylan@merchant-gould.com

Gabrielle H. Kickham
gkickham@cfc-law.com

William Frnech
mjfrench@cfc-law.com

Richard Lockridge
lockrra@locklaw.com

Mathew Meyer
meyerm@moss-barnett.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

N/A

By s/ John J. Wackman
John J. Wackman

Dated: August 5, 2005

RB
RIDER BENNETT